IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>RYAN TAYLOR NICHOLS,<br><br>      Defendant. | Case No.: 1:21-mj-00102-ZMF |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d), the undersigned respectfully moves for the admission and appearance of attorney Frederick Rimes "Buck" Files, Jr. *pro hac vice* in the above-entitled action. This motion is supported by the Declaration of Buck Files, filed herewith. This motion is also supported and signed by Jeffrey T. Green, an active and sponsoring member of the Bar of this Court who can attest to Mr. Files' character, fitness and familiarity with the local rules of this honorable Court.

Dated: February 5, 2020                                      Respectfully submitted,

                                                                               */s/* Jeffrey T. Green
                                                                                D.C. Bar # 426747
                                                                                jgreen@sidley.com
                                                                                SIDLEY AUSTIN LLP
                                                                                1501 K. Street, N.W.
                                                                                Washington, D.C. 20005
                                                                                Telephone: (202) 736-8000
                                                                                Facsimile: (202) 736-8711

DECLARATION OF A NON-MEMBER SEEKING TO APPEAR *PRO HAC VICE*

In accordance with the provisions of LCrR44.1(d), I would and do make the following declarations:

1. My full name is Fredrick Rimes Files, Jr.; however, my bar card issued by the State Bar of Texas is under the name Buck Files (Bar Card No. 00000087); additionally, the records of the Supreme Court of Texas also list my name as Buck Files;

2. My office address is: Buck Files, Files Harrison, P.C. 109 W. Ferguson, Tyler, Texas 75702 and my telephone number is 903-595-3573;

3. I am a member of the Bar of the Supreme Court of Texas (1963); the Bar of the United States District Court for the Eastern District of Texas (1975); the Bar of the United States Court of Appeals for the Fifth Circuit (1975); and, the Bar of the United States Supreme Court (1974);

4. I certify that I have not been disciplined by any of the Bars of which I am a member and, further, that no grievance is pending against me;

5. I have never been admitted *pro hac vice* in this Court; and,

6. I have not and do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar. I do not have an application for membership pending.

*/s/ Buck Files*
BUCK FILES
State Bar No. 00000087
State Bar of Texas

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RYAN TAYLOR NICHOLS,<br><br><br>　　　　Defendant. | Case No.: 1:21-mj-00102-ZMF |

**[PROPOSED] ORDER GRANTING MOTION FOR
ADMISSION OF ATTORNEY PRO HAC VICE**

The Court has reviewed the Plaintiff's Motion for Admission of attorney Frederick Rimes "Buck" Files, Jr. *pro hac vice*. Upon consideration, the Court grants attorney Buck Files *pro hac vice* admission to this Court for the purposes of this case only.

IT IS SO ORDERED

DATED: _____

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge