IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>RYAN TAYLOR NICHOLS,<br><br>       Defendant. | Case Nos.: 1:21-mj-00102-ZMF; 21-cr-117 |

**NOTICE OF FILING OF AMENDED DECLARATIONS**

. The undersigned respectfully submits the attached Amended Declarations in response to the Court's Minute Order of February 9, 2021.

Dated: February 18, 2020                        Respectfully submitted,

                                                           */s/* Jeffrey T. Green
                                                           D.C. Bar # 426747
                                                           jgreen@sidley.com
                                                           SIDLEY AUSTIN LLP
                                                           1501 K. Street, N.W.
                                                           Washington, D.C. 20005
                                                           Telephone: (202) 736-8000
                                                           Facsimile: (202) 736-8711\

# FILES HARRISON, P.C.
## ATTORNEYS AND COUNSELORS AT LAW
### A PROFESSIONAL CORPORATION

JERRY BAIN (1976-2020)

BUCK FILES
Board Certified—Criminal Law
 Texas Board of Legal Specialization
Board Certified—Criminal Trial Advocacy
 National Board of Trial Advocacy
Fellow, College of the State Bar
Past President of the State Bar of Texas

J. BRETT HARRISON
Board Certified—Criminal Law
 Texas Board of Legal Specialization
Board Certified—Criminal Trial Advocacy
 National Board of Trial Advocacy
College of the State Bar

JENNIFER GARRETT DEEN
Of Counsel
Board Certified—Juvenile Law
 Texas Board of Legal Specialization


FIRM PARALEGALS
Karen Beck
Carrie Hall*
Tammye Mayfield
Kimberly Thedford

*Board Certified—Criminal Law
 Texas Board of Legal Specialization


OFFICE ADMINISTRATOR
Kristine Toon

RECEPTIONIST
Clothilda Stewart


109 W. Ferguson
Tyler, Texas  75702
903-595-3573
903-597-7322 Fax


Websites:
Criminal Law:
 www.bainfiles.com

AMENDED DECLARATION OF A NON-MEMBER
SEEKING TO APPEAR *PRO HAC VICE*

In accordance with the provisions of LCrR44.1(d), I would and do make the following amended declaration:

1. My full name is J. Brett Harrison. My bar card number issued by the State Bar of Texas is 00793909;

2. My office address is: J. Brett Harrison, Files Harrison, P.C. 109 W. Ferguson, Tyler, Texas 75702 and my telephone number is 903-595-3573;

3. I am a member of the Bar of the Supreme Court of Texas (1995); the Bar of the United States District Court for the Eastern District of Texas (2006); the Bar of the United States Court of Appeals for the Fifth Circuit (2006); and, the Bar of the United States Supreme Court (2013);

4. I certify that I have not been disciplined by any Bar and, further, that no grievance is pending against me;

5. I have never been admitted *pro hac vice* in this Court; and,

6. I have not and do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar. I do not have an application for membership pending.

J. BRETT HARRISON
State Bar of Texas No. 00793909

# FILES HARRISON, P.C.
## ATTORNEYS AND COUNSELORS AT LAW
### A PROFESSIONAL CORPORATION

---

**JERRY BAIN (1976-2020)**

**BUCK FILES**
Board Certified—Criminal Law
 Texas Board of Legal Specialization
Board Certified—Criminal Trial Advocacy
 National Board of Trial Advocacy
Fellow, College of the State Bar
Past President of the State Bar of Texas

**J. BRETT HARRISON**
Board Certified—Criminal Law
 Texas Board of Legal Specialization
Board Certified—Criminal Trial Advocacy
 National Board of Trial Advocacy
College of the State Bar

**JENNIFER GARRETT DEEN**
Of Counsel
Board Certified—Juvenile Law
 Texas Board of Legal Specialization

**FIRM PARALEGALS**
Karen Beck
Carrie Hall*
Tammye Mayfield
Kimberly Thedford

*Board Certified—Criminal Law
 Texas Board of Legal Specialization

**OFFICE ADMINISTRATOR**
Kristine Toon

**RECEPTIONIST**
Clothilda Stewart

109 W. Ferguson
Tyler, Texas 75702
903-595-3573
903-597-7322 Fax

Websites:
Criminal Law:
 www.bainfiles.com

---

## AMENDED DECLARATION OF A NON-MEMBER SEEKING TO APPEAR *PRO HAC VICE*

In accordance with the provisions of LCrR44.1(d), I would and do make the following amended declarations:

1. My full name is Fredrick Rimes Files, Jr.; however, my bar card issued by the State Bar of Texas is under the name Buck Files (Bar Card No. 00000087). The records of the Supreme Court of Texas also list my name as Buck Files;

2. My office address is: Buck Files, Files Harrison, P.C. 109 W. Ferguson, Tyler, Texas 75702 and my telephone number is 903-595-3573;

3. I am a member of the Bar of the Supreme Court of Texas (1963); the Bar of the United States District Court for the Eastern District of Texas (1975); the Bar of the United States District Court for the Northern District of Texas (1981); the Bar of the United States Court of Appeals for the Fifth Circuit (1975); and, the Bar of the United States Supreme Court (2014); [Note: Because I have not appeared on any case in the United States District Court for the Northern District of Texas in more than 30 years, I inadvertently left off my membership in the Bar of that Court in the filing of my original declaration. I contacted a deputy clerk of that Court today and found that I am still listed on the rolls of attorneys of the United States District Court for the Northern District of Texas.]

4. I certify that I have not been disciplined by any Bar and, further, that no grievance is pending against me;

5. I have never been admitted *pro hac vice* in this Court; and,

6. I have not and do not engage in the practice of law from an office located in the District of Columbia. I am not a member of the District of Columbia Bar. I do not have an application for membership pending.

*/s/ Buck Files*
BUCK FILES
State Bar of Texas No. 00000087