IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA §
§
§   CAUSE NO. 1:21CR0117 KBJ-1
§
RYAN TAYLOR NICHOLS §

NOTICE OF APPEARANCE OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES F. R. FILES, JR. and J. BRETT HARRISON of FILES HARRISON, P.C. and files this Notice of Appearance of Counsel for defendant, RYAN TAYLOR NICHOLS and consents to electronic service of all papers in this action.

Respectfully submitted,

FILES HARRISON, P.C.
A Professional Corporation
109 West Ferguson
Tyler, Texas 75702
(903) 595-3573
BY:_____/s/_____
       F. R. FILES, JR.
       Bar Card No. 00000087

Respectfully submitted,

FILES HARRISON, P.C.
A Professional Corporation
109 West Ferguson
Tyler, Texas 75702
(903) 595-3573
BY:_____/s/_____
       J. BRETT HARRISON
       Bar Card No. 00793909

<u>CERTIFICATE OF SERVICE</u>

I certify that on 24th day of March, 2021, a true and correct copy of the foregoing document was forwarded via electronic mail to Assistant United States Attorney Brittany Keil and to Kira Anne West, counsel for co-defendant Alex Harkrider.

/s/*F. R. Files, Jr.*
F. R. FILES, JR.

/s/*J. Brett Harrison*
J. BRETT HARRISON