To whom it may concern:

I'm Alex's sister. We are seven years apart and have experienced much together in our lives. Much joy. Much heart break. Much overcoming. Physical distance. Reunion. But through it all he's always been someone to push through whatever has been presented to him. We used to argue over what restaurants we wanted to eat at as kids. We would fight over what to watch on TV. We'd get on each other's nerves when I was 18 & he was 11. But when I learned Alex had joined the marines I was so proud. What he achieved as a Marine & what he witnessed and had to deal with, it's overwhelming. It clearly had an effect in him. Even still he was a great father to my nephew AJ. They are so funny together & it's great to see him happy with his son in a way we never experienced from our absent father. I've watched Alex grow as an incredible cook. His adventurous skill and desire to create better has been so exciting to see develop. As a pretty good cook myself I've secretly harbored a bit of jealousy at his skill. But I think where I really watched in awe is when I saw a broken Marine start to find his purpose after serving multiple terms. I was so proud to see my brother co-found the 'Rescue the Universe' group. He was using his skill to go into intense storms & flood zones to literally rescue people. Hearing his stories of people, hopeless & abandoned, suddenly seeing him there and realizing someone cared and was there to help, it's overwhelming. He rescued a woman in a Lake Charles nursing home after a major hurricane. The nursing home staff abandoned the helpless residents who had no way to get out. Alex physically carried one woman out and I still get emotional thinking of how that was helping both the elderly frail woman & Alex.

Alex is truly loves his country. He loves people. He loves his family. And he loves his dog. Even his dog, Opie, is obviously missing Alex, just like we are. He's my little brother and he loves this country. I love him and I know he's going to do continue to do great things because that's just who is.

From his sister,
Andrea Remedies