I am writing this letter about the character for former United States Marine Lance Corporal Alex Kirk Harkrider. To establish my credibility please allow me to tell you a little about myself. My name is James Cox, and I was born and raised in Carthage, Texas. I have lived in Carthage all my life and am a second-generation pharmacist and I am the pharmacy manager at our local Walmart. I have a doctorate degree in clinical pharmacy. My mom and dad owned our local jewelry store and were good friends with Alex's grandparents who owned a cleaning business for many years. So, with all this said let me speak to character of Lance Corporal Harkrider. But before I do, allow me to say that my Dad was a WWII veteran and participated in the Normandy landings on Omaha beach June 6, 1944. Our family is very patriotic and believe in the constitution of these United States. He knew Alex as a small child and if he were here today, he would testify the remarkable child that Alex was and would have been enormously proud of Alex's service to our country during his tours of duty in Iraq and Afghanistan. As for myself, I have the privilege of being Alex's stepfather. Although his mother and I divorced several years ago, Alex and I developed a bond over his service to our country and his child A.J (Alex Kirk Harkrider, Jr). I will not sugar coat this letter as I feel that would do more harm than good. Alex was not a perfect child as he had his share of difficulties as we all do. But that is not to say that as a 17-year-old, he decided that college was not for him and enlisted in the U.S.M.C. Now being the son of a D-Day veteran, I can truthfully say that my Dad would have been enormously proud of the young man that came out of

boot camp when he graduated. He was more confident and self-assured. I also feel the same pride in my heart as I watched him come home from his first tour in Iraq as he waved to the crowd in his dress blues during the parade the town threw for Alex for serving his country. In addition to the proud tradition of serving in the U.S.M.C., after Alex mustered out of the marine corps, he and some of his marine buddies starting using their military skills to help people during hurricanes and tornadoes. All this surely tells of a heart for God and country and service to his fellow man. Pertaining to the events of January 6, 2021 at the capitol building in Washington, D.C., Alex got caught up in the moment of being a patriot. Although this idea may have been ill conceived, I honestly believe that the news media and all the hype that was thrown at this country stirred the pot not only for Alex but for others that attended the capital meeting that day. As for his punishment, how can any of us sit in judgment of what this young man's mind was thinking. He was taught by the Marines to act and not react. Alex was following his oath that he took when he became a Marine to defend the constitution of these United States against enemies both foreign and domestic. Although we cannot blame President Trump for instigating the events, I do believe he could have done something to stop the events that played out that day. Am I ashamed of what Alex did that day? Absolutely not. although his judgment may be in question, his patriotism, honor, and heart cannot be questioned. It is my sincere hope that whoever judges his case will take into consideration his service to our country and the things that he saw while in combat on foreign soil

trying to make our country a safer place to live and hopefully his son would not see the horrors on our home soil that he has seen abroad. I love this young man for who he was and who he became. He has overcome a lot of obstacles to get to where he is today. Please do not turn the light out on a soul as bright as Alex Kirk Harkrider. He has so much to offer and so much to give and I believe with all my heart he has learned his lesson. Spare him please and let him live a life that is still full of service for this young man. One act of a lack in judgment should not be condemned but used as a tool to make Alex an even stronger American. God bless this young man in all he endeavors, and God bless our United States of America.

Sincerely,

*James C. Cox, RPh*

James C. Cox, Rph. PharmD.