# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 21-CR-00117-KBJ |
| v. : | |
| : | |
| RYAN NICHOLS : | |
| ALEX HARKRIDER : | |
| Defendants. : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Trial Attorney Danielle Rosborough is entering her appearance in the above-captioned matter as counsel for the United States.

                                                          Respectfully submitted,

DATED: April 2, 2021                         CHANNING D. PHILLIPS
                                                          Acting United States Attorney
                                                           DC Bar No. 415793

                        By:     */s/ Brittany Keil*
                                    Brittany Keil D.C. Bar No. 500054
                                    Assistant United States Attorney
                                    555 4th Street, N.W., Room 5239
                                    Washington, D.C. 20530
                                    202-252-7763
                                    Email: brittany.keil@usdoj.gov

                                    */s/ Danielle Rosborough*
                                    Danielle Rosborough
                                    D.C. Bar No. 1016234
                                    Trial Attorney, National Security Division
                                    United States Department of Justice
                                    950 Pennsylvania Avenue, NW
                                    Washington, D.C. 20004
                                    202-514-0073
                                    Danielle.Rosborough@usdoj.gov