UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-117 |
| | : | |
| **RYAN NICHOLS,** | : | |
| | : | |
| Defendant. | : | |

**UNOPPOSED MOTION FOR PROTECTIVE ORDER**

The United States of America hereby respectfully moves the Court for the entry of a protective order governing the production of discovery by the parties in the above-captioned case. The United States and counsel for Defendant have reached an agreement as to the proposed protective order. Therefore, the United States is authorized to represent to the Court that Defendant does not oppose this motion or the entry of the attached protective order.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By: ⎯⎯⎯⎯⎯⎯/s/  Brittany Keil⎯⎯⎯⎯⎯⎯
Brittany Keil
Assistant U.S. Attorney
DC Bar No. 500054
U.S. Attorney's Office for the District of Columbia
555 Fourth Street NW
Washington, D.C. 20530
(o) 202-252-7763
Brittany.keil@usdoj.gov