Rev: 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.  Criminal No.  21-117  (TFH)

RYAN TAYLOR NICHOLS, et al       Category  B

Defendant(s)

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on __4/9/2021__ from __Judge Ketanji Brown Jackson__ to __Judge Thomas F. Hogan__ by direction of the Calendar Committee.

(Case Transferred by Consent)

<u>JUDGE RUDOLPH CONTRERAS</u>
Chair, Calendar and Case Management Committee

cc:  Judge Ketanji Brown Jackson    & Courtroom Deputy
     Judge Thomas F. Hogan          & Courtroom Deputy

U.S. Attorney's Office – Judiciary Square Building, Room 5133

Statistical Clerk