## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No. 21-cr-117** |
| | : | |
| **RYAN NICHOLS,** | : | |
| **ALEX HARKRIDER,** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF APPEARANCE

The United States provides this notice that undersigned counsel, Assistant U.S. Attorney Luke M. Jones, hereby enters his appearance on behalf of the the United States in the above-captioned case.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:   */s/ Luke M. Jones*
LUKE M. JONES
Assistant United States Attorney
VA Bar 75053
555 Fourth Street, N.W., 11th Floor
Washington, DC 20530
Luke.jones@usdoj.gov
(202) 252-7066