**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                            **Case No. 1:21-cr-00117-TFH-1**

        -against-

                                              NOTICE OF APPEARANCE

RYAN TAYLOR NICHOLS,
                        Defendant.
-------------------------------------------------------------X

      Please Take Notice that the above-named Defendant, Ryan Taylor Nichols, has retained The McBride Law Firm, PLLC, to represent him in the above captioned matter, and respectfully demands all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:    New York, New York
             August 18, 2021

                                              Respectfully Submitted,

                                              /s/ *Joseph D. McBride, Esq.*
                                              _____

                                              JOSEPH D. MCBRIDE, ESQ.
                                              ***Attorney for the Defendant***
                                              BAR ID#: NY0403
                                              THE MCBRIDE LAW FIRM, PLLC
                                              99 Park Avenue, 6th Floor
                                              New York, NY 10016
                                              *Phone:* 917.757.9537
                                              *Email:* jmcbride@mcbridelawnyc.com