IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA § § § CAUSE NO. 1:21CR117<br>v. §<br> §<br>RYAN TAYLOR NICHOLS AND §<br>ALEX HARKRIDER, §<br> §<br>Defendants § | |

## ORDER

BE IT REMEMBERED, that on the _____ day of _____, 2021, came on to be heard the motion of F. R. FILES, JR., as attorney of record in the above entitled and numbered cause, that said attorney be allowed to withdraw.

After consideration of the same, and being satisfied that no harm will be done to the rights of Mr. Nichols, the same is hereby GRANTED, and

IT IS, THEREFORE, ORDERED that the said attorney, F. R. FILES, JR., shall be permitted to withdraw as counsel, and is hereby relieved of any further duty, obligation or responsibility to Mr. Nichols.

SIGNED this _____ day of _____, 20__.