IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § | CAUSE NO. 1:21CR117 |
| v. | | |
| RYAN TAYLOR NICHOLS AND ALEX HARKRIDER, | | |
| Defendants | | |

## MOTION TO WITHDRAW AS COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW J. BRETT HARRISON, attorney of record for RYAN TAYLOR NICHOLS, defendant in the above and entitled numbered cause and respectfully moves this Honorable Court for an order allowing your Movant to withdraw as attorney of record and would respectfully show unto this Court the following:

I.

Mr. Nichols has chosen to retain other counsel who has filed his notice of appearance. Your Movant would request an order permitting him to withdraw and relieving him from any further obligation to Mr. Nichols in this case.

                                                                      Respectfully submitted,

                                                                        FILES HARRISON, P.C.
                                                                        A Professional Corporation
                                                                        109 West Ferguson
                                                                        Tyler, Texas 75702
                                                                        (903) 595-3573
                                                                        BY:___/s/_ J. Brett Harrison_____
                                                                                J. BRETT HARRISON
                                                                                Bar Card No. 00793909

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he has discussed this matter with Mr. Danielle Rosborough, the Assistant United States Attorney assigned to the prosecution of this case.

       /s/ *J. Brett Harrison*
       J. BRETT HARRISON

## CERTIFICATE OF SERVICE

I certify that on 19th day of August, 2021, a true and correct copy of the foregoing document was forwarded via electronic mail to Assistant United States Attorney Daniel Rosborough and to Kira Anne West, counsel for co-defendant Alex Harkrider.

       /s/ *J. Brett Harrison*
       J. BRETT HARRISON