UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RYAN TAYLOR NICHOLS, *et al.*,<br><br>Defendants. | Criminal Action No. 21-117 |

# ORDER

The Court having received and reviewed F. R. Files, Jr.'s and J. Brett Harrison's Motions to Withdraw as Counsel [ECF Nos. 45-46] for Defendant Ryan Taylor Nichols, there being no opposition by the Defendant, and the Court finding withdrawal would not unduly delay trial or be unfairly prejudicial to any party, and being in the interests of justice,

IT IS HEREBY ORDERED that the Motions [ECF Nos. 45-46] are **GRANTED.**

**SO ORDERED.**

August 24, 2021

Thomas F. Hogan
SENIOR UNITED STATES DISTRICT JUDGE

1