

© Roy Rochlin/REX