My name is Donald Lee Nichols, Jr. I reside at 20256 FM 450 N., Diana, Tx. I have lived there since 2010. The story I am about to write is true and accurate to the best of my recollection. I will swear to it in a court of law.

In August 2005, Hurricane Katrina hit New Orleans, etc. The following Sunday morning during the worship service at FBC Waskom, our pastor Leland Crawford asked the men who would be willing to travel to Baton Rouge to pick up evacuees from south Louisiana and transport them back to Texas. WE would be using a people mover (holds 30 people) and the church van (holds 15 people). We would need to leave about 2 pm following the church service.

I stood up and volunteered. No one else volunteered at that moment. After church, my oldest son, Ryan Taylor Nichols, asked if he could go with me. I told him this would be a hard trip, that he might see things he didn't need to see. Basically I told him it was a trip for grown men. My son was in the 8th grade at Waskom Middle School. He assured me he would and could take it. Just give him a chance. So I did. In the meantime, 2 other men also volunteered. So the 4 of us left at 2 pm after buying gasoline and necessary supplies for the trip. We traveled till we arrived at the campus of LSU. Once there, we loaded 30 men/women evacuees onto the people mover. Ryan had not slept at all on the way down. We left about 10 pm headed to Marshall, Tx. We drove all night. Since there were no seats left, I was driving and Ryan sat on the cooler. He stayed awake all night. We arrived in Marshall and these evacuees were turned away. So we drove to Dallas and arrived at Reunion Arena. There we unloaded all 30 evacuees and headed home. Ryan and I did not sleep till we were back in our home in Karnack. I was very impressed and proud that my son had made that extremely hard trip with me. There was much to witness at LSU and on the ride to Reunion Arena. Ryan took it all in.

Fast forward to October 2018. My son now has a 501 © 3 nonprofit organization called Rescue the Universe. He has already done multiple hurricane rescues by this time. He had just come back from Hurricane Florence in September 2018. He asked me to accompany him to Panama City, Florida for Hurricane Michael. I prayed about it and began to get my new boat ready for the trip. I made multiple purchases for this event. Items included but were not limited to gas cans, oil for the Stihl chainsaw, life preservers for adults and children, flashlights, batteries,

9mm ammo, first aid kits, latex gloves for blood born pathogens, etc., etc. I knew we would need food, meds for me, toilet paper, etc., as well. There is lots of planning for any trip. I was taught these skills while I served in the USMC from 1981-1985.

We left for Panama City while the eye of the storm was still 200 miles off the coastline. We arrived in southern Alabama and the roads were already blocked by downed trees. We had to get out and cut the trees off the road to proceed. We were driving right into a hurricane! As I helped cut the trees a thought came to my mind that my daddy would have told me. I will never forget it-"Don, what the hell are you doing down here? You are old enough to know better!" The trees that were 30-40' in height were whipping around like crazy. It certainly reminded me of Typhoon Ken in Okinawa back in 1982.

We arrived while the eye of the storm had just passed through and began search and rescue. Keep in mind that we had a boat on Ryan's truck that belonged to Scooter Toal who lives in Waskom. We came prepared for any event. This was a no water, fast moving, Cat 4 storm (became Cat 5) the following week. The boat wasn't needed and yet we had the boat to pull around the entire trip. Why? You don't make any trip unprepared, especially to a search and rescue event, or any trip where your life might be in jeopardy. By the way, Ryan also served in the same Marine Corps that I served in and received the same training.

Ryan was calling in USCG helicopters using his iPhone. He was speaking directly to the pilots and telling them where to land for these medical rescues. All medical rescues had to be airlifted out. No exceptions. My son was an expert at working with the USCG!

On one particular rescue, we had to unhook the boat and leave it in the street in a bad neighborhood. How do I know the neighborhood was bad? The police came by, spoke to us, needed to help Ryan and the person get evacuated. One officer asked me if I was packing? I said, "yes." I actually tapped my pack in front of me. There was much looting going on. We had the only gasoline in that side of town. We probably had 50 gallons in the back of the truck. That's the only way we had of getting out of Panama City. Plus, I had to guard the boat till they came back.

To the best of my knowledge, when you start out on a trip, you research the laws and regulations, especially about weapons. I have NEVER left my state without

protection. I believe that's what the 2nd Amendment is for. However, I have never carried it where it was prohibited.

Finally, my son came to my house on January 4, 2021. He said he needed a box for this trip to DC. I had given him a green metal Greenlee box for the back of his truck. That box was given to me by my dad, Donald Lee Nichols, Sr. Ryan had used the box in previous search and rescues. This box was for the inside of his truck. So we loaded up and went to Home Depot. No boxes available since Christmas had just passed. Then we went to Lowe's. Same, no boxes. Ryan asked me to build him one. We purchased the lumber in Lowe's and went home. I measured and built the box to his backseat specifications. It was a supply box. The actual reason for this box was so that everyone wouldn't be scattered all over the back seat area. What was the box for? Weapons, toilet paper, food, clothes, pillows, etc. Stuff needed for any trip. I reminded him that the mayor of DC had closed all the gas stations and motels. He would need

The afternoon of January 6th, I was watching the news. I had spoken to my son on the phone. He was turning his phone off since it only had 10% battery left. Then all hell broke loose on the TV. What started out as a peaceful protest had escalated somehow. I was watching NBC out of Shreveport. Then I heard the news that scared me really bad. The news reported that these protesters were now labeled as domestic terrorists and insurrectionists! I had heard that a female veteran had been shot and that somebody else had died as well. I heard reports that police and police groups were being called in to put down this escalation. So, in fear for my son's life, I texted Alex Harkrider a message. Something about them being labeled as domestic terrorists and insurrectionists and that two people had already died. I then told him to go get armed and protect themselves. I knew they had left their weapons in Virginia and had ubered to DC. I was hoping to get them back to Virginia where I could tell them to get the hell out of DC NOW. Alex relayed the message to Ryan. Approximately one hour later, not sure of the time, Ryan called me to tell me they were headed to Texas.

I made this statement of my own free will. I understand that this can and will probably be used in a court of law. I stand by every word I have written.

Respectfully submitted,

*[signature]*