**Dakota Meyer**
Monday at 12:06 PM · 🌐

I'm glad they found them in time!



**TRIBUNIST · 3 MIN READ**
**Moment Volunteers Rescue Six Dogs Locked in a Cage in Hurricane Florence Flood Waters [VIDEO]**

👍 Like  💬 Comment  ➤ Share

👍😢❤️ 804

126 shares

**Brittany Blasucci-Luikert**
Leyda Geeeee

Write a comment...