Rescue The Universe 

**Home**   About   Events   Photos   Videos   Comm

 **Rescue The Universe**
Posted by Don Nichols
Apr 11 ·

This was Panama City after Hurricane Michael. Ryan had called a USCG helicopter in for a medivac! The man in uniform was known as "swimmer". He was normally the guy who jumped in the ocean to rescue someone. Here he was lowered about 100' by cable, and Ryan transported this lady who needed medical attention and the swimmer to the evac sight. Ryan is attending to this lady while we wait for the helicopter to land.



👍❤ 9                                                                                      5 Shares

👍 Like          💬 Comment          ➤ Share

News Feed | Pages | News | Shop | Notifications | Menu