

**Kamala Harris** ✔
@KamalaHarris
🏴 United States government official

If you're able to, chip in now to the @MNFreedomFund to help post bail for those protesting on the ground in Minnesota.



secure.actblue.com
Donate to the Minnesota Freedom Fund

4:34 PM · 6/1/20 · Sprout Social

**3,738** Retweets   **10.4K** Quote Tweets   **3,775** Likes