# SWORN STATEMENT OF RYAN NICHOLS REGARDING OFFICER MICHAEL FANONE

"I learned several rescue techniques in the Marine Corps, including one during 'Work Rescue Drills" where you have to drag a victim to safety with two hands while holding them close to your body.  There are different variations of this, depending on the rescue scenario.  And after years of my own search and rescue work, I have found a few techniques to be very effective.  For instance, when rescuing a person in danger of drowning, I grab them with two hands which as much force I can muster, pull them close to my body, and then to safety.  Here, right after my instinct to help Fanone kicked in, the unction to deploy this technique followed straight away.

The whole Officer Fanone situation looks much slower on video compared to how it actually played out in real life.  What I can tell you is this:  the way he was dragged out of the tunnel and into the crowd, is similar to someone being dragged out to sea.  And like an injured man floating down a river, he looked to be heading into greater danger– fast. I knew that if I could intercept the path he was traveling that I could (1) grab him and pull him to safety, (2) redirect him in the direction of safety, and/or (3) ensure that he was not dragged past me and into potentially deeper and more perilous waters.

When the chance came, I tried to grab him with two hands as forcefully as I could, but I could not get a grip.  Next Alex, and I— along with a few others made a wall around the area where Fanone was so no one looking to hurt him could get to him.  And it those moments, I can say with confidence that he knew he was safe.  Officer Fanone was no longer screaming, and did not appear to be gripped by fear or in distress.  I have not yet had the chance to see Officer Fanone's body cam footage, but something tells me that on it, you will hear a bunch of us yelling "hands off!", "Don't hurt him!" and "Send him back up!"

Affirmed and consented to<br>
via phone on OCTOBER 28, 2021