Good afternoon,

To whom it may concern, this written statement will address the opinions/comments that were made towards Ryan Nichols the morning of Alex Harkriders arrest. I Richard Cullen Stone, would like to retract my comments that were formed by anger, fear, and hate. I realize now that my opinion of Ryan Nichols at the time was false in more ways than one. I was angry that my friend Alex Harkrider was being arrested, so I immediately laid blame to Ryan in my own mind. The fear of losing a friend as well dictated my emotions towards Ryan. As a result, it made me hate Ryan at the given moment to the point where I would say anything to help my friend Alex. My loyalty to my friendship with Alex plus my anger, made me blind to the facts I know personally regarding Ryan Nichols. I know he is a loving Husband to his amazing wife miss Bonnie and a caring Father to his two little boys that I'm sure miss him dearly. I know him to be a successful businessman/entrepreneur as well. He was even kind enough to offer me a job, knowing I was underqualified but provided the proper training I needed to succeed. I've witnessed these attributes personally and I hate that my anger blinded me to the point of possibly condemning a man with a mere few words. I want to apologize to the family of Ryan Nichols and Ryan as well, my ignorance accompanied by fear led me to say the things that were said. Also, I would like to add that this letter was written on my own free will. No one paid or forced me to write this letter, nor was I influenced by anything/anyone. My conscious and character that makes me the man I am moved me to right this wrong I've made. This letter was written with a sound mind and a calm heart, Ryan Nichols is more than the man he has been portrayed to be.

My Deepest Regards,

R. Cullen Stone



HALEY HUFF
Notary Public, State of Texas
Comm. Expires 04-14-2024
Notary ID 132436728