

U.S. Department of Transportation
**Federal Aviation Administration**

Aviation Safety

North Texas Flight Standards District Office
8700 Freeport Parkway  Suite 225
Irving, TX  75063
(214) 277-8500     Fax: (214) 277-8570

August 16, 2021

Ryan Nichols
110 Lacebark Lane
Longview, TX

Dear Mr. Nichols:

This letter is in response to your email on April 24, 2020, regarding a low flying aircraft near Longview, TX.  The aircraft in question was flying low over your neighborhood.  We understand this aircraft was loud and caused concern for you and your neighbors.  Thank you for providing this information and video footage.

We have investigated the incident and have taken appropriate action.  We consider this matter closed.  However, if you have any additional information that would require further action, please contact this flight standards district office.

If you have any questions or concerns, please do not hesitate to contact this office at (214) 277-8500.

Sincerely,


Jolynn M. Davila
Aviation Safety Inspector

Ecc: Ryan Nichols, (ryannichols-32@hotmail.com)