

# THE MCBRIDE LAW FIRM, PLLC

**JOSEPH D. MCBRIDE, ESQ.**
*Attorney and Counselor at Law*
**99 PARK AVENUE, 6TH FLOOR**
**NEW YORK, NY 10016**

November 3, 2021

**Via Email**
Hon. Judge Thomas F. Hogan
Assistant United States Attorney
333 Constitution Ave, N.W.
RM-1700
Washington, D.C. 20001
Harold_Smith@dcd.uscourts.gov

CC
Luke.Jones@usdoj.gov
Danielle.Rosborough@usdoj.gov

      **Re:**    **Notice of Vaccination**
             United States v. Ryan Nichols *and Alex Harkrider,* Case No. 21-cr-117

Dear Judge Hogan,

    I am writing to respectfully inform Your Honor that Ryan Taylor Nichols received his first shot of the Moderna NIAID COVID-19 vaccination on Wednesday, November 3, 2021. Mr. Nichols is scheduled to receive his second vaccination shot on December 2, 2021.

    Mr. Nichols' will receive his second shot eighteen days before his December 20, 2021, Bail Modification Hearing. In light of this new information, we respectfully request that that Mr. Nichols be granted permission to be physically in court for his December 20th hearing, as opposed to having to appear via zoom.

    Thank you for your time and consideration of this matter. I can be reached by phone at (917) 757-9537, or email at jmcbride@mcbridelawnyc.com.

                                    Respectfully submitted,

                                    *Joseph D. McBride*, Esq. /s/
                                    _____
                                    THE MCBRIDE LAW FIRM, PLLC
                                    99 Park Avenue, 6th Floor
                                    New York, NY 10016
                                    p: (917) 757-9537