# **EXHIBIT LIST**

**EXHIBIT A:**	That's One Big Flag Discovery Video with Sensitive Designation

**EXHIBIT B:**	Defense Counsel's Rule 16 Discovery Request

**EXHIBIT C:**	Department of Homeland Security's Explanation of "Doxxing"