IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RYAN TAYLOR NICHOLS,<br><br>*Defendant*. | Case No. 21-cr-117-1 (TFH) |

### MOTION TO CONTINUE THE DEFENSE'S
### DEADLINE TO FILE REPLY IN SUPPORT OF BOND MOTION

Because of a medical emergency that took place within the undersigned counsel's family over the weekend of December 11, 2021. The Defense respectfully requests that the current Reply date of December 13, 2021 be advanced by two days to December 15, 2021, so long as said request does not move the December 20, 2021 hearing date in this case past December 22, 2021. In the alternative, should this two-day continuance request require moving the December 20, 2021, hearing date past December 22, 2021. The Defense will instead request a one-day extension from December 13, 2021 to December 14, 2021. The Defense apologizes for any inconvenience that this request may cause the Court.

Dated:  December 13, 2021

                                                                               Respectfully Submitted,

                                                                      /s/ **Joseph D. McBride, Esq.**

                                                                   Joseph D. McBride, Esq.
                                                                  THE MCBRIDE LAW FIRM, PLLC
                                                                  Attorneys for the Defendant
                                                                  99 Park Avenue, 6th Floor
                                                                  New York, NY 10016
                                                                  *Phone:* (917) 757-9537
                                                                  *Email:*  mcbride@mcbridelawnyc.com