00117-RCL Document 68-1 Filed 12/14/2

© Roy Rochlin/REX