FD-302 (Rev. 5-8-10)

UNCLASSIFIED//FOUO

FEDERAL BUREAU OF INVESTIGATION

Date of entry    03/31/2021

## Interview of Donald Nichols Jr.; Collection of Ryan Nichols' Cell Phone on January 20, 2021

On January 20, 2021, Federal Bureau of Investigation (FBI) Task Force Officers (TFO) Gregory Harry (Writer) and Andrew Mackey interviewed Donald Nichols Jr. (Donald), white male, date of birth ▇▇▇▇▇▇▇, address ▇▇▇▇▇▇▇, Texas Driver License ▇▇▇▇▇ at the FBI Tyler Resident Agency, 3301 Golden Road, Tyler, TX 75701. During the interview, Donald also turned over an Apple iPhone belonging to his son, Ryan Taylor Nichols (Nichols).

On January 20, 2021 at approximately 1:49 pm, Donald arrived at the FBI office in Tyler to turn over Ryan Nichols' cellular telephone to the FBI. Upon release of Nichols' cell phone, Donald relayed that the device's passcode was "8990." Writer completed an FD-597 receipt for the phone which was signed by Donald. A copy of the form was provided to him. After providing Donald with the receipt, he was informed he could leave, however he agreed to speak about Nichols' case. The interview was recorded using an audio recorder. This is a summary of events for the recording and is not meant to be a complete record of the interview.

During a consent search of Alex Harkrider's (Harkrider) cell phone, investigators observed text messages sent by Donald during the January 6, 2021 riots at the U.S. Capitol. Donald was asked about these messages, which read as follows:

> "They have labeled you all anarchists. The patriots have taken the hill, both the senate and congress."

> "The DC police, the FBI, and the Secret Service are getting together with the national guard. They are discussing using lethal force to

UNCLASSIFIED//FOUO

| | | |
|---|---|---|
| Investigation on | 01/20/2021 at | Tyler, Texas, United States (In Person) |
| File # | 266H-DL-3370270, 176-WF-3366759-Harkrider, 89B-WF-3376995 | Date drafted 03/30/2021 |
| by | Gregory Dale Harry | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Continuation of FD-302 of (U//FOUO) Interview of Donald Nichols Jr.; Collection of Ryan Nichols' Cell Phone on January 20, 2021, On 01/20/2021, Page 2 of 4

    disburse people off the hill."

    "Go get your weapons."

During questioning, Donald claimed he was not advocating for Harkrider or Nichols to use violence, but rather was telling them to take care of themselves. Donald then said he meant they (Nichols and Harkrider) needed to "get out and get gone." Donald learned from the news that a police officer had been killed and a veteran had been shot. Donald also stated he knew Nichols and Harkrider's vehicle was 10 miles away from the Capitol. Donald believed a 10 mile walk back to their vehicle would be enough time for them to "think about" what they were going to do.

Donald then clarified that he meant for Nichols and Harkrider to go get their weapons so they could defend themselves and not use the weapons in an offensive manner. Donald admitted they told him how far away their vehicle was from the Capitol, which is why he was telling them to go get their weapons. When asked, Donald would not give his view of Nichols and Harkrider's actions at the Capitol, because things could be taken out of context.

Donald was then asked about what weapons he was referring to in his text message to Harkrider. Donald stated he did not know what kind of weapons Ryan and Harkrider took to DC. Donald also stated he did not know Ryan and Harkrider were taking weapons with them to DC. Donald was then advised it was an offense to knowingly make a false statement to the FBI. Donald stated he understood it was an offense to make a false statement.

Donald was asked if he helped Nichols make a box for his truck. This "box" was referenced in a series of text messages between Nichols and Harkrider on January 3, 2020, which read:

    Nichols: "Dad and I are building a gun container in the truck today"

    Nichols: "Just know I have intel that Washington will be a warzone [sic]"

    Nichols: "Big possibility that actual battle goes down"

UNCLASSIFIED//FOUO

266H-DL-3370270

Continuation of FD-302 of (U//FOUO) Interview of Donald Nichols Jr.; Collection of Ryan Nichols' Cell Phone on January 20, 2021, On 01/20/2021, Page 3 of 4

    Harkrider: "I'm looking forward to it"

    Nichols: "I know how to get guns legally into DC now"

    Nichols: "It's called "transporting""

    Harkrider: "I'll bring every freedom blaster I own then"

    Donald admitted he did help build the box with Ryan for his truck, but believed it was for transporting ammo and gasoline. Donald then stated since Nichols was bringing ammo he believed he would also be bringing a "weapon." Donald also told his son to bring gasoline because he believed D.C. would be locked down and difficult to find gas. [Note: investigators located a large wooden box in the bed of Nichols' truck during the search warrant execution on January 18, 2021. This box was more than large enough to hold several rifles, ammunition and armor.]

    Donald said he watched Nichols' live stream the day he was at the Capitol. Donald said he saw people yelling "Trump" and saw Nichols pointing out Black Lives Matter (BLM) and Antifa members. Donald also said when President Trump told everyone to leave, Nichols said he left the Capitol.

    Donald was then asked about firearms that Nichols was believed to have owned, that were not located at his house during the search. Donald admitted he knew Nichols to have an AR-15 style rifle, but did not know if it actually belonged to Nichols. Donald said their family, including Nichols, shot guns as recently as Christmas, December 2020, and knew Nichols shot an AR-15 at that time. Donald said he did not know where the AR-15 was at this time. Donald also stated he did not possess or have knowledge of where the clothing, weapons, or vest Nichols was wearing during the Capitol siege were located currently.

    Donald was also asked about any mental health conditions that Nichols may have. Donald said Nichols suffered from Post Traumatic Stress Disorder (PTSD) from his time in the United States Marine Corps (USMC). Donald noted that Nichols possesses a "medical marijuana" card that he obtained from California. Donald stated that Nichols obtained the "medical marijuana

UNCLASSIFIED//FOUO

UNCLASSIFIED//FOUO

266H-DL-3370270

Continuation of FD-302 of (U//FOUO) Interview of Donald Nichols Jr.; Collection of Ryan Nichols' Cell Phone on January 20, 2021 , On 01/20/2021 , Page 4 of 4

card" to help treat his PTSD. Donald further said Nichols has had a history of suicidal ideation and was currently being treated by a doctor, specifically for his PTSD.

Donald then provided background on the specific incident which caused Nichols' PTSD. Donald said Nichols was on guard duty in Okinawa, Japan (while on active duty with USMC). Unknown Japanese attackers were attempting to climb and jump the gate/fence into the USMC's secure government military installation. The attackers had apparently previously stated they were bringing bombs in. According to Donald, Nichols <u>almost</u> had to shoot one of the subjects attempting to unlawfully enter the facility, but the sergeant on duty arrived and told Nichols to stand down. Donald said Nichols has had nightmares due to this incident.

The interview was then concluded and Donald left the office.

Attachments:

1. Notes taken by TFO Harry during the interview with Donald Nichols Jr. on January 20, 2021.
2. Signed FD-597 (Receipt for Property) documenting the release of Ryan Nichols' Apple iPhone to the FBI by Donald Nichols Jr. (Ryan Nichols' father).
3. Audio recording of the interview with Donald Nichols Jr. on January 20, 2021.

UNCLASSIFIED//FOUO