Ryan Nichols   # 376795

# SEPARATION OR DEATH
**BY THE HONORABLE MINISTER LOUIS FARRAKHAN—PAGE 20**

# The Final Call

VOLUME 40 NUMBER 45 | AUGUST 17, 2021 | U.S. $2.00
FINALCALLDIGITAL.COM | STORE.FINALCALL.COM | FINALCALL.COM



A demonstrator is taken into custody by police after a curfew took effect during a protest over the death of George Floyd, June 1, 2020, near the White House in Washington. Photo: AP Photo/Alex Brandon

# Allah (God) Will Hold

Ryan Nichols

Case 1:21-cr-00117-RCL   Document 68-10   Filed 12/14/21   Page 2 of 3

## 'IT'S NATION TIME!' WE MUST WORK FOR OUR COLLECTIVE ADVANCEMENT
BY THE HONORABLE MINISTER LOUIS FARRAKHAN—PAGE 20

# The Final Call

VOLUME 40 NUMBER 46 | AUGUST 24, 2021 | U.S. $2.00
FINALCALLDIGITAL.COM | STORE.FINALCALL.COM | FINALCALL.COM



Event co-organizers Lumumba Batson and Emmanuel Beryllia



Abdul Rahman Muhammad of the Nation of Islam speaks during Walk For Freedom.



Rastafarians oppose coercive vaccine campaign in Barbados.



Winston Clarke

Photos: Anton Nixon/WaterGate Media

# 'YOU CAN'T FORCE US TO TAKE YOUR VACCINE!'

Ryan Nichols    # 376 795



# How the U.S. Government Destabilized Foreign Governments
### BY THE HONORABLE MINISTER LOUIS FARRAKHAN—PAGE 20



# The Final Call

VOLUME 40 NUMBER 47 | AUGUST 31, 2021 | U.S. $2.00
FINALCALLDIGITAL.COM | STORE.FINALCALL.COM | FINALCALL.COM

Taliban fighters patrol in the Wazir Akbar Khan neighborhood in the city of Kabul, Afghanistan, Aug. 18. Photo: AP Photo/Rahmat Gul

# EXPOSED AS A FALSE