Good afternoon,

To whom it may concern, this written statement will address the opinions/comments that were made towards Ryan Nichols the morning of Alex Harkriders arrest. I Richard Cullen Stone, would like to retract my comments that were formed by anger, fear, and hate. I realize now that my opinion of Ryan Nichols at the time was false in more ways than one. I was angry that my friend Alex Harkrider was being arrested, so I immediately laid blame to Ryan in my own mind. The fear of losing a friend as well dictated my emotions towards Ryan. As a result, it made me hate Ryan at the given moment to the point where I would say anything to help my friend Alex. My loyalty to my friendship with Alex plus my anger, made me blind to the facts I know personally regarding Ryan Nichols. I know he is a loving Husband to his amazing wife miss Bonnie and a caring Father to his two little boys that I'm sure miss him dearly. I know him to be a successful businessman/entrepreneur as well. He was even kind enough to offer me a job, knowing I was underqualified but provided the proper training I needed to succeed. I've witnessed these attributes personally and I hate that my anger blinded me to the point of possibly condemning a man with a mere few words. I want to apologize to the family of Ryan Nichols and Ryan as well, my ignorance accompanied by fear led me to say the things that were said. Also, I would like to add that this letter was written on my own free will. No one paid or forced me to write this letter, nor was I influenced by anything/anyone. My conscious and character that makes me the man I am moved me to right this wrong I've made. This letter was written with a sound mind and a calm heart, Ryan Nichols is more than the man he has been portrayed to be.

My Deepest Regards,

R. Cullen Stone

*[signature: R. Cullen Stone]*

*[signature: Haley Huff]*



HALEY HUFF
Notary Public, State of Texas
Comm. Expires 04-14-2024
Notary ID 132436728