**EXHIBIT 13**

**Highly Sensitive Video: West Terrace 3 Hour Block**