# EXHIBIT 14

**Sensitive Video 4 Warning Graphic Content**