# EXHIBIT 15

**Sensitive Video GoPro Raw 360 Clip**