# EXHIBIT 16

## Sensitive Video His Pants Are Falling Down