# EXHIBIT 17

**Sensitive Video I Can't Breathe**