# EXHIBIT 18

# Sensitive Video RSBN US Capitol on Lockdown