# EXHIBIT 19

**Sensitive Video Patriots Storm the US Capitol**