18. REMARKS

SERIAL # 3710720 /EDIPI: 1399480414. NON-CREDITABLE DELAYED ENTRY PROGRAM TIME 20100803 TO 20101017. GOOD CONDUCT MEDAL PERIOD COMMENCES 20131018. MEMBER CONTRIBUTED $1200.00 TOWARDS THE MGIB. WHILE A MEMBER OF THE MARINE CORPS RESERVE YOU WILL KEEP THE COMMANDER, MARINE FORCES RESERVE (TOLL FREE 1-800-255-5082) INFORMED OF ANY CHANGE OF ADDRESS, MARITAL STATUS, NUMBER OF DEPENDENTS, CIVILIAN EMPLOYMENT, OR PHYSICAL STANDARDS. SUBJECT TO ACTIVE DUTY RECALL AND OR ANNUAL SCREENING. THIS IS NOT A FINAL DISCHARGE.

The information contained here in is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address - include Zip Code) |
|---|---|
| 20256 FM 450 NORTH DIANA TX 75640 | DON L NICHOLS (FATHER), 20256 FM 450 N, DIANA TX 75640 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality)    TX    OFFICE OF VETERANS AFFAIRS | x YES | NO |
|---|---|---|
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | x YES | NO |

| 21a. MEMBER SIGNATURE | b. DATE (YYYYMMDD) | 22a. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title, signature) | b. DATE (YYYYMMDD) |
|---|---|---|---|
| R. T. NICHOLS | 20140915 | S. A. ZARATECORTINA, SSGT, PERSONNEL CHIEF, BY DIR | |

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY
This Report Contains Information Subject to the Privacy Act of 1974, As Amended.

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| NICHOLS, RYAN TAYLOR | USMC-11 | 635 22 4381 |

| 4a. GRADE, RATE OR RANK | b. PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD) |
|---|---|---|---|
| CPL | E4 | 19901206 | 20180802 |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| SHREVEPORT, LOUISIANA 71118 | 515 YOUNER ROAD DIANA TX 75640 |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| 9TH COMM BN, CAMPEN (RUC 21670) | IPAC MCB CAMPEN (RUC 45500) |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE | NONE |
|---|---|---|
| Commander, Marine Forces Reserve, 2000 Opelousas Ave., New Orleans, LA 70146-5400 RUC 36005 | AMOUNT: $ 400,000 | |

| 11. PRIMARY SPECIALTY | 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|---|
| 0612, TACTICAL SWITCHING OPERATOR (PMOS), 01 YEAR, 05 MONTHS<br>0613, CONSTRUCTION WIREMAN, 01 YEAR, 11 MONTHS | a. DATE ENTERED AD THIS PERIOD | 2010 | 10 | 18 |
| | b. SEPARATION DATE THIS PERIOD | 2014 | 10 | 17 |
| | c. NET ACTIVE SERVICE THIS PERIOD | 04 | 00 | 00 |
| | d. TOTAL PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| | e. TOTAL PRIOR INACTIVE SERVICE | 00 | 00 | 00 |
| | f. FOREIGN SERVICE | 01 | 11 | 01 |
| | g. SEA SERVICE | 00 | 00 | 00 |
| | h. INITIAL ENTRY TRAINING | 00 | 04 | 21 |
| | i. EFFECTIVE DATE OF PAY GRADE | 2012 | 05 | 01 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) | 14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed) |
|---|---|
| MARINE CORPS GOOD CONDUCT MEDAL, GLOBAL WAR ON TERRORISM SERVICE MEDAL, NATIONAL DEFENSE SERVICE MEDAL, SEA SERVICE DEPLOYMENT RIBBON, EXPERT RIFLE QUALIFICATION BADGE (4) | COMMUNICATIONS CABLE AND ANTENNA SYSTEMS APPRENTICE (BNB), 06/2011<br>COMMUNICATIONS ANTENNA SYSTEMS APPRENTICE (DCONTD) (CGA), 05/2011 |

| | YES | NO |
|---|---|---|
| 15a. COMMISSIONED THROUGH SERVICE ACADEMY | | x |
| b. COMMISSIONED THROUGH ROTC SCHOLARSHIP (10 USC Sec. 2107b) | | x |
| c. ENLISTED UNDER LOAN REPAYMENT PROGRAM (10 USC Chap. 109) (If yes, years of commitment: ____) | | x |
| 17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | | x |

16. DAYS ACCRUED LEAVE PAID: 2.5

18. REMARKS
SERIAL # 3710720 /EDIPI: 1399480414. NON-CREDITABLE DELAYED ENTRY PROGRAM TIME 20100803 TO 20101017. GOOD CONDUCT MEDAL PERIOD COMMENCES 20131018. MEMBER CONTRIBUTED $1200.00 TOWARDS THE MGIB. WHILE A MEMBER OF THE MARINE CORPS RESERVE, YOU WILL KEEP THE COMMANDER, MARINE FORCES RESERVE (TOLL FREE 1-800-255-5082) INFORMED OF ANY CHANGE OF ADDRESS, MARITAL STATUS, NUMBER OF DEPENDENTS, CIVILIAN EMPLOYMENT, OR PHYSICAL STANDARDS. SUBJECT TO ACTIVE DUTY RECALL AND OR ANNUAL SCREENING. THIS IS NOT A FINAL DISCHARGE.

The information contained here in is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code) | b. NEAREST RELATIVE (Name and address - include Zip Code) |
|---|---|
| 20256 FM 450 NORTH DIANA TX 75640 | DON L NICHOLS (FATHER), 20256 FM 450 N, DIANA TX 75640 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO (Specify state/locality) | TX OFFICE OF VETERANS AFFAIRS | x YES | NO |
|---|---|---|---|
| a. MEMBER REQUESTS COPY 3 BE SENT TO THE CENTRAL OFFICE OF THE DEPARTMENT OF VETERANS AFFAIRS (WASHINGTON, DC) | | x YES | NO |

| 21a. MEMBER SIGNATURE | b. DATE (YYYYMMDD) | 22a. OFFICIAL AUTHORIZED TO SIGN | b. DATE (YYYYMMDD) |
|---|---|---|---|
| R. T. NICHOLS | 20140915 | S. A. ZARATECORTINA, SGT, PERSONNEL CHIEF, BY DIR | |

## SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| RELEASED FROM ACTIVE DUTY | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| MARCORSEPMAN 1005 | MBK1 | RE-1A |

28. NARRATIVE REASON FOR SEPARATION
COMPLETION OF REQUIRED ACTIVE SERVICE

29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD)
NONE

30. MEMBER REQUESTS COPY 4 (Initials) RTN

DD FORM 214, AUG 2009 — PREVIOUS EDITION IS OBSOLETE. — MEMBER - 4 — Adobe Designer 8.0