

# UNITED STATES CAPITOL POLICE
# REPORT OF INVESTIGATION

| **COMPLAINANT(S):** United States Capitol Police | **OPR # 21-006 A** |
|---|---|
| **SUBJECT OF INVESTIGATION:** Rule B1: Unsatisfactory Performance | |

### Respondent:

1. Sergeant ████████ PIN ████ Protective Services Bureau, Investigations Division, Criminal Investigations Section (PSB-ID-CIS).

### Witnesses:

1. Lieutenant ████████ Jr., PIN ████ Uniformed Services Bureau, Senate Division, Section One (USB-SD-1).

2. Sergeant ████████ PIN ████ Operational Services Bureau, Special Operations Division, Section Two (OSP-SOD-2).

3. Officer ████████ PIN ████ Uniformed Services Bureau, Capitol Division, First Responders Unit, Section Two (USB-CD-FRU-2).

4. Officer ████████ PIN ████ Uniformed Services Bureau, Senate Division, Section Three (USB-SD-3).

### Allegation(s):

That Sergeant ████████ violated USCP Directive 2053.013, Rules of Conduct, on January 6, 2021, when he allegedly failed to take appropriate action during an attack on the United States Capitol Building.

### Background:

On January 11, 2021, the Office of Professional Responsibility was made aware of multiple social media videos involving United States Capitol Police (USCP) employees and their conduct during the attack on the United States Capitol Building that occurred on January 6, 2021. The social media videos showed unauthorized individuals entering through the Upper West Terrace (UWT) emergency exit door, while five USCP employees are standing off to the side. The unauthorized individuals continue into the building and proceed up the stairs towards the Capitol Rotunda. Sergeant ████████ Protective Services Bureau, Investigations Division,

Criminal Investigations Section (PSB-ID-CIS) was identified in one or more of the social media videos. [EXHIBITS 3 & 4]

The case was assigned to Sergeant Brent M. Hitz (OPR) for investigation on January 11, 2021.

The OPR reviewed USCP Closed Circuit Television[1] (CCTV) of camera #0157, #0920, #0912 and #0126, which revealed the following information about this event at the UWT Door: EXHIBIT 6]

- According to CCTV footage, unauthorized individuals are observed exiting out of the UWT Door[2] before ▮▮▮ arrived at that location. ▮▮▮ Lieutenant ▮▮▮ Uniformed Services Bureau, Senate Division, Section One (USB-SD-1), Sergeant ▮▮▮ Operational Services Bureau, Special Operations Division, Section Two (OSP-SOD-2), Officer ▮▮▮ Uniformed Services Bureau, Capitol Division, First Responders Unit, Section Two (USB-CD-FRU-2) and Officer ▮▮▮ Uniformed Services Bureau, Senate Division, Section Three (USB-SD-3) all end up together in the Office of the Attending Physician (OAP) hallway.

2:33:23 – ▮▮▮ and ▮▮▮ are observed opening the UWT secondary doors[3], which leads to the UWT Door. ▮▮▮ is observed pointing at the UWT Door to have unauthorized individuals exit. ▮▮▮ and ▮▮▮ appear to be talking to a group of unauthorized individuals. Some unauthorized individuals leave and exit out the UWT Door. Protesters that are outside of the UWT Door are observed entering the building through that door. #0126, #0912

2:34:19 – ▮▮▮ steps forward into the threshold of the UWT secondary door and stops three unauthorized individuals from continuing further into the building. ▮▮▮ and ▮▮▮ are observed with ▮▮▮ during this timeframe. Approximately 15 more unauthorized individuals enter the UWT Door. More protesters are observed at the UWT Door and outside of the UWT Door. #0126, #0912, #0920.

