| Government | ✔ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES OF AMERICA
VS.
RYAN TAYLOR NICHOLS

Civil/Criminal No. 21-CR-117-1

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7 | Video | 12/20/21 | | | |
| 8 | Video | 12/20/21 | | | |
| 12 | Video | 12/20/21 | | | |
| 15 | Video | 12/20/21 | | | |
| 18 | Video | 12/20/21 | | | |