IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RYAN TAYLOR NICHOLS (01)<br>ALEX KIRK HARKRIDER (02) | No. 1:21-cr-117 (TFH) |

## NOTICE OF APPEARANCE AS LEAD COUNSEL

Douglas B. Brasher, Assistant United States Attorney, enters his appearance as lead counsel for the United States of America in this case. The United States requests that all notices relating to this case be sent to the undersigned.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

 */s/ Douglas B. Brasher*
Douglas B. Brasher
Assistant United States Attorney
Texas State Bar No. 24077601
U.S. Attorney's Office, District of Columbia
555 4th Street, NW
Washington, D.C. 20530
Telephone:  214-659-8604
douglas.brasher@usdoj.gov

**Notice of Appearance as Lead Counsel—Page 1**