IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> RYAN TAYLOR NICHOLS (01) <br> ALEX KIRK HARKRIDER  (02) | No. 1:21-cr-117 (TFH) |

### UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE

The government respectfully requests that the Court continue the status conference set for Friday, June 3, 2022, in this case, for one week.  The purpose of this request is to allow the undersigned counsel for the government to attend a backpacking trip with his son, where it would not be possible to attend the status conference by phone or the Internet.  Graciously, counsel for both defendants do not oppose this motion.

At the last status conference in this case—held March 24, 2022—this Court granted a defense motion to continue the trial, set a trial date of November 1, 2022, and ruled that it would exclude time for Speedy Trial purposes until the next status conference, which this Court later set for June 3, 2022.

In light of the fact that the requested continuance will not impact any pretrial deadlines or the trial itself, the parties respectfully request that the Court continue to exclude time until the next status conference, pursuant to 18 U.S.C. § 3161 et seq., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

 /s/ Douglas B. Brasher
DOUGLAS B. BRASHER
Assistant United States Attorney
Texas State Bar No. 24077601
Federal Major Crimes – Detailee
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone:  214-659-8604
douglas.brasher@usdoj.gov