## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 21-CR-117** |
| | **:** | |
| **RYAN NICHOLS et al.,** | **:** | |
| | **:** | |
| | **:** | |
| **Defendants.** | **:** | |

## <u>NOTICE OF WITHDRAWAL</u>

Pursuant to Local Rule of Criminal Procedure 44.5(e), please notice the withdrawal of Luke

M. Jones as counsel for the United States in the above-captioned matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:     */s/ Luke M. Jones*
LUKE M. JONES, VA Bar No. 75053
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7066
Luke.Jones@usdoj.gov