**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No. 21-cr-117(TFH)** |
| | **:** | |
| **ALEX HARKRIDER,** | **:** | |
| **Defendant.** | **:** | |

**<u>ORDER</u>**

Pending before the Court is the motion of defendant Harkrider to dismiss counts six and

eight.

**ORDERED** that the motion is GRANTED/DENIED.

Signed this _____ day of _____, 2022.


_____
THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE