

U.S. Department of Justice

Matthew M. Graves
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

April 27, 2022

**By e-mail**
Defense Counsel
E-mail address

           Re:    Insert case name and number
                   Capitol Tour

Dear Defense Counsel:

The U.S. Capitol Police have arranged one new date for a crime scene walkthrough of the Capitol.  The tour date and time is **Saturday, May 14, 2022, at 1:00 p.m.**, and the tour will last approximately two hours.  Although additional dates will be scheduled in the future, there are none planned at this time and we do not know when another date will be made available as obtaining permission requires extensive coordination throughout the entire Capitol.

If you wish to participate in the walkthrough, please email me at insert your email address **and** paralegal Mariela Andrade at xxxxxxxxxxxx, and provide the following information:
- Names, phone numbers and email contact information for any counsel or investigators who will be participating in the tour.
- Case(s), Case number(s), and AUSA assigned to each case.

The conditions of the U.S. Capitol Police for participating in the walkthrough are as follows:
- The tours are restricted to **counsel and one investigator**.  You may not bring **any** other guests. A paralegal or legal assistant may function as an investigator for this purpose.
- The public/non-public areas are identified on the attached list.  Photos are only allowed in the public areas. Any person who takes photos in the non-public areas will be asked to leave the tour and be banned from further tours.
- The tours will be led by officers and questions about the events of January 6 will not be permitted.  If you have such questions, you may direct them to me.
- Masks must be worn at all times.

1

With respect to transportation, please be advised that there is no parking provided. The closest metro stop is Capitol South (Blue/Orange line).

I look forward to hearing from you.

                              Sincerely,

                              Matthew M. Graves
                              United States Attorney

By: _____
      [AUSA NAME]
      Assistant United States Attorney
      [Address]
      [Phone No.]
      [E-Mail Address]