**From:** Miller, Emily (USADC) <
**Sent:** Wednesday, April 27, 2022 12:30 PM
**To:** USADC-All Criminal Employees (USA) <
**Subject:** FW: AUSA and DEFENSE Capitol Tours, Saturday, May 14

Capitol crime scene walkthroughs are planned for **Saturday, May 14, 2022**, for AUSAs and FBI (9-11 a.m.) and for defense counsel (1-3 p.m.).  There are no further crime scene walkthroughs planned at this time and we do not know when another date will be available.  These dates are very hard to get because of the coordination required through the entire of the U.S. Capitol.  Accordingly, please emphasize to defense counsel that they should make every effort to attend at this time.  And of course, you should make every effort to attend as well.

### Defense walkthroughs
Please send defense counsel in all your Capitol Siege cases the attached letter and the attachment to the letter.

### Information about the tour:
1. The tour will start promptly.  Please meet on the East Front Plaza just outside the South Door to the Capitol which is on the House/Independence Avenue side.
2. Masks must be worn at all times.
3. If you do not plan to stay for the completion of the tour, you will be escorted out a door.
4. Photos are only allowed in the public areas.
5. The viewing of the House and Senate floors will only be from the galleries.
6. The officers leading the walkthroughs are not there to answer specific questions about your cases but can answer general questions.
7. The closest metro stop is Capitol South.  If you drive, you should park in the neighborhood.  We will not be providing travel to the Capitol.