# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Criminal No. 21-cr-117(TFH) |
| : | |
| ALEX HARKRIDER, : | |
|     Defendant.  : | |

## ORDER

Pending before the Court is the motion of defendant Harkrider to compel access to certain areas of the Capitol in preparation for his defense at trial. The motion having merit, it is

**ORDERED** that the motion is GRANTED/DENIED.

Signed this _____ day of _____, 2022.

_____
THOMAS F. HOGAN
UNITED STATES DISTRICT JUDGE