UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>   v.<br><br>**RYAN TAYLOR NICHOLS,**<br><br>              **Defendant.** | **Criminal Action No. 21-cr-117 (TFH)** |

## ORDER EXCLUDING CLAIM OF SELF-DEFENSE

Before the Court is the government's motion *in limine* to preclude defendant Ryan Taylor Nichols from asserting a claim of self-defense. Because the motion is meritorious, it is hereby

**ORDERED** that the government's Motion *in Limine* to Preclude Claim of Self-Defense [ECF No. __] is **GRANTED**.

**SO ORDERED.**

Dated: _____, 2022.

_____
THOMAS F. HOGAN
United States District Judge