UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**RYAN TAYLOR NICHOLS,**<br><br>and<br><br>**ALEX KIRK HARKRIDER,**<br><br>                    **Defendants.** | **Criminal Action No. 21-cr-117 (TFH)** |

## ORDER EXCLUDING IMPROPER CHARACTER EVIDENCE

Before the Court is the government's motion *in limine* pursuant to Federal Rules of Evidence 404(a)(1) and 405(a) to preclude the defendants from offering evidence of specific instances of their prior good conduct, including that derived from their careers in the military and their storm recovery work. Because the motion is meritorious, it is hereby

**ORDERED** that the government's Motion to Exclude Improper Character Evidence [ECF No. __] is **GRANTED**.

**SO ORDERED.**

Dated: _____, 2022.

                                                            _____
                                                            THOMAS F. HOGAN
                                                            United States District Judge