UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>   v.<br><br>**RYAN TAYLOR NICHOLS,**<br><br>and<br><br>**ALEX KIRK HARKRIDER,**<br><br>            Defendants. | **Criminal Action No. 21-cr-117 (TFH)** |

ORDER RESTRICTING CROSS-EXAMINATION
OF U.S. SECRET SERVICE WITNESSES

Before the Court is the government's motion *in limine* to restrict the cross-examination of U.S. Secret Service witnesses. Because the motion is meritorious, it is hereby

**ORDERED** that the government's Motion *in Limine* Regarding Cross-Examination of U.S. Secret Service Witnesses [ECF No. __] is **GRANTED**.

   **SO ORDERED.**

Dated: _____, 2022.


                                                            _____
                                                            THOMAS F. HOGAN
                                                            United States District Judge