IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:21-cr-117 (TFH) |
| RYAN TAYLOR NICHOLS (01) | |

**NOTICE OF GOVERNMENT'S POSITION REGARDING
DEFENDANT NICHOLS' MOTION TO EXTEND TIME**

The government respectfully files this notice to clarify its position regarding defendant Nichols' motion to extend time to file pretrial deadlines, Dkt. 105. While the government is not opposed to brief extension of the pretrial motions deadline, it is opposed to the 60-day extension requested by the defendant. The government believes that an extension of the deadline to August 1, 2022—which was similarly granted for defendant Harkrider—would be appropriate in this case.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

 /s/ Douglas B. Brasher
DOUGLAS B. BRASHER
Assistant United States Attorney
Texas State Bar No. 24077601
Federal Major Crimes – Detailee
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone:  214-659-8604
douglas.brasher@usdoj.gov