IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21-cr- 117 (TFH) |
| | : | |
| v. | : | |
| | : | |
| RYAN TAYLOR NICHOLS, | : | |
| ALEX HARKRIDER | : | |
| | : | |
| Defendants. | : | |
| | : | |

## NOTICE OF WITHDRAWAL

The United States of America, through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant U.S. Attorney Brittany Keil hereby withdrawals her appearance as counsel for the United States in the above-captioned matter.

Respectfully submitted,

Matthew M. Graves
United States Attorney
D.C. Bar No. 481052

By:     ___/s/ Brittany Keil_____
Brittany Keil
Assistant United States Attorney
D.C. Bar No. 500054
601 D Street, NW 5.134
Washington, D.C. 20530
(202) 252-7763
brittany.keil@usdoj.gov