IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RYAN TAYLOR NICHOLS (01)<br>ALEX KIRK HARKRIDER (02) | No. 1:21-cr-117 (TFH) |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Trial Attorney Sarah W. Rocha hereby enters her appearance in this case.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

 /s/ Sarah W. Rocha
Sarah W. Rocha
Trial Attorney
D.C. Bar No. 977497
U.S. Attorney's Office, District of Columbia
555 4th Street, NW
Washington, D.C. 20530
Telephone:  202-330-1735
sarah.wilsonrocha@usdoj.gov