UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:21-CR-117 (TFH) |
| ) | |
| RYAN NICHOLS ) | |
| ) | |
| Defendant. ) | |

### MOTION TO JOIN AND ADOPT CO-DEFENDANT ECF 96 MOTION TO COMPEL

Comes now Defendant Ryan Nichols, by counsel, and moves the Court for leave to Adopt and Join Co-Defendant Alex Harkrider's Motion to Compel at ECF No. 96, where for Mr. Nichols the same defense requirements hold for viewing, measuring, and inspecting the areas of the alleged crimes.

Dated August 11, 2022

Respectfully submitted,

/s/ Joseph D. McBride, Esq.
Joseph D. McBride, Esq.
Bar ID: NY0403
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue, 6th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com

### CERTIFICATE OF SERVICE

I hereby certify on the 11th day of August 2022, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ Joseph D. McBride, Esq.
Joseph D. McBride, Esq.