UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                             ) | Case No. 1:21-CR-117 (TFH) |
| ) | |
| RYAN NICHOLS                      ) | |
| ) | |
| Defendant.       ) | |

NOTICE OF HABEAS CORPUS PETITION

Defendant Ryan Nichols, by way of undersigned counsel respectfully writes to give this Honorable Court notice of the fact that a Habeas Corpus Petition was filed on his behalf in the matter of NICHOLS v. GARLAND et al, Case No. 1:22-cv-02356, on August 10, 2022. Undersigned counsel submitted a related case form in the abovementioned Habeas Matter to ensure that said Habeas Petition is sent before the Honorable Thomas F. Hogan. Lastly, Mr. Nichols has attached a courtesy copy of said Habeas Petition to this notice for this Honorable Court's convenience.

Dated: August 12, 2022,
   New York, NY

Respectfully submitted,

*/s/ Joseph D. McBride, Esq.*
Joseph D. McBride, Esq.
Bar ID:  NY0403
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue, 6th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com

CERTIFICATE OF SERVICE

I hereby certify on the 12th day of August 2022, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

*/s/ Joseph D. McBride, Esq.*

Joseph D. McBride, Esq.