IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:21-cr-117 (TFH) |
| RYAN TAYLOR NICHOLS (01) | |

**GOVERNMENT'S RESPONSE TO
<u>DEFENDANT NICHOLS' MOTION TO CONTINUE</u>**

The government files this response to defendant Nichols' motion to continue (ECF 129).

Prior to filing the instant motion to continue, counsel for Nichols did not conference with the government for its position, and thus erroneously states that the government "objects to this continuance request." Mot. at 2. In light of defense counsel's ongoing medical treatment and health concerns, and in light of counsel's representation that Mr. Nichols has given his "full support and consent" to the requested continuance, the government does ***not*** oppose the defendant's motion for a continuance.

Should the Court grant the defendant's motion for a continuance, the government respectfully requests that the Court do so upon a finding that the ends of justice served by granting the motion outweigh the bests interests of the public and the defendants in a speedy trial.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

 /s/ Douglas B. Brasher
DOUGLAS B. BRASHER
Assistant United States Attorney
Texas State Bar No. 24077601
Federal Major Crimes – Detailee
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone:  214-659-8604
douglas.brasher@usdoj.gov

SARAH W. ROCHA
Trial Attorney
D.C. Bar No. 977497
219 S. Dearborn Street, Fifth Floor
Chicago, Illinois 60604
Telephone:  202-330-1735
sarah.wilsonrocha@usdoj.gov