## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v. ) | Case No. 21-cr-117-1(TFH) |
| ) | |
| RYAN TAYLOR NICHOLS ) | |
| Defendant. ) | |
| ) | |

### **PROPOSED ORDER**

Upon consideration of the Defendant's Emergency Motion for Immediate Pretrial Release it is hereby,

**ORDERED,** that Defendant's Emergency Motion for Immediate Pretrial Release, is hereby **GRANTED** and

**ORDERED** that the Defendant is to be released to the custody of his wife, Bonnie Nichols for home detention at the Defendant's home subject to conditions to be determined by the Court.

Dated: _____, 2022

_____
Judge: