IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:21-cr-117 (TFH) |
| RYAN TAYLOR NICHOLS  (01)<br>ALEX KIRK HARKRIDER   (02) | |

**NOTICE OF ORDER**

The government respectfully notifies the Court of the attached Order filed on September 12, 2022, by the Honorable United States District Judge Christopher R. Cooper in *United States v. Egtvedt*, 1:21-cr-177-CRC.  The Order denies without prejudice to renewal, a defense motion seeking permission to measure, photograph, and video certain areas of the U.S. Capitol building. Because the Order addresses many of the same arguments made in defendant Harkrider's motion to compel access to non-public areas of the Capitol (ECF 96)[1] and the government's opposition thereto (ECF 122), the government provides a copy of the Order to this Court.

---

[1] Mr. Harkrider and Mr. Egtdvet are represented by the same attorney.

**Notice of Order—Page 1**

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY
        D.C. Bar No. 481052

        */s/ Douglas B. Brasher*
        DOUGLAS B. BRASHER
        Assistant United States Attorney
        Texas State Bar No. 24077601
        Federal Major Crimes – Detailee
        1100 Commerce Street, Third Floor
        Dallas, Texas 75242
        Telephone:  214-659-8604
        douglas.brasher@usdoj.gov

        SARAH W. ROCHA
        Trial Attorney
        D.C. Bar No. 977497
        219 S. Dearborn Street, Fifth Floor
        Chicago, Illinois 60604
        Telephone:  202-330-1735
        sarah.wilsonrocha@usdoj.gov