IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIMINAL NO. 21-CR-117 (TFH) |
| ) | |
| ) | |
| ALEX HARKRIDER ) | |

## MOTION TO SUPPRESS SUMMARY

The Defendant, Alex Harkrider, by his counsel, Kira Anne West, hereby files a summary of main points gleaned from the motion to suppress motion heard by the Court on September 8, 2022.

Mr. Harkrider has moved to suppress his entire statement taken by law enforcement on the morning of his arrest and a hearing was held by this Court September 8, 2022. Harkrider does not believe there is a dispute about any conversation between Harkrider and law enforcement before Harkrider's Miranda warning was given. That is, any statement by Harkrider before his rights were read to him must be suppressed. The issue before the Court is whether Harkrider gave a voluntary and intelligent statement to law enforcement after his rights were read to him and the Court must consider what happened before a statement was made.

First, before the interrogation even took place, the interrogator, TFO Mackey interviewed Harkrider's roommate. *See* ECF 158, Exhibit 4. Here, TFO Mackey learned from Harkrider's roommate that Harkrider had a disability and that the roommate was concerned about how Harkrider would react to law enforcement activities surrounding the search warrant, such as the flash bangs going off.  Second, the Court heard TFO Mackey admit that he used "trickery" to get Harkrider to

talk to him. Importantly, during the interrogation, Harkrider is cut off by TFO Mackey before he can finish asking for a lawyer. TFO Mackey is also in custody of the recording device that records the interrogation and at a critical juncture in the recording, the recording does not pick up all of Harkrider's request for an attorney. Critically, when Harkrider asks if he can make a phone call, TFO Mackey lies to him and tells him there is no phone in the building. The lie by law enforcement is critical because Harkrider is told by TFO Mackey before this that he can stop the interrogation at any time. Here, Harkrider testified that he would have asked for a lawyer at this critical juncture. Finally, TFO Mackey aided by FBI agent Williams hid the printed forms that advised Harkrider of his rights and of the 1001 violation until after the interrogation was over. Only then, was Harkrider given the printed forms to read and sign, a tactic used by TFO Mackey to keep Harkrider from fully understanding the precious rights he was giving up. When you add this surreptitious trickery to the fact that TFO Mackey knew of Harkrider's disability, the waiver can't be knowing and voluntary. Harkrider's disability made it impossible to focus on the rights he'd been read even without the trickery. Harkrider's testimony made that clear.

Respectfully submitted,

KIRA ANNE WEST

By: _____/s/_____
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 19th day of September, 2022 a copy of same was delivered to the parties of record, by email pursuant to the Covid standing order and the rules of the Clerk of Court.

/S/
Kira Anne West