Ryan Nichols is 30 years of age and resides in East Texas, he is the husband of Bonnie Nichols for seven and a half years, a father of 2 young boys; Ryan Nichols (6 years old) and Blake Nichols (4 years old) that attend Longview Christian School, a brother, an uncle, and a son.

He graduated with a High School Diploma with honors in 2009 at Harleton High School where he was a dedicated athlete and participated in many sports including baseball, as captain of his team. He was an all-district linebacker for his football team. He also won several power lifting meets in his weight division.

He attended Howard Payne University as a student athlete and East Texas Baptist University as a student athlete where he played college football for one year.

He cut his college education short, so he could enlist in the U.S. Marine Corps in 2010, to serve his country during a time of two wars.

He served on Active Duty for four years, spending two years in Okinawa, Japan at 9th Communications Battalion. He managed 30+ Marines and millions of dollars in communication equipment in Okinawa and was always a leader within the platoon who led classes, physical training, and was a go to noncommissioned officer. Ryan was on the Auxiliary Security Forces during his time in Okinawa, where he stopped a threat from entering the base and harming Marines and civilians on the week of the 10th anniversary of 9/11. A man threatened to blow the base up, and Ryan was able to calm down the threat until the head of base security arrived.

 He then spent one year on Camp Pendleton. At 2nd Battalion 1st Marines, Ryan was a leader within the platoon, and helped setup base communications during ITX 2013 with equipment that was not within his MOS to make sure the mission was accomplished. He ran heavy equipment establishing berms and lines of open roads and communications for an entire battalion of Marines. That training exercise is the biggest deployment readiness training the Marine Corps has. He worked in conjunction with not just US forces, but other forces from around the world as well, and multiple Marine Corps units.

Ryan was later honorably discharged as a noncommissioned officer at U.S. Marine Corps in 2014. He was awarded the Good Conduct Medal, 4th award Rifle Expert, Global War on Terrorism Medal, National Defense Medal, and Overseas Service Ribbon.

Ryan is an active member of Mobberly Baptist Church. He served in his younger years teaching Sunday School for the youth at multiple churches alongside his father, Pastor Don Nichols.

He is a small business owner at Wholesale Universe which employs 10-18 people. He and his wife have been in business for six years. Ryan consults and coach's business owners in his field by assisting them with their business needs and how to manage and scale their businesses effectively. He offers free online digital training and local seminars for 2,000-3,000 of his enrolled students who want to learn about e-Commerce, and how to grow their online business successfully on Amazon, Posh mark, eBay, and other platforms.

Their business houses relief supplies in their warehouse and donates to the Highway 80 Rescue Mission, The Women's Shelter, and heavy coats for the homeless in Dallas, Texas during freezing temperatures regularly.

Ryan has paid members of his staff to take off from work to participate in rescue relief with Rescue the Universe during COVID, to make sure they were able to serve as they desired when they could not afford to take off work.

Ryan started a 501(c)3 Non-Profit Organization called Rescue the Universe that donated to multiple charities through his Facebook Page that before being taken down had over 25,000 followers, subscribers, and financial contributors.

He has participated in more than a two dozen Hurricane rescues and disaster relief efforts. During this time, he has saved multiple lives and provided relief supplies and support. Ryan participated in his first hurricane rescue and recovery at the age of 13 during Hurricane Katrina. While serving in the Marines, at Okinawa he participated in 4 typhoons during his tenure at his duty station, most notably Super Typhoon Jelawat.

Following his service to our country, his first hurricane that affected him personally was Hurricane Harvey in 2017. We personally lost most of our belongings. Ryan and a team of business colleagues teamed together to raise over $30,000 in supplies including: a boat, motor, diapers, food, formula, water, and other resources to assist with relief efforts for families in dire straits.

During Hurricane Florence in 2018, Ryan drove over 2000+ miles and led multiple water rescues where he rescued dozens of women, infants, disabled/elderly, as well as animals and led them to safety by boat with and without their owners/guardians.

Ryan worked in conjunction with US Coast Guard in 2018 during Hurricane Michael in Panama City, Florida for Med-Evac helicopter rescues, using his smart phone he was able to guide and deploy rescue swimmers to the ground for these evacuations of people in immediate medical need. He was able to guide the helicopter pilots to specific locations using only his phone. Ryan and his father Don Nichols preformed a search and rescue for an eight-month pregnant women that was missing, her home had collapsed on top of her completely in Panama City, Florida.

Since then, he has participated as the leader of his Non- Profit in the following hurricanes and natural disasters:

Hurricane Barry 2019 Rescue the Universe teamed with Cajun Navy 2016 in Jennerete, Louisiana.

Hurricane Dorian in 2019 Ryan and Alex helped clear roads for first responders in South Carolina and North Carolina.

Hurricane/Tropical Storm Imelda in Vidor, Texas in 2019, Ryan preformed a high-water horse rescue for a Texas State Trooper where he led several trained horses to safety. He also performed a rescue for an elderly bedridden man and his disabled family.

