(1)

When one considers a society that distinguishes itself upon the standards of a "First World Country", allocation among the other numerous Nations around the globe, while informing its citizens that they belong to a country that ensures Liberty and Justice for all, it's difficult to imagine then that in The United States of America, supposedly the wealthiest Nation on the planet, would subjugate its own citizens to that of incarceration and injustice instead, all while administering Medieval standards of living to the agonizing occupants of it's "Correctional Facilities".

A more accurate terminology to describe the facility and the staff that this letter has escaped the clutches of that you now read, would be to call this location an "evisceration facility," of the body, Mind, and soul, operating as an abomination to The Law and to It's Nations Government, which ironically lies only a handful of blocks away.

For Nothing is being corrected within the forsaken concrete walls of The District of Columbia Jail. It's woeful captives are all but slowly murdered in every way except for their very soul being ripped from their famished chests on behalf of this mercilessly sinister institution.

As prisoners of this Jail, we have witnessed the horrendous treatment and have been personally afflicted by the hellacious conditions this Jail insists on tormenting its traumatized guests with.

Though words will always fall short of an accurate depiction of the magnitude of pandemonium that every prisoner within these walls has had no choice but to endure, what follows is a collection of repeated offenses this Correctional facility habitually submits upon its captives. For if this pale Dungeon of Human Right Violations dared to summon any honesty of word choice pertaining to the abhorrent atrocities that take place behind these unforgiving doors, they shall erect a sign above the front gate that says, "Abandon All hope, You who enter here."

The destitute and desperate prisoners of 1901 D st. SE Washington D.C. 20003 have and will continue to endure a combination of Any and all of the following:

- Begging for Help/Water/Medical Aid/Mercy through a 4 inch by 10 inch window of cold Metal doors
- No visitations
- No Religious Services
- No Attorney Access

③

- Mail Delayed 3-4 Months prior to delivery
- Laundry Returning with brown stains, Pubic Hair, and or Reeking of ripe Urine
- Worms found in Salad of "Meals"
- Inadequate Calorie count of "Meals"
- Complete lack of Nurishment in "Meals"
- Loss of head hair due to malnurishment of "Meals"
- Loss of Eye Sight due to malnurishment of "Meals"
- Suffering from Scurvy due to malnurishment of "Meals"
- Blatent extortion via Commissary in order to maintain health and or body weight
- Rust in the water
- Rust on Jagged Metal desks in Cells
- Rust on Bed Areas in Cells
- Rust on Metal Cages near face on small windows of Cells
- Black Mold on Walls of Cells
- Black Mold on floors of Cells
- Black Mold in Vents of Cells
- Broken Sinks in Cells
- Broken toilets that either wont flush or repeatedly explode in Cells
- Cock Roaches in Cell/Cell Block
- Mice in Cell/Cell Block
- Black Mold on floors and walls of showers in Cell Block
- Denial of Basic cleaning equipment to sanitize living space
- Denial of Personal Grooming allowed, forced to use Nair on head and face that leaves chemical burns on skin
- Improper Medical Care

(margin notes:)
Sewer ↑
Black Flies in the shower
Stuck in Cells for 9 days without shower

(4)

- Medical Care Arriving Months later, or None at all!
- Lead Paint Inside Cell and Cell Block
- No Access to discovery
- No Legal Support such as laptops, Printers, Copiers
- Denial of Legal Motions
- Vaccine Requirements for Visitations
- Vaccine Requirements for Visitors
- Vaccine Requirements for Haircuts
- Vaccine Requirements for Religious services
- Vaccine Requirements for Speaking with Lawyers In Person
- C.R.T. Propaganda on Tablets
- Re-education Propaganda on Tablets
- Lack of Legal Documentation on Tablets  *(Removal of Internet Access / Booster for Educational tablets)*
- Racially Biased Information on Tablets
- Solitary Confinement for 25½ hours or more at a time
- Outdoor Rec Denied, Arbitrarily
- Entry to Congressmen & women who came to check on us Denied
- Perpetually Mocked and/or Insulted for our Skin color or "Religious" Documentation
- Compared to "Beasts", "Dogs", and "Hogs" by "The Final Call" Magazine
- Politically mocked by staff with Democrat, Black Lives Matter, Kamalla Harris, Joe Biden Related Attire.
- Sent to "The Hole", if <u>we</u> express any political views whatsoever
- Racially Profiled by Guards
- Sleeping on the Job by Guards

(5)

- Removal of Access to Attorney
- Removal of Access to Law Library
- Removal of Access to Worship Service
- Removal of Access to Grievance forms on tablet

- Denial of hot water by Guards
- Prevented from attending Court dates by Guards
- Homosexual and/or Verbal Assaults by Guards
- Maced by Guards
- Physically Harassed by Guards
- Assaulted by Guards
- Cell Invasions in the middle of the Night by Guards
- Grievous Beatings by Guards
- Threatened with and/or nearly stabbed with "Prison Knives"
- Toilets poor powered for at least 6 months or almost a year
- Bond/Bail continually Denied
- Removal of Internet Access of Cheer tablets.

It is because of this extensive Report of Complaints and Afflictions upon those held prisoner here in The District of Columbia Jail that not only compell us to alert the world of the diabolical conditions this "Correctional Facility" continues to crush all of its detainees with, but also as Political Prisoners on American Soil, who have been unjustly and unfairly incarcerated, Relentlessly Burdened by Selective Prosecution, Slandered and vilified by Mainstream and Social Media, deliberately accosted with death threats from within the Jail and recieved threats upon our homes and families through the mail, ALL extending from a political Nature or affiliation, We hereby Request to spend our precious and limited days,

should the government continue to insist on holding us captive unconstitutionally as pre-trial detainees, to be transferred and Preside at Guantanamo Bay, A Detention facility that actually provides nutritional meals, Positive sunlight exposure, top notch medical care, is Respectful of Religious Requirements, has Centers for exercise/entertainment for its detainees despite the fact that those Presidents are ~~most~~ malicious Terrorists, ~~head~~ Members of Taliban, and few are actual United States Citizens, Instead of Remaining trapped within the wretched confines of cruel and unusual punishment of The D.C. Jail.

Brian C. Mock (PRO SE) Political Prisoner #378517

Pete Schwartz  Political Prisoner #377185

Robert A. Morss  #377890

Brandon Fellows  377943

JEFFREY McKELLOP  376887

ANDREW TAAKE  378837

SCOTT FAIRLAMB  376877

Daniel Caldwell  376977

Ryan Nichols sr  376795

Joseph Padilla  376981

Guy Reffitt  Political Prisoner  376782

Troy Smocks  376973

Chris Quaglin  378835

Sean McHugh  378159

Shane J. Jenkins  #377186

Dominic Pezzola  #376366

Edward Lang  #376444

Peter F Stager  #376784

Isaac Steve Sturgeon  376979

4

(7)

- James McGREW #377892
- William A. Chrestman #376975
- Ronnie Sandlin #376483
- Nathaniel DeGrave #376239
- Jorden Mink Political Prisoner #377184
- Cleveland Grover Meredith, JR #376201
- Alan Byerly Political Prisoner #378160
- Thomas Ballard #378839
- #377187
- Marshall Neefe #378836; Political Prisoner
- Jonathan Mellis #376907
- Robert Gieswein Political Prisoner #376980
- #376780 Kelly Meggs
- #376520 Jessica Watkins
- #377692
- 377321 Garret Miller
- David Dempsey 378838