UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES, | ) | |
| v. | ) | Case No. 21-cr-117-1(TFH) |
| RYAN TAYLOR NICHOLS<br>*Defendant.* | )<br>)<br>)<br>) | |

**DECLARATION OF ATTORNEY JONATHAN GROSS**

I represent Ryan Nichols in the above captioned matter.

The records attached to this Reply to the Government's Opposition to Defendant's Motion for Pretrial Release are, to the best of my knowledge, true and accurate copies.

The following videos are, to the best of my knowledge, true and accurate.

**Rescue The Universe You Tube Videos**

Hurricane Michael Coast Guard Med-Evac- Panama City, Florida- Rescue The Universe
**https://www.youtube.com/watch?v=5Cld3M0sV5E**

Near Drowning Victim Is Rescued During Hurricane Sally With Orange Beach Fire Department In Alabama!
**https://www.youtube.com/watch?v=SlLg74-4kww&t=18s**

Hurricane Sally High Water Rescues - Evacuating Women, Children, Men, & Animals - Foley, Alabama
**https://www.youtube.com/watch?v=v2GDxJ7zt1s**

Tropical Storm Imelda High Water Rescues - Beaumont, Texas - Sep 19, 2019 - Rescue The Universe
https://www.youtube.com/watch?v=i6P-tMbfMLs

Hurricane Michael Rescue- House Collapse On 8 Month Pregnant Woman- Panama City, Florida

https://www.youtube.com/watch?v=R7zxYGOq6ZA

Finding Emily- First Hurricane Michael Rescue With 8 Month Pregnant Woman- PART 2
https://www.youtube.com/watch?v=2c0JoVQ8m_4

Horse Rescue With Texas State Trooper During Tropical Storm Imelda - Rescue The Universe - 9/19/19
https://www.youtube.com/watch?v=xx70h2tqeQo

Here's WHY You Should EVACUATE If You're In The Direct Path Of Hurricane Laura!
https://www.youtube.com/watch?v=EJ1HaCGUWbE

Lake Charles Completely Devastated With Damage After Hurricane Laura - Lines Down, Buildings Down...
https://www.youtube.com/watch?v=dv1lp9o7_CQ

Pulling A Car From A Ditch As Hurricane Hannas Eyewall Was Making Landfall - Rescue The Universe
https://www.youtube.com/watch?v=AUIGL3Z4Bxo

Pulling A Flooded Truck Out Of The Gulf Of Mexico During Hurricane Hanna- Rescue The Universe- 7/25
https://www.youtube.com/watch?v=bYCDjV07vo8

Initial Push Into Lake Charles After Hurricane Laura Landfall With Cajun Navy - Rescue The Universe
https://www.youtube.com/watch?v=KtI-xMxJq8c&list=PLF39V4KZQNjqrwHo5GmbYOzAtRUAbYmzf&index=7

Daily Mail: Incredible moment six dogs are rescued hurricane Florence flooding
https://www.youtube.com/watch?v=M99ngu-Dy3s

ABC News Volunteers rescue residents, pets from flooded homes during Florence
https://www.youtube.com/watch?v=nx8aA7-HUg8

RUPTLY USA: Watch dramatic rescue of trapped dogs in Florence-hit North Carolina
https://www.youtube.com/watch?v=F6ibYJREH6E

Interview of Ryan Nichols Ellen DeGeneres (The Big Bid Theory) Heroes and Help for the Next Disaster. It's Coming.
https://www.youtube.com/watch?v=TwJvvHq-Y80

Ellen DeGeneres-This Heroic Hurricane Rescue Will Leave You Speechless

[https://www.youtube.com/watch?v=tPaB2lNsRzY](https://www.youtube.com/watch?v=tPaB2lNsRzY)

Six dogs are rescued from severe Florence flooding by Volunteers in Leland, NC
[https://www.youtube.com/watch?v=zFjmSD3keIs](https://www.youtube.com/watch?v=zFjmSD3keIs)

Hurricane Michael Relief- Initial Supplies And Resources Needed!
[https://www.youtube.com/watch?v=VhjiN9Kz3mw](https://www.youtube.com/watch?v=VhjiN9Kz3mw)

Extreme Damage In Lake Charles After Category 4 Major Hurricane Laura Passes Through!
[https://www.youtube.com/watch?v=OOac7FEjleY](https://www.youtube.com/watch?v=OOac7FEjleY)

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

 Executed on September 30, 2022

                 /s/ Jonathan Gross

                 Jonathan Gross