William Brady Johnson
470 Country Lane, Unit 10
Santa Clara, Utah 84765
801.635.8515
johnson.williamb@gmail.com

February 19, 2021

Re: Sentencing of Ryan Nichols, Case No. 6:21-MJ-00029-KNM

To Whom It May Concern:

I am a small business owner and a life coach residing in St. George, Utah.

Mr. Nichols informed me that he faces charges related to the January 6 inauguration in Washington DC. In light of these circumstances, I desire to offer an endorsement of Mr. Nichol's good character.

Mr. Nichols is a father, a successful businessman, a marine and a volunteer. He is a bright, intelligent, loving, and unselfish person.

I have had the pleasure of working with Mr. Nichols this last year as his life coach. He is one of my most dedicated clients that I admire and respect. I have been very impressed with his dedication and commitment of not only improving himself, but with his desire to help others improve. On his own dime, he employed my coaching services to help his business staff. I have seen Mr. Nichols' financial generosity towards others, helping the less fortunate. When Mr. Nichols sees someone struggling financially, he has helped empower them by teaching them how to contribute to society through teaching them how to make money and take care of their own needs. And when someone is struggling in other ways of life, he is always right there, working with that individual to see the light that's in the darkness they are dealing with. He has a big heart, and he really cares about people.

Mr. Nichols volunteers his time and money to help many. He cares deeply about ending suffering and injustices. He started a not for profit called, "Rescue the Universe" to help people in need. Expecting nothing in return and on his own dime, I witnessed Mr. Nichols numerous times leaving his work and family behind to go help strangers through a natural disaster. There were many instances where Mr. Nichols put his own life at risk to help his fellow Americans.

Mr. Nichols is a patriot who loves his country deeply and desires to protect the integrity of our nation. I served in the Air Force and he, as a Marine. Mr. Nichols was very concerned about the fraudulent allegations in regards to the 2020 election. As a patriot, he obeyed President Trump's (at the time, our acting President) call to gather. I am a witness that Mr. Nichols did not intend to cause any commotion or harm at Capitol Hill. We spoke prior to his trip to Washington D.C. and not one time did he mention any intent to hurt, harm or damage anyone or anything.

Mr. Nichols is a father of two young boys who look up to him and miss him immensely. He is a loving husband to a wife who is currently juggling their business, children, finances and hate threats. Based upon Mr. Nichols history of his life, he is of good character. He has a lot to give to his country and others.