I met Ryan Nichols while I served in the United State Marines Corps with him in Okinawa, Japan. While I served with Ryan, he was one of the best NCO's I served with. While in he would command his Marines with respect and integrity. He would always go out of his way to make sure everyone was okay, and nothing was wrong. If something was wrong, he would desperately try to help that person out to make sure they were okay. He would talk to Marines for hours going over their problems and struggles seeing if he could ease their pain.

     When I personally was struggling with changing circumstances in my life Ryan was there for me. He talked to me for hours listening to my every cry. After this he gave me advice and told me how he had been through a similar situation. He helped me during my time of darkness when no one else was around.

Thank you,

Brandon Currie