To Whom Ever! April 3, 2021

My name is Brenda Edney. Ryan Nichols is my nephew. I want to say from my heart that Ryan has always been good to me. I have been single for over 18 years. If I needed anything done, working on my house, mowing my yard, help paying bills Ryan stepped up and helped me. I have had 13 strokes. Ryan has moved me several times to smaller places to live, gave me money for expenses when I had nothing. We never know how our lives will be effected but I know Ryan has been there to help me unconditionally many times. We all have a journey to go thru in our lives. Sometimes we make poor choices. It does not make us bad people, just a wrong decision that can truly change our lives. He is a good young man that got caught up in the moment. Every person alive makes mistakes. He deserves a second chance to make things right. I know he will if given the chance. He grew up in a Christian home. Ryan should not be judged to harshly. He was a Marine and trained hard. I am sure this experience played a big part of his decision. He has 2 young boys and a loving wife who need him back home. Please let Ryan get back home and help raise his family. In life we all make mistakes. I never had a son. I love him tremendously.  Brenda Edney (Aunt)