To whom it may concern,

My name is Casie Griffith and I am writing you to speak on my friend Ryan Nichols. I have known Ryan since December of 2019. My relationship with Ryan consisted of friendship along with working for him and his wife Bonnie. Ryan was always such a go getter and full of spirit and energy. Ryan filled his days with such a strong mentality that he would make a point to be better than he was the day before. Until I met Ryan I had never met anyone so driven to make the world a better place. Ryan as you know spent a lot of his time trying to save the world. Even though he was a retired Marine, he still vowed to take care of his people. This included driving across the country to save men, women, children, and even their pets from danger. I was speaking to his wife Bonnie several months ago about the Save The Children Movement in which Ryan wanted to be a part of. He was starting the process of trying to get clearance so that he could go and rescue children from trafficking. Even though the project was not put into place yet, Ryan wanted to save them and bring them back to their families. When I would see him with his own family, he was always such a devoted father and husband. He loved to take his boys fishing and included them in things he enjoyed doing. Another quality of Ryan is that he is a firm believer in second chances. He has hired several people who have had a troubled past that were looking to get their life together. He wants nothing more than to see people thrive and better themselves even when they used to be so lost. Ryan has helped so many people, not only with jobs, but he has risked his own life to save others. He is now asking for a second chance at life so that he can continue to thrive on the outside world and continue his journey on making the world a better place. Most importantly, so that he can continue his journey of fatherhood and being a husband. Thank you for your time in reading my letter.

Casie Griffith

*Casie Griffith*