# Fwd: Ryan Nichols

From: Don Nichols (dnichols3270@yahoo.com)

To: bonnienichols93@yahoo.com

Date: Monday, April 5, 2021, 02:59 PM CDT

From Corey Richey

Sent from my iPhone

Begin forwarded message:

> **From:** Corey Richey <crichey6907@gmail.com>
> **Date:** April 5, 2021 at 1:56:22 PM CDT
> **To:** dnichols3270@yahoo.com
> **Subject: Ryan Nichols**
>
> To whom it may concern:
>
> My name is Corey Richey, I knew Ryan back in High School and have followed him on social media for many years. I'm not sure exactly how things played out when he was arrested, but I know that his character and love for this country is what he intended to express that day. Ryan definitely deserves to be shown some grace regarding his current circumstances. I know that God has appointed you to be in power and requires you to prayerfully make the right decision in regards to the American people's well being, and trust you will do so.
>
> In High School Ryan was always a stand up guy to hang out with, I did not know him really well but when I think back to those days I know for sure he was not known to be a troublemaker or hang out with the wrong crowd. Ryan participated in many school programs and was a very social and friendly person. Ryan was raised in a small town in East Texas that did not have much going on but there is one positive thing about that, you get to play all the sports! I'm pretty sure he played everything at one point in time anyway he did well academically and went on to serve our country in the military. Something that many young men in our town were too fearful to do. Ryan continues to be an inspiration to all of us and many kids in our local community.
>
> Ryan has demonstrated not only by his words but by his actions that he is trusting, honest and cares about his fellows.
>
> Best Regards,
> Corey Richey
> 469-931-4163