# Fwd:

From: Don Nichols (dnichols3270@yahoo.com)

To: bonnienichols93@yahoo.com

Date: Wednesday, April 7, 2021, 07:58 AM CDT

Sent from my iPhone

Begin forwarded message:

> **From:** Gary Thompson <tgary1035@gmail.com>
> **Date:** April 7, 2021 at 7:45:37 AM CDT
> **To:** dnichols3270@yahoo.com
>
> To whom it may concern,
>
> I have worked with Ryan Nichols at a previous job. He was a great coworker, and a great leader. Ryan was always willing to help and always seemed to know how to solve every problem we encountered. He always had high spirits and always seemed to lift the spirits of others. He was a delight to work with and I miss those days. Never since have I had a coworker that was truly a team player like Ryan Nichols.
>
> Sincerely,
> Gary Thompson