I met Ryan in 2010 at D-Rocks Boxing Gym. We trained together and help train all the kids that wanted to learn Boxing. Ryan always wanted to help. From the kids here in our marshall Gym to his Hurrican rescue efforts. Ryan has helped so many people. I think if everyone could see just with his hurrican rescue missions alone, Ryan has a tremendous heart for humanity. He loves his country, by serving in the U.S.M.C. He loves his community, training kid in Boxing. And his buisness which hires dozens of greatful employees from his community. Ryan has contribute back to his community tremendously, with Wholesale universe. He specifically told me he gives his employees a second chance. Some have a rough Background check. According to him, 90% of the ones he gives a second chance to become great employees. Ryan loves his family, he loves giving back (Rescue The Universe) he believes in second chances, so many he has helped. Spiritually he loves GOD, most importantly he loves helping people. Hurrican Rescue, D-Rocks Boxing training the youth, employeement for people that just

need that second chance in life. Ryan has honor, integrity, leadership, selfless service. Ryan is a great person. He just needs that second chance in life.

Henry Wells
Feb 5th 2021