To Whom it may concern,

I am writing you today on the behalf of Ryan Taylor Nichols.

In this letter I will be addressing both the integrity and character of Ryan

As a nearly 3 year friend of Ryan's I want to make it know to you that Ryan is an honorable member of American society who has gone above and beyond the call of duty to serve in the United States Marine Corps to protect the freedoms of Americans.

Near the end of his service to the country Ryan and his wife Bonnie founded their e comerce business Wholesale Universe where he's helped clients just like myself make a combined 3MM dollars, founded on the principals of giving employees second chances in life due to unfortunate circumstances.

Ryan is someone who I consider a true American hero, during October 2018 Ryan stood true to that doing independent search and rescue along side his father Don Nichols.

After Ryan's return home to East Texas he formed his Non Profit 501c3 Rescue The Universe and caught the attention of the media both locally and nationally and was most commonly known for being featured on daytime talk show Ellen DeGeneres where a donation presentation was made in Nichols name to the Humane Society.

What the media failed to tell you is that Ryan was also responsible for summoning a USCG helicopter to rescue an elderly female who would've otherwise lost her life due to medical conditions that needed attention of medical professionals

The above events and acts above are what I would consider acts of service but I would like to now shift to a more personal a side of Ryan the more behind closed doors side of him that all too often is over looked not talked about and quite honestly forgotten.

In early 2020 I was involve in a vehicle accident. I remember finding myself without transportation and in need of help, Ryan decided to use his social media following on both a personal a business level to raise over $1,000.00 to help me get into another vehicle.

Ryan has been an active part of my life for over 3 years and I can tell you Ryan thrives off of helping other people, he loves to help in times of need.

I'm asking you today to take all facts into consideration when deciding your verdict so that Ryan can get back to being the father his kids need and the husband that his wife deserves

Thank You

*Justin Griffith*

Long time and forever friend to Ryan Nichols