To whom it may concern

My name is Kevin Blesing, I have known Ryan Nichols for 3+ years. I started working for his company in January of 2018. I started in an entry position and eventually worked my way into a supervisor position and into a sales manager position. I worked with Ryan closely on a daily basis, This relationship soon grew from a strictly professional relationship to a personal friendship.

Early on in my relationship with the company and Ryan, I witnessed him take command of the culture of the company. He would demand integrity with the employees, and this vision of integrity "Do the right thing even when nobody's looking" has served him well. I witnessed Ryan going out of his way, going beyond what is expected on a regular basis. He cared about the employees and their well being, to the point of financially helping a few employees during their times of need or hardships. I am sure there was more he has done but nobody knows about as he would help with nothing expected in return.

He has a passion for helping others, as seen in his desire to run toward danger to help those in need during tropical storms, hurricanes, and tornados. I do not believe he does this to get a pat on the back, but as an unselfish desire to help those in need.

I am aware of Ryan being part of the rally at the Capitol on January 6th. I know he went to support President Trump as did so many others. I have always known Ryan to passionately come to the aid of others in times of need and hardship.  I know Ryan to be a very passionate person and facing challenges boldly and fearlessly. This has served him well in business as he would make a decision and move forward.

Ryan has been a true blessing in my professional and personal life. I have always known him to do what he believes is right and stand by it, a person of high integrity.

Sincerely,

Kevin Blessing

(903)240-2264

kbless60@gmail.com