April 8, 2021

Dear Judge Ketanji Brown Jackson,

    I am writing this letter on behalf of Ryan Nichols. My name is Kimberly Currie, a family friend. I first met Ryan in May of 2012, in Okinawa, Japan. Ryan was my son's roommate in the barracks on Camp Kinser. My husband and I were there to see our son and Ryan get promoted to Corporal. Later, when Ryan and my son Brandon got stationed at Camp Pendleton, we began to know him much better because of our home's proximity. Ryan has been to our house and stayed at our home multiple times for family gatherings. A testament to the relationship we have with Ryan is that he showed up at our door in the morning about a year and a half ago because he was in town for business. He said he could not just pass by without saying hi. Additionally, last year Ryan took my husband and two sons to lunch when they traveled through Texas, going home to California. One of the last things he told my husband is, I consider you family.

    To summarize, when meeting Ryan in 2012, we thought he was a well-mannered young Marine. Through the years, we have grown to care about him like a son. He has always been a respectful and kindhearted young man to our entire family. Ryan is the kind of person who puts other people's needs before himself. For example, he would give you the shirt off his back if you did not have one.

Sincerely,

*Kimberly Currie*

27261 Jardines Mission Viejo, Ca. 92692