## letter

| | |
|---|---|
| From: | Nicky curnutte (ncurnutte@yahoo.com) |
| To: | bonnienichols93@yahoo.com |
| Date: | Thursday, April 8, 2021, 08:38 PM CDT |

To Whom it may concern:

In regards to Ryan Nichols, I have known him 23 plus years. I first knew him when I coached his flag football team in elementary school as he was a classmate of my son. After high school, Ryan joined the Marine corps and served honorably during wartime and deployments to combat zones. Upon returning to civilian life, I became reacquainted with Ryan and have watched him build several successful businesses as well as form a volunteer humanitarian group to help people and pets during and after natural disasters such as hurricanes, tornadoes, and floods. He even appeared on the Ellen Degeneres show for his efforts with his group Rescue the Universe. He has used his business success to help others start, improve or continue their success with tutorials.

My belief is that our country is blessed to have Ryan and people like him willing to sacrifice time, money, and health to help their fellow Americans.

Respectfully,
Matthew Heath
U.S. Army Veteran