To Whom it may Concern,

I am writing this letter on behalf of Ryan Nichols. I realize that one situation cannot define the entire person you are. There is more to a man than one situation to define who Ryan Nichols is. There are a few things I would like for you to know about Ryan Nichols, my son.

First and foremost, he is a good man, who made a not so good decision to get caught up in the moment. His entire life he has helped people he knows, as well as people he doesn't know. Below are a few instances of how Ryan has helped others.

In Kindergarten, Cayuga I.S.D - Mrs. Richardson's class. He was called into the principals office. Dr. Rick Webb was the principal at the time. Ryan was in the restroom arguing in the defense of a class mate being bullied and how wrong it was. He wouldn't stand by and watch as other students bullied his classmate.

In 2005 - his 8th Grade year, we attended Waskom First Baptist Church. Hurricane Katrina came inland and hit Louisiana hard, specifically the New Orleans area. Our church put together a team to go help evacuate people. Ryan volunteered to go help. Why? He knew the people needed help and he felt he was mature enough and strong enough to make a difference. He spent 3 days in route to New Orleans to get people and transport them to different areas, including Dallas, Tx.

In 2009 - Senior year of high school, parent night at baseball season, Ryan offered his starting position to another senior player. This teammate had attended Harleton his entire life. Ryan felt it was the right thing to do to honor him and his long standing with the community and school. We had only been in the school district for two years. Teammate was Spencer.

During his grade school through high school years, he would go hunting during each season. He would take a portion of his yield to an elderly lady, Ms. Pearline. She lived alone and was on a low, fixed income. He also enjoys fishing and would often take Ms. Pearline his catch of the day. She couldn't drive and depended on other people to help her. Ryan would ride his bike to the post office and get her mail and deliver it to her also; in addition to mowing her yard — at no cost to her.

He participated in FFA in Waskom, under Jack Dillard. He raised chickens and rabbits. Once the animals were chosen to make the sale, he would take the extras and donate them to other people who could use them to help supplement their food supply.

As a young man, he was taught to help people, just because it is the right thing to do. He stops to help ladies and elderly people who have flats. Ex: On our

(4)

way home in June of 2019 from Bush International Airport, he stopped to help a lady who had a flat. We were tired from our long flights from Malawi, Africa mission trip. He knew we were ready to be home, but turned around to go back and help her.

There are many more examples, but now they are incorporated into his Non-Profit called Rescue The Universe. He has done/performed many activities that have helped people and influenced their lives for the better. He captured these on video. They are of rescues from hurricanes and tornados.
One video was used by Ellen DeGeneres on her show, and she interviewed Ryan. He has videos of rescues from:
Katrina
Harvey
Sally
Michael - He called Coast Guard to do helicopter rescues.
Florence
Laura
Hanna
Imelda

Respectfully,
Patt J Nichols