## Fwd: Ryan Nichols

From: Don Nichols (dnichols3270@yahoo.com)

To: bonnienichols93@yahoo.com

Date: Monday, April 5, 2021, 02:59 PM CDT

From Renee Smith

Sent from my iPhone

Begin forwarded message:

> **From:** "Smith, Kathryn" <krsmith@lisd.org>
> **Date:** April 5, 2021 at 2:55:08 PM CDT
> **To:** dnichols3270@yahoo.com
> **Subject: Ryan Nichols**

April 5, 2021

To whom it may concern,

Hello my name is Renee Nichols Smith, I am the Aunt of Ryan Nichols. I have known Ryan since Dec. 6, 1990. The day he was born. Ryan loved to play with his brother Travis as a child and his two cousins (my daughters). When our parents were alive they had a really great time spending summers in the swimming pool. Ryan helped his Grandaddy do things around the house, he went fishing with him. After my parents passed it was a few years apart from just seeing Ryan.

Since Ryan graduated from High school and went to the Marine Corp, he met his wife, had children and is a FAMILY man. He loves his family.

He also went on rescue missions to help Hurricane victims & high water rescues.

If I can help in any other way you are welcome to call 903-720-7203.

\--

**Renee Smith**