## Fwd: Letter for recommendation

From: Don Nichols (dnichols3270@yahoo.com)

To: bonnienichols93@yahoo.com

Date: Tuesday, April 6, 2021, 09:45 AM CDT

Sent from my iPhone

Begin forwarded message:

> **From:** scooter toal <scootertoal@gmail.com>
> **Date:** April 6, 2021 at 7:40:06 AM CDT
> **To:** dnichols3270@yahoo.com
> **Subject: Letter for recommendation**
>
> I wanna just say that Ryan Nichols has been a life time friend to me his whole family is is considered family to me. He's a little younger than me but we went to school together for a bit. His mom Mrs pattie thought me in driver's Ed his dad Bro Don was my preacher for a long time and married me and my wife 2 times. Ryan has never been a troubled kid never caused any trouble to any one or any thing to my notion. Always been a good kid and a heck of a husband and father to his family. He is a successful business man. And he's a great godly person, he's has donated numerous hours and days of his time on the road helping others in hurricane relief all over the southern states. All out of his own pockets. Couldn't ask for a better person. I just wanted tell you my views on Ryan
> He's a good person please have mercy on him. God bless 🙏