## Fwd: Ryan Nichols

From: Don Nichols (dnichols3270@yahoo.com)

To: bonnienichols93@yahoo.com

Date: Tuesday, April 6, 2021, 05:31 PM CDT

Sent from my iPhone

Begin forwarded message:

> **From:** Susan Goode <cowpokesg@gmail.com>
> **Date:** April 6, 2021 at 5:12:45 PM CDT
> **To:** dnichols3270@yahoo.com
> **Subject: Fwd: Ryan Nichols**
>
> Danny wrote this. I told him he could not put his personal opinion in there as he was proud of Ryan's . Hope this will be usable.
>
> ---------- Forwarded message ---------
> From: **Danny Goode** <dmaxgoode@gmail.com>
> Date: Tue, Apr 6, 2021 at 4:44 PM
> Subject: Ryan Nichols
> To: <cowpokesg@gmail.com>
>
> As a former football and baseball coach of this young man, he always distributed a very good work ethic and respected my rules as a coach. I was a yes sir and no sir kind of a man. He and his little brother Travis played along with my son Matt. We had some successes and heart breaks along the way, but we always won with grace and lost with dignity. Unfortunately, seems like he may have gotten caught up in the moment of this past year's election. With all the changes in election protocol and some misguided leadership, he may have made a bad decision. After I coached him, Ryan went on to start a sucessfull small business in East Texas. Having said that, I would consider him a good young man. .
>
> Danny M Goode