## Fwd: Ryan Nichols

From: Don Nichols (dnichols3270@yahoo.com)

To: bonnienichols93@yahoo.com

Date: Sunday, April 4, 2021, 08:47 PM CDT

Sent from my iPhone

Begin forwarded message:

> **From:** Willa Burton <willaburton@hotmail.com>
> **Date:** April 4, 2021 at 7:43:15 PM CDT
> **To:** dnichols3270@yahoo.com
> **Subject: RE: Ryan Nichols**
>
> To whom it may concern:
>   This is written to tell you about Ryan Nichols.      I met Ryan when his Dad was  Pastor at Nesbitt Baptist Church in Marshall, Texas. I have a granddaughter who is the age of Ryan and they
>  were in the youth class together. Ryan was a quiet, respectable young man. He remained the same. Spent time in the service. Married and the father of 2 boys. Helped rescue people in floods and hurricanes. Always willing to help others. This is a worthy young man
>
> Will a Burton