# FILES HARRISON, P.C.

## ATTORNEYS AND COUNSELORS AT LAW
### A PROFESSIONAL CORPORATION

JERRY BAIN (1976-2020)

**BUCK FILES**
Board Certified—Criminal Law
  Texas Board of Legal Specialization
Board Certified—Criminal Trial Advocacy
  National Board of Trial Advocacy
Fellow, College of the State Bar
Past President of the State Bar of Texas

**J. BRETT HARRISON**
Board Certified—Criminal Law
  Texas Board of Legal Specialization
Board Certified—Criminal Trial Advocacy
  National Board of Trial Advocacy
College of the State Bar

**JENNIFER GARRETT DEEN**
Of Counsel
Board Certified—Juvenile Law
  Texas Board of Legal Specialization

**FIRM PARALEGALS**
Karen Beck
Carrie Hall*
Tammye Mayfield
Kimberly Thedford

*Board Certified—Criminal Law
  Texas Board of Legal Specialization

**OFFICE ADMINISTRATOR**
Kristine Toon

**RECEPTIONIST**
Clothilda Stewart

109 W. Ferguson
Tyler, Texas  75702
903-595-3573
903-597-7322 Fax

Websites:
Criminal Law:
  www.bainfiles.com

---

July 27, 2021

Ms. Ingrid Washington
Correctional Treatment Facility
1901 D. Street SE
Washington, DC  20002

    RE:   Inmate Ryan Taylor Nichols, one of the named defendants in a case styled *United States of America v. Ryan Taylor Nichols and Alex Kirk Harkrider*, Case No. 1:21CR-00117, on the docket of United States District Court for the District of Columbia

Dear Ms. Washington,

    Brett Harrison and I are the attorneys of record for Mr. Nichols in the above entitled and numbered cause.

    We have received discovery from the United States Attorney's office relating to Mr. Nichols' case.  We are enclosing a flash drive which contains material which Mr. Nichols needs to review.  I realize that he is going to have to be on a list and wait his turn; however, we do have a status hearing on August 4th and I would appreciate your letting us know when he is going to be able to have access to this material.

    Thanking you as to your assistance in this matter, we are

Very truly yours,


F.R. Files, Jr.
FRF,JR/CH

Enclosure