

Jonathan Gross <jonathansgross@gmail.com>

## RE: [EXTERNAL] Ryan Nichols
1 message

---

**Ruffin, Lamont (USMS)** <Lamont.Ruffin@usdoj.gov>  Tue, Sep 13, 2022 at 12:17 PM
To: Jonathan Gross <jonathansgross@gmail.com>
Cc: Joseph McBride <jmcbride@mcbridelawnyc.com>, "Haywood, Derek (USMS)" <Derek.Haywood@usdoj.gov>

Sir,

My title is United States Marshal (A) which is listed in my signature line. All prisoners remanded by the District Court are remanded to the custody of the District U.S. Marshal. The role and authority of the US Marshal is apart of the Judiciary act of 1789 and title 28 of the United States Code.

We are not permitted to share policy outside the agency. You may FOIA that information. The move(s) as with all moves were within agency policy and in accordance with the authority vested in the office of the U.S. Marshal. Again, we do not provide movement specifics with anyone until the move is completed.

SDUSM Haywood will be your contact going forward.

Thank you and have a great day

**From:** Jonathan Gross <jonathansgross@gmail.com>
**Sent:** Tuesday, September 13, 2022 12:06 PM
**To:** Ruffin, Lamont (USMS) <LRuffin@usms.doj.gov>
**Cc:** Joseph McBride <jmcbride@mcbridelawnyc.com>; Haywood, Derek (USMS) <DHaywood@usms.doj.gov>
**Subject:** Re: [EXTERNAL] Ryan Nichols

Marshal Ruffin,

Thank you for connecting us with your Prison Operations Supervisor D. Haywood. I will be contacting him separately.

For our information, can you please tell us what your role is? We were told by the Jail that you are the contact person. Are you the immediate custodian? If not, can you direct us to whoever is?

Also, can you please direct us to the policy that authorizes you to suddenly transfer a pretrial detainee without informing the prisoner, his counsel, or his family?

Finally, can you please provide us with whatever information you shared with the court to justify this sudden transfer?

Thank you for your assistance.

Respectfully,

Jonthan Gross

On Mon, Sep 12, 2022 at 5:10 PM Ruffin, Lamont (USMS) <Lamont.Ruffin@usdoj.gov> wrote:

> Good Afternoon,
>
> Mr. Nichols was transferred to Rappahannock Regional Jail (RRJ). https://www.rrj.state.va.us/
>
> We do not discuss transportation logistics with anyone until the movement is completed. Your client was moved today to the facility above. The Court was made aware of this transfer and your client will remain at RRJ until further notice.
>
> If you have any further questions please direct them to my Prisoner Operations Supervisor D. Haywood.
>
> Thank you and have a great of your Day.
>
> *Lamont J. Ruffin*
>
> United States Marshal (A)
>
> District of Columbia (D/DC)
>
> 333 Constitution Ave. NW Room 1500 | Washington, D.C. 20001
>
> Direct: 202-353-0637 | Cell: 202-853-4691 | 24hr: 202-353-0600
>
> Lamont.ruffin@usdoj.gov
>
> **NOTICE:** This email (including any attachments) is intended for the use of the individual or entity to which it is addressed. It may contain information that is privileged, confidential, or otherwise protected by applicable law. If you are not the intended recipient (or the recipient's agent), you are hereby notified that any dissemination, distribution, copying, or use of this email or its contents is strictly prohibited. If you received this email in error, please notify the sender immediately and destroy all copies.

**From:** Jonathan Gross <jon@clevengerfirm.com>
**Sent:** Monday, September 12, 2022 3:15 PM
**To:** Ruffin, Lamont (USMS) <LRuffin@usms.doj.gov>
**Cc:** Joseph McBride <jmcbride@mcbridelawnyc.com>
**Subject:** [EXTERNAL] Ryan Nichols

Marshal Ruffin,

I represent Ryan Nichols, currently in your custody housed at the DC Jail. His other attorney Joseph McBride is copied.

Today we learned that there was some activity at the Jail that involved a possible transfer of Mr. Nichols. Neither we nor his family were given any information.

We called counsel for the DC Jail and he told us that he had no more information than we have because his client merely houses Mr. Nichols and that he is in the custody of the US Marshals. He recommended I reach out to you, his actual custodians, for any information.

Can you please provide us with any information about what transpired with our client and what your plans are for him going forward?

Thank you,

Jonathan Gross

--

Jonathan Gross
The Clevenger Firm

The information in this message may be confidential and may be legally privileged.  The information is intended only for the recipient named above.   If the reader of this message is not the named recipient above, please resend this communication to the sender and delete the original message and any copy of the message from your computer system.

--

Jonathan Gross

*The information in this message may be confidential and may be legally privileged.  The information is intended only for the recipient named above.   If the reader of this message is not the named recipient above, please resend this communication to the sender and delete the original message and any copy of*

*the message from your computer system.*