Jonathan Gross <jonathansgross@gmail.com>

## Ryan Nichols
1 message

---

**Jonathan Gross** <jon@clevengerfirm.com>                                                                          Fri, Oct 14, 2022 at 1:17 PM
To: "Haywood, Derek (USMS)" <Derek.Haywood@usdoj.gov>, Joseph McBride <jmcbride@mcbridelawnyc.com>

SDUSM Haywood,

I was told by Marshal Ruffin that you are my contact regarding my client Ryan Nichols, who is in USMS custody and being detained in Rappahannock Jail.

My client wants to observe the Biblical holiday of Sukkot, being observed until this Sunday (Leviticus 23:44) by having a meal in a Sukkah - Wikipedia based on his sincere religious belief.

In addition to being his attorney, I am also a Jewish rabbi so I instructed him on how I thought he could observe the holiday in the most minimal way that would not require any permission or special accommodation from the Jail.  My instructions required him to go to any place where he was anywhere outside directly underneath the sky, at any time of day or night.

He told me that he has not been outside under the sky for many months, other than being transferred, and that such an observance would require permission from the Jail.  He requested from the Jail fifteen minutes outside for religious reasons, but was denied by the jail.  He promptly filed a grievance to appeal the denial.

Here is the immediate problem, the holiday will be over on Sunday, so the grievance will not be addressed in time for him to observe the holiday.

As his primary custodian, is there anything the USMS can do to get him outside for 15 minutes on Friday night, Saturday or Sunday, so that he can - in the most minimal way - observe this long established religious practice?  All he is asking for is 15 minutes so that he can be underneath the sky.  It is hard to believe that this cannot be accomodated.

Please let me know at your earliest convenience.  You can contact me or my partner and Ryan's co-counsel Joseph McBride, cc'd to this email.

Thank you,

--
Jonathan Gross, Esq.
The Clevenger Firm
2833 Smith Avenue
Suite 331
Baltimore, MD 21209
(443) 813-0141
www.clevengerfirm.com

*The information in this message may be confidential and may be legally privileged.  The information is intended only for the recipient named above.   If the reader of this message is not the named recipient above, please resend this communication to the sender and delete the original message and any copy of the message from your computer system.*