# Attachment B

| | |
|---|---|
| **From:** | Wilson Rocha, Sarah (CRM) |
| **Sent:** | Friday, November 4, 2022 6:37 PM |
| **To:** | jmcbride@mcbridelawnyc.com; jon@clevengerfirm.com |
| **Cc:** | Brasher, Douglas (USATXN) |
| **Subject:** | Global Discovery Letter - Defense Discovery Databases |
| **Attachments:** | Database access letter.FINAL.pdf; United States v. Nichols & Harkrider - Global Production 21 |

Counsel,

I understand you contacted the Department of Justice this afternoon regarding evidence.com and the Relativity databases in connection with your representation of Ryan Nichols.

As previously stated in the global discovery letters, including the attached correspondence sent to you earlier this week, Shelli Peterson at FPD (Shelli_Peterson@fd.org) is the point of contact if you have never received an invitation to obtain a license for Relativity or evidence.com or are experiencing difficulties or challenges with gaining access.  I'm also attaching a letter regarding the databases.  Mr. McBride, this letter was previously sent to you from AUSA Jones on February 12, 2022.

Regards,

**Sarah Wilson Rocha**
Trial Attorney
Criminal Division, Fraud Section
Detailee to the District of Columbia
Cell:      (202) 330-1735
sarah.wilsonrocha@usdoj.gov