**GARY BLANKINSHIP**

**P. O. BOX 751717**

**HOUSTON, TEXAS 77275-1717**

**281-924-3631**

15 November 2022

Honorable Thomas F. Hogan

Senior United States District Judge for the District of Columbia


Re: Bonnie Nichols, Third Party Custodian


Judge Hogan,

    My name is Gary Blankinship and I have been requested to provide a character reference to the court for Bonnie Rae Nichols. Let me start by saying that I have known Bonnie her entire life and can assure you that her morals, character, and devotion to the rule of law are beyond reproach. I have watched her grow from a baby to a successful mother and business woman. Bonnie is my second cousin being named after my mother and father. Our family roots are deeply entrenched in law enforcement dating back to the manhunt for notorious criminals Bonnie and Clyde, as well as the Federal Prohibition Task Force for the Eastern District of Texas. Bonnie's Grandfather was a graduate of Houston Police Academy Class #1 and served as a Sergeant of Police in Houston, Texas for over 30 years until his honorable retirement. The list of law enforcement officers in our family is too long to list, but never has a member of our family been disgraced, dishonored, or ask to leave a law enforcement agency. I personally served in law enforcement for over forty years having retired honorably on December 31, 2019.  At the time of my retirement, I was serving as the Presidentially appointed United States Marshal in and for the Southern District of the Great State of Texas.  I served proudly under President Obama, as well as President Trump. Having been responsible for the safety and security of over 80 members of the Federal Judiciary, I realize how busy you can be, but if you or any member of your staff would like to speak with me concerning this matter I may be reached by phone 24/7 at 281-924-3631 or by email at garyblank@aol.com.

Thank you,

*[signature]*

Gary Blankinship, United States Marshal (Retired)