

Mobberly Baptist Church
625 E. Loop 281
Longview, TX 75605
903.663.3100
mobberly.org

To the Honorable Judge Hogan:

We are pleased to affirm that Ryan and Bonnie Nichols are apart of our church family and are welcomed to attend and participate in the life giving activities of our church body.

While we are aware of Ryan's involvement with the issues that have led to his incarceration, we have also purposed to minister to and care for the needs of his wife and children. As believers in both the institutions of marriage and family, we feel that the families ability to worship and participate in church life together is fundamental to both the welfare and stability of the Nichol's marriage and family.

We will be willing to listen and attempt to cooperate with any requirements that might be necessary to fulfill this need for the Nichol's.

If you have questions or need additional information, please feel free to contact me at 903.663.3100 or tonyp@mobberly.org.

In His service and yours,

*[signature]*

Director of Thrive!
Mobberly Baptist Church
November 17, 2022