Kevin Blessing
310 B and B Lane
Hallsville TX 75605
11/16/2022

Honorable Judge Hogan

Dear Honorable Judge Hogan:

I have been member of Mobberly Baptist Church in Longview Texas for 15 years. I have been friends with Ryan and Bonnie for the last 6 to 7 years and have regularly attended church service with the Nichol's family at Mobberly since 2018. I have attended service with Bonnie and their 2 boys regularly over the last 22 months.

I look forward to attending church service at Mobberly Baptist Church with Ryan and the entire Nichols family as they continue on their Christian spiritual journey.

Sincerely,

*Kevin Blessing*

Kevin Blessing