UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br><br>**RYAN NICHOLS,**<br>          **Defendant.** | Criminal Action No.  21-00117-1 (TFH) |

## ORDER

In accordance with the matters discussed during the November 22, 2022 hearing in this case, it is hereby

**ORDERED** that, as defendant's sworn custodian, Bonnie Nichols shall, on Monday of each week beginning November 28, 2022, complete, sign, and (through defendant's counsel) file with the Court the Declaration attached hereto, attesting under penalty of perjury to defendant's compliance with the conditions of his release.

**SO ORDERED.**

Dated: November 22, 2022

_____
THOMAS F. HOGAN
United States District Judge