UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br><br>**RYAN NICHOLS,**<br><br>          **Defendant.** | Criminal Action No. 21-00117-1 (TFH) |

## DECLARATION OF BONNIE NICHOLS

Under 28 U.S.C. § 1746, I, Bonnie Nichols, state the following:

1. I am the third-party custodian for Mr. Ryan Nichols. By order of the Court, Mr. Nichols is confined to our home in Texas.

2. From the period of _____, 2022 to _____, 2022, I attest that Ryan Nichols has fully complied with each and every condition of his release.

3. I attest that if I become aware or have reason to believe that Ryan Nichols has violated or will violate any conditions of his release, I will immediately report this information to the Pretrial Services Agency at (202) 442-1000.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____, 2022

                                                                                                                                 _____
                                                                                                                                Bonnie Nichols