IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 21-CR-117 (TFH) |
| | ) | |
| | ) | |
| ALEX HARKRIDER , et.al. | ) | |

## NOTICE TO THE COURT

The Defendant, Alex Harkrider, by and through his counsel, Kira Anne West, hereby files this notice to inform the Court that the parties (both defendants and both prosecutors) have met and propose the following date for trial: March 27-April 6, 2023. We hope this date conforms to the calendar of the Court.

Respectfully submitted,

KIRA ANNE WEST

By: _____/s/_____
Kira Anne West
DC Bar No. 993523
712 H Street N.E., Unit 509
Washington, D.C. 20002
Phone: 202-236-2042
kiraannewest@gmail.com

CERTIFICATE OF SERVICE

I hereby certify on the 19th day of December, 2022 a copy of same was delivered to the parties of record, by email pursuant to the Covid standing order and the rules of the Clerk of Court.

_____/S/_____
Kira Anne West

1