**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:21-cr-117-1 (TFH)** |
| | ) | |
| **RYAN NICHOLS** | ) | |
| | ) | |
| | ) | |

**NOTICE OF FILING**

Undersigned counsel hereby provides this notice of filing of the declaration of third-party

custodian Bonnie Rae Nichols, pursuant to the Court's order.

Dated: December 27, 2022

/s/ Jonathan Gross
Jonathan Gross
2833 Smith Ave, Suite 331
Baltimore, MD 21209
(443) 813-0141
jon@clevengerfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing is being served on opposing counsel via email on

December 27, 2022.

/s/ Jonathan Gross