# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Case No. 1:21-cr-117-1 (TFH) |
| ) | |
| RYAN NICHOLS ) | |
| ) | |
| ) | |

## DECLARATION OF BONNIE RAE NICHOLS

Pursuant to 28 U.S.C. § 1746, I, Bonnie Rae Nichols, hereby state the following:

1. I am the court appointed third-party custodian of Mr. Ryan Nichols. By order of the Court, Mr. Nichols is confined to our home in Texas.

2. From the period of December 20, 2022, to December 27, 2022, I attest that Ryan Nichols has fully complied with each and every condition of his release.

3. I attest that if I become aware or have reason to believe that Ryan Nichols has violated or will violate any condition of his release, I will immediately report this information to the Pretrial Services Agency at (202) 442-1000.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 27, 2022.

/s/ Bonnie Rae Nichols
Bonnie Rae Nichols