# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| v. ) | **Case No. 1:21-cr-117-1 (TFH)** |
| ) | |
| **RYAN NICHOLS** ) | |
| ) | |
| ) | |

UPON CONSIDERATION of Defendant Nichols' Motion to Amend the Court's Order of Release, it is hereby ORDERED that the Court's Order regarding Mr. Nichols' conditions of release (ECF No. 180) be amended to allow Mr. Nichols is to use Google Docs and Google Sheets for the sole purpose of sharing documents and spreadsheets with his attorney to prepare for his trial.

_____
Judge