## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES )<br> )<br>v.        )<br> )<br>RYAN NICHOLS )<br> )<br>_____) | Case No. 1:21-cr-117-1 (TFH) |

### NOTICE OF FILING

Undersigned counsel hereby provides this notice of filing of the declaration of third-party custodian Bonnie Rae Nichols, pursuant to the Court's order.

Dated: January 19, 2023

/s/ Jonathan Gross
Jonathan Gross
2833 Smith Ave
Suite 331
Baltimore, MD 21209
(443) 813-0141
jon@clevengerfirm.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being served on opposing counsel via email on

January 19, 2023.

/s/ Jonathan Gross