UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 1:21-CR-00117 (RCL) |
| v. : | |
| : | |
| RYAN TAYLOR NICHOLS & : | |
| ALEX KIRK HARKRIDER, : | |
| : | |
| Defendants. : | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Assistant United States Attorney Sean P. McCauley is entering his appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: February 22, 2023

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/ Sean P. McCauley
Sean P. McCauley
NY Bar No. 5600523
Assistant United States Attorney
601 D Street NW
Washington, DC 20579
(202)252-1897
Sean.McCauley@usdoj.gov