## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** ) | |
| ) | |
| v.  ) | Case No. 1:21-cr-117-1 (TFH) |
| ) | |
| **RYAN NICHOLS** ) | |
| ) | |
| ) | |

## NOTICE OF FILING

Undersigned counsel hereby provides this notice of filing of the declaration of third-party custodian Bonnie Rae Nichols, pursuant to the Court's order.

Dated: February 27, 2023

/s/ Jonathan Gross
Jonathan Gross
2833 Smith Ave
Suite 331
Baltimore, MD 21209
(443) 813-0141
jon@clevengerfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being served on opposing counsel via email on February 27, 2023.

/s/ Jonathan Gross