# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:21-cr-117 (TFH) |
| ) | |
| RYAN NICHOLS, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Pursuant to the Local Rules for this Court, Rule LCrR 44.1(c) as amended May 26, 2022, the undersigned hereby moves this Court for an Order granting Attorney BRADFORD L. GEYER admission to practice *pro hac vice* in this U.S. District Court for the District of Columbia for the purpose of appearing as counsel for the Defendant RYAN NICHOLS in the above-captioned matter. Attorney Geyer is a member in good standing of the Bar of New Jersey and is also admitted to practice as an active member in good standing Pennsylvania. Attorney Geyer's declaration in support, and certificate of his good standing in New Jersey, are attached pursuant to Rule LCrR 44.1(c).

Dated March 1, 20223                    Respectfully submitted,
                                        /s/ *Carolyn A. Stewart*

                                        Carolyn A. Stewart, Bar No. FL-0098
                                        Defense Attorney
                                        Stewart Country Law PA
                                        1204 Swilley Rd.
                                        Plant City, FL 33567
                                        Tel: (813) 659-5178
                                        E: Carolstewart_esq@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March 2023, a copy of the foregoing with exhibits was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ Carolyn Stewart, Esq.<br>Carolyn Stewart, Esq.