UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.  Case No. 21-cr-117 (TFH)

**RYAN NICHOLS,**

      Defendant.

### DECLARATION OF BRADFORD L. GEYER
### IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, Bradford L. Geyer, hereby declare:

1. My office is located at 2006 Berwick Drive, Cinnaminson, NJ. My telephone number is (856) 607-5708.

2. Since 1991, I have been admitted to practice law in the Commonwealth of Pennsylvania and the State of New Jersey. Since 1991, I have been admitted to practice law before the United States District Court for the District of New Jersey and the United States District Court for the Eastern District of Pennsylvania (Attachment).

3. I am currently in good standing with all states, courts, and bars in which I am admitted. I have never been disciplined by any bar.

4. In September, 2021, I was admitted *pro hac vice* in the District of Columbia related to 21CR28 that became 22CR15. In January of this year I was admitted *pro hac vice* in the District of Columbia related to 21CR38.

5. I do not have an office located in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Cinnaminson, NJ, this 1st day of March, 2023.

                                                Respectfully submitted,

BY: _____

Bradford L. Geyer
Attorney for
Defendant
Pennsylvania Bar ID #: 62998
NJ Bar ID # 022751991
2006 Berwick Drive
Cinnaminson, NJ 08077
Email:
Bradford@formerfedsgroup.com
P: (856)-607-5708