2:35:00 – A large group of protesters are observed on the north side and middle of the UWT (outside the building) attempting to enter the building through the UWT Door. #0920

2:35:54 – Approximately 60 unauthorized individuals entered the UWT Door and moved past the officers that are standing by the UWT secondary door. At this point, ▮▮▮ comes through the UWT secondary door shaking his head. ▮▮▮ and ▮▮▮ are behind him. Unauthorized individuals are stopped beyond the UWT Door entrance. #0126, #0912

2:36:23 – Approximately thirteen unauthorized individuals are observed just inside the UWT Door, with a larger group of protesters outside the UWT Door. #0912

2:36:50 – The unauthorized individuals appear to be chanting and then push through the officers and past the UWT secondary door. #0912, #0126

---

[1] CCTV is a closed circuit television system, including cameras placed throughout the Capitol Complex
[2] To reduce confusion throughout the ROI "UWT Door" refers to the "UWT emergency exit door."
[3] To reduce confusion throughout the ROI, "UWT secondary doors" refers to the "UWT interior doors."

2:37:00 – 2:39:04 – Approximately 104 unauthorized individuals enter the UWT Door. #0126

2:39:04 – ▮▮▮▮ is observed listening to and/or using his radio. Approximately ten more unauthorized individuals enter through the UWT Door. #0126

2:40:07 – ▮▮▮▮ steps closer to the UWT Door and confronts the protesters that are just inside the doorway. ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ and ▮▮▮▮ are standing across the hallway blocking the protesters from entering further into the building. A large group of protesters are observed outside the UWT Door. #0912

2:42:20 – Protesters are observed aggressively arguing with officers. Unauthorized individuals are observed behind the officers at the UWT secondary doors. #0912, #0126

2:44:17 – ▮▮▮▮ says something to ▮▮▮▮ then pulls him back by the shoulder; then pulls ▮▮▮▮ back by the shoulder. The officers start to back up towards UWT secondary doors. Officers walk through the UWT secondary doors with the unauthorized individuals following behind them. #0126, #0912

The OPR reviewed USCP audio and audio transcripts provided by Communications for the incident at the UWT Door, which revealed the following information: [EXHIBITS 7 & 8]

**Dispatch**: *"Any unit (inaudible) copy. Upper West Terrace Door is being breached as well. Any unit can respond to there to assist. Any unit."* – Approximately 1434 hours.

**Dispatch**: *"544, Say your message again."* – Approximately 1434 hours.

**Officer**[4]: *"(Inaudible) Charlie, I'm at the Upper West Terrace Door. I've got three officers with me. We (inaudible) breach."* – Approximately 1435 hours.

**Dispatch**: *"I copy. Upper West Terrace Door needs assistance…"* – Approximately 1435 hours.

**Officer**[5]: *"970A, I need somebody with a key to the Upper West Terrace Door. If we can resecure the lock, we could close it."* – Approximately 1440 hours.

**Dispatch**: *"Again, any unit with the keys Upper West Terrace to respond to secure that door now."* – Approximately 1440 hours.

The OPR reviewed USCP radio mic key-ups[6] provided by Communications for the incident at the UWT Door, which revealed the following information: [EXHITBIT 9]

- ▮▮▮▮ utilized his radio or tried to key-up two times between 14:39:11 hours and 14:48:22 hours.

---

[4] This officer was later identified as Lieutenant ▮▮▮▮
[5] This officer was later identified as Sergeant ▮▮▮▮
[6] Radio key-ups refer to the timeframe that USCP employees utilized their USCP radio.

OPR Case #21-006 A

The OPR obtained a map of the first floor of the Capitol Building and identified the location of this incident. [EXHIBIT 10]

**Discussion:**

On January 28, 2021, ▬▬ (SD-1) was interviewed and provided a written statement. [EXHIBIT 11 & 12]

When asked to explain what was happening at the 2:34:40 mark on the CCTV footage, ▬▬ stated, "*I mean just what you see. Trying to stop the people. I think at some point we realized we weren't going to be able to, so...my thought at that point was get to the door. I was thinking at that point to try and close the door, after we get to the door and get them stopped. You'll see Sergeant ▬▬ jump out again, he tries and we get them stopped at the actual exit door. And then...they were arguing back and forth, you know, hold them there. And I was thinking if we could get them pushed back just a little bit more, we could get the door closed but then I realized if we get that door closed, it's not locked.*" Additionally, ▬▬ stated, "*Can I say something here? I mean, you can sit here and count them all day. I could see out that door and there were thousands of people. And in my perspective, at that point, they were just pouring in. So, I mean, it's nice for you to like, this is like the third time you've counted protestors. And then like you had this number here, this number there, it seemed like a lot more.*"