Hurricane/Tropical Storm Cristobal in Louisiana and Biloxi Mississippi in 2020, Ryan and his team assisted in the search at Lake Pontchartrain, where a husband and wife went missing. Ryan and his team were one of the first on scene when they were found after 24 hours floating in the water. Ryan also led his team to rescue 20-30+ people in flooded roads and stopped several cars from flooding out, pushing several cars out of flooded waters and to safety.

Hurricane Arthur and Hurricane Hanna in 2020, Ryan and his team pulled people and cars from the ditches as hurricane eyewall was hitting.

Hurricane Laura in 2020, Ryan and his team did welfare checks and cleaned the city up. Put distraught mothers in touch with their stranded children in south Louisiana.

Hurricane Sally in Foley Alabama in 2020, Ryan and his team worked with the City of Orange firefighters and rescued 50+ people that day on video. Many rescues were babies, children, and elderly. Worked hand in hand with Orange Beach Fire Department and other first responders. They managed to save and remove a man from a collapsed building who was near death, and his cousin did pass away.

During the last two years, Ryan and Alex have storm chased alerting local radio stations and communities of impending potential disasters alongside Reed Timmer Meteorologist. Afterwards, Ryan and Alex assisted each community in search and rescue or recovery. They also distributed supplies including water, food, necessities, as well as donations raised on by their social media contributors. Ryan and Alex preformed several tornado rescues/reliefs and clean up missions in several cities effected including Post, Texas where they rescued an elderly couple from their collapsed roof, and raised funds to help them rebuild their home, and donated to the mayor of Post, TX. They also assisted with tornado relief efforts in Panola, TX, Hughes Springs, TX, Oklahoma, and Kansas, and surrounding areas.

Ryan was recognized by Ellen DeGeneres on The Ellen Show for search and rescue relief during Hurricane Florence for multiple animals and persons. Ellen sponsored his Non Profit by donating funds which was used to purchase a new rescue boat. She also donated 25,000 towards the Animal Humane Society in honor of Ryan. He was sponsored and recognized by 1 Love 4 Animals, a Non- Profit Organization who flew Ryan out to Pennsylvania after his Ellen Premier for an event where they helped raise thousands of dollars to go towards feeding rescued animals.

He was recognized on A&E for search and rescue relief in conjunction with Cajun Navy.

He was recognized on the Weather Channel for Tornado and Natural Disaster Search and Rescue.

Ryan was recognized on ABC News with David Muir, Daily Mail, KLTV, RUPTLY USA, The Weather Channel, The Big Bid Theory, and many more news channels for his volunteer work for natural disasters.

Ryan worked in conjunction with The Cajun Navy on multiple Hurricanes participating in search and recovery rescues for missing persons and animals.

Ryan is a homeowner and a proud veteran that is honored to have served his country during a time of multiple wars. He is also a former realtor at Texas Real Estate Executives.

Most importantly, Ryan is a faithful and loving family man and enjoys spending time fishing, dancing, playing video games, and going on adventures with his wife and kids. He strives to be a positive influence and role model for both of his boys, to help them find their purpose and passions in life by showing up to BE ALL YOU CAN BE.  Ryan shares his passion for serving with his oldest son Ryan Jr., where they spread small acts of kindness with the local community.

Ryan, not only seeks to help others, but also seeks to grow himself with self- help coaching in all areas of his life including personal, spiritual, relationship, physical/health, and finances.

Since Ryan's arrest, his sons (Ryan Jr and Blake ages now 5 and 7) have endured a traumatizing experience having their father, role model, and best friend ripped from their lives. They both are struggling in school, have trouble sleeping at night, and struggle expressing their emotions and pain this has caused their little hearts.  They have recently started counseling and expressed to their counselor that they fear that they may never see their dad again and find it hard to talk about it because they don't want to hurt mom. Ryan Jr has expressed anger, fear, and anxiety which has made his grades drop to low 70's in school from being a straight A student and refusing to do his work, day dreams, and cries because he just wants to give up in school. He says "because life is too hard" to manage for him. Blake, age 5, has said "Mom, am I ever going to see my dad again? " I forgot what he looks like"... This is heartbreaking for a mom to watch her children suffer, confused, and completely devastated. Every night we say our prayer before bedtime and our 5 year old son asks Jesus to help bring his daddy home one day.

Ryan is a loving father, faithful husband, son, and friend. He is always looking for ways to make an impact whether it be big or small by helping others, even strangers through tough times by being a go-to person who can listen, empathize, and look for solutions to any problems they may face, whether it be stopping to help someone change a tire, to driving thousands of miles across country to help save lives. His love for his family and children, and his selflessness to run into natural disasters to rescue people and animals is a true testament to his character.

From a loving wife,

Bonnie Nichols

October 31, 2021