OPR: "*At any point, did somebody in that group call out what you guys had, the situation, um, right here, specifically with the door being open?*"

▬▬ "*Before you see me in this video, I can't recall if the call came out over the radio for door breach at the Upper West Terrace Door or if I initiated it. I put out over the radio – I was at the Upper West Terrace Door, I had four or five officers with me, I needed more people to stop the breach. Cause like I said, when I looked out the hallway and out the door, it was just a sea of people and it looked like they were all funneling right in that door. I mean, obviously looking back that wasn't the case, but that's what it looked like. I called out for – I know I put out over the radio, I think I called it the second time. Um, but at no point, could I hear a response or one that was coherent to me at that point?*"

When asked to explain why he and the other officers were standing to the side as unauthorized individuals entered the UWT Door, ▬▬ stated, "*With only five officers, there was only so much we could do. Obviously, we tried to stop it, it didn't last very long. We just waited for an opportunity and Sergeant ▬▬ jumps right on when the flow slows down again...he jumps back in front and we kinda stop them there for a while.*"

▬▬ provided the following written statement:

"*On January 06, 2021, I arrived at the Capitol to begin my shift at approx. 1400 hours. An active riot was already in progress. I responded to the Lower West Terrace Door where rioters were attempting to breach. Upon arrival I found CDU officers engaged with rioters but holding. Almost immediately after my arrival a breach of the North Door was broadcasted. Myself and several officers responded up the stairs and met rioters in the Crypt. A severely undermanned police line was formed.*"

*Shortly after the line was formed rioters surged and forced the police line back and through the Crypt. I was pinned in a corner as the crowd surged through and out of the Crypt. As the crowd thinned I was able to escape through the west entrance to the Crypt. Myself and several officers moved south in an attempt to meet up with another police line.*

*We stopped in the OAP hallway just south of the Crypt where we held rioters for a short time. When it became obvious holding the rioters in the OAP hallway was useless as rioters were already behind us, we returned along the OAP hallway in another attempt to find a police line.*

*We stopped at the Upper West Terrace door which was in alarm and open. Rioters were entering through the open door. I advised dispatch and requested back up, I was unable to determine if anyone was responding. The officers with me were able to stop the rioters from entering for a short time, however with only 5 of us at the door we wouldn't be able to hold for long.*

*A call came over the radio for "Shots Fired on the House Floor" and I was unable to determine from radio traffic if anyone was responding. The situation at the Upper West Terrace door was worsening. Rioters were becoming more agitated and angry; more and more rioters behind us were taking an interest in what we were doing. Based on the numbers of rioters and their action I believed we wouldn't be able to hold the door. I prioritized the Shots Fired call as more important and pulled everyone back to respond to the House Floor, where I understood the shots were fired."*

On January 29, 2021, ▓▓▓▓ (PSB-ID-CIS) was interviewed and provided a written statement. [EXHIBIT 13 & 14]

▓▓▓▓ confirmed he was one of the individuals present, when shown the social media video of this incident. During the social media video, ▓▓▓▓ is heard saying, *"I disagree with it, but respect the (inaudible)."* When asked to explain what he was saying, ▓▓▓▓ stated, *"Part of what you don't hear is somebody asking me a question or saying, 'thank you for supporting us' – which prompted the response. And the response was, 'I disagree with it, but respect it, respect the building.' That's the full statement that I said. And that comes from the dialogue that I was having in attempting to deescalate the group before they pushed passed us...but that video was clearly – it was modified because they asked me a question that prompted my response to it, it wasn't unsolicited...I've seen a separate video of this, where they cut the audio out completely..."*

▓▓▓▓ was asked to describe what was going on just prior to, during and right after the social media video. ▓▓▓▓ stated that when he arrived at the UWT Door, the door was in alarm and unauthorized individuals were at the door. Additionally ▓▓▓▓ stated, *"The crowd stops pushing and that's when the verbal dialogue begins and I'm trying to deescalate, prevent this thing from going south. Their rhetoric is pushing and pulling for us to take action against them. I distinctively had the feeling that they were egging us on...I'm talking and I'm trying to use some of that verbal judo stuff to – 'you guys are wrong,' 'this is wrong, you're not supposed to be here,' 'this isn't the way to do it,' 'you're not showing respect for the building, you're not*

showing respect for the process.' And that's when they came in with, 'you're traitors, the president told us to come here and do this...you guys are on the wrong side of history for this.' And then one of the guys asked me, 'are you ready to die for this place?'...I'm still trying to deescalate...stall in hopes. At some point I got on the radio and asked for the key, dispatch...should have it, it comes from my radio from my PIN[7]. I answered up, I said, 'we need a key at the upper west terrace door to resecure this door and stop the breach.' Dispatch acknowledged it, so I'm thinking, I'm hoping that maybe someone's coming...And then at some point in time, the guy repeats his question and says, 'are you willing to die for this,' to which I, I squared up on him, had my baton in my hand and raised it up to him and said, 'you know I took an oath to protect this place and that's what I'm gonna do.'" And "He was the leader of the group and I'm thinking if we're gonna initiate contact, I've got one chance to knock him out to potentially gain the upper hand on this group. One of the guys does say during this, 'you do realize that we have you outnumbered and it's just a matter of minutes before we overpower you and we come into the building."

According to ▮▮▮▮ someone came up behind him and said, "It's not worth it, it's just a building. ▮▮▮▮ stated, "When he said that, it kinda broke my cycle of – I'm about to get into a fight with these guys. This is going to lead to a deadly force encounter because they outnumber us. And then preservation of life took over as a priority at that door. And I don't have any other way to explain it. I think I had absolved all use of force options up until that point. We tried talking our way through it, we got into the physical confrontation, we fought, the only thing left at that point was deadly force I think and they were provoking us to rise it to that level. And I didn't want to be the one to take it there...so then the rest is what you captured there on the video, which is them walking in."

According to ▮▮▮▮ ▮▮▮▮ told him that a Civil Disturbance Unit (CDU) was around the corner at the other end of the OAP hallway. ▮▮▮▮ stated that when they got to the UWT secondary doors, they did not find a CDU squad. According to ▮▮▮▮ he continued to talk with the unauthorized individuals and told them if they wanted to leave they could exit out the UWT Door.

**OPR:** "Your reasoning or the groups reasoning to not 100 percent try to push them out the door, just because...?"

▮▮▮▮ "Sheer numbers, sheer numbers, we were outnumbered. Again, I don't know at the time if saw the optics of how many people that was."

▮▮▮▮ is shown CCTV footage at the 2:36:50 mark, when the group of unauthorized individuals start to push back against the officers while saying let us in. When asked to describe this part of the incident, ▮▮▮▮ states, "We get into the physical – we're pushing, we're punching, we're hitting, we're attempting to repel these people back out the door. ▮▮▮▮ stated, "I could have sworn, I heard that door in alarm though, when we first got to that area."

According to ▮▮▮▮ after the group of unauthorized individuals pushed through the officers, he utilized his radio and asked for a key to resecure the UWT Door so they could stop the breach.

---

[7] PIN refers to personal identification number, which corresponds to an officer's radio.

When asked if the officers had a plan about what to do as the group of unauthorized individuals were entering the UWT Door, ▓▓▓ stated, *"No, we were just in it to – I mean we all had the same focus, it was…trying to push these people out. We were all in the same concerted effort, I don't think it needed to be spoken – that we were there to try to stop this stuff from occurring, the best that we could."*

▓▓▓ was shown CCTV footage at the 2:42:20 mark, which showed the flow of unauthorized individuals coming through the UWT Door, slowing down. The officers were seen forming a police line and stopped the unauthorized individuals from entering further into the building. ▓▓▓ stated, *"I knew at some point, I told the crowd, the buildings closed – you're not supposed to be here. But that's what's taking place here."*

▓▓▓ was asked if he remembered what ▓▓▓ said to him at the 2:44:17 mark on the CCTV footage. ▓▓▓ stated, *"I do…that was right after those guys just asked if we were ready to die for this place and I raised my fist to them and I told em, I said, 'I swore an oath to protect this place.' And that's when ▓▓▓ says, 'It's not worth it, it's just a building.' God damn – man it's tough.* ▓▓▓ stated, *"I believe shots fired was just called at that point. Shots fired on the floor and our immediate reaction – somebody says it and it may have been ▓▓▓ says 'we gotta get to the House Floor, that's where we need to be. And that's where we try to make our way to but – I remember trying to get to that point and getting stopped by MPD.* ▓▓▓ stated that his objective at that point was to get to the House Floor for what he believed was an active shooter situation.

▓▓▓ stated, *"Ah man, this is brutal ▓▓▓ this is…this is tough. I wanna say something since this is on record. You know mindset is key to a lot of what was going on at that door. I didn't know that was Lieutenant ▓▓▓ behind me, I thought it was an officer. I know it doesn't change much for what you guys have to do but I was resolved in my mind that a second escalation of force at that point – the only outcome at that point was deadly force. Overwhelmed by an adversary of significant numbers and of size and us, with limited options to repel them after already trying to fight and after having already tried to go to physical force to do so – I had checked off and resolved in my mind that deadly force was going to be the only way to do it and the only way we were going to get there was if we initiated that force on the front end. So reviewing the video and understanding where I was and what I did in this…I think the department is going to have to reckon with – what outcome from that, they would have expected. Because the only alternative for me at that point was – trust me, I wanted to fight…I thought that was going to be the fight of my life, for my life but the alternative I think being there and experiencing it – the only way that we could have prevented those people from coming in that door was killing em. And I don't know if the departments ready to reckon with – if that's an alternative to what took place. Management and leadership is going to have that debate, politicians are going to have to have that debate, but in his[8] defense, we were out of options – to be put in a position to have to use lethal force to repel that door and I don't know that that was the wrong idea. That has been the thought that I have wrestled with the last several weeks – optically of course it looks horrible…"*

---

[8] This is a reference to ▓▓▓ saying, *"It's not worth it, it's just a building."*

**OPR:** *"Did you or someone notify Communications of the situation, advise them of the incident, your location, observation...?"*

▇▇▇▇ *"Outside of my request for the key, I did not make any other requests over the radio. However, the evening that this occurred, when I was speaking with Sergeant* ▇▇▇▇ *he may have a different perspective, because he said that there was a lot of radio traffic from the people at the door, about that door. But I myself only asked for the key to resecure it."*

**OPR:** *"Were there any attempts to resecure the door, I guess other than the call that you had put out for that?"*

▇▇▇▇ *"No, we could not gain physical control over the people that were at the door, I didn't see an opportunity to close or resecure the door, based on everything that was taking place."*

**OPR:** *"Was there a failure to take appropriate police action during this incident at the UWT Door?"*

▇▇▇▇ *"No, I believe the steps that we took were appropriate and were only limited to the fact that deadly force was the only other option."*

**OPR:** *"Do you believe your conduct brought discredit to yourself or the department?"*

**Millard:** *"I don't, no."*

**OPR:** *"When* ▇▇▇▇ *grabbed you guys and pulled you back and you left the UWT Door – did you realize that leaving the UWT Door would allow more protesters to come into the building?"*

▇▇▇▇ *"I didn't realize it at that time, my focus and shift became on getting to the House Chamber where I believed there was an active shooter situation, where reinforcements were needed. I believe the prioritizing of reinforcing the shooting and shots fired and officers in distress was the greater priority."*

▇▇▇▇ provided the following written statement:

> *"On January 6, 2021, I was assigned to the Inaugural Task Force (ITF) responsible for various duties in preparation for the 59th Inaugural Ceremonies. I was in the ITF office located at the Government Printing Office (GPO) monitoring the USCP radio and observing current events on the local news broadcast. Myself along with other ITF members monitored the deteriorating conditions from the demonstration march and concluded after the police line on the West Front was broken that we would self-deploy to the Capitol if the Capitol building were breached. Shortly after formulating this plan, a priority for a breach of the Senate Door was broadcast, myself along with Sgt.* ▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ *Sgt.* ▇▇▇▇▇▇ *Captain* ▇▇▇▇ *and Inspector* ▇▇▇▇ *responded priority to the* ▇▇▇ *Loading dock where we then made our way to the Capitol.*
>
> *Our first contact with the crowd occurred in the Capitol Crypt where we became involved in a physical confrontation with approximately 150 rioters. There were approximately 40*