UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cr-117 (TFH) |
| | ) | |
| **RYAN NICHOLS,** | ) | |
| | ) | |
| Defendant. | ) | |

## PROPOSED ORDER

Upon consideration of the Motion to admit Attorney Bradford L. Geyer *Pro Hac Vice*, it is hereby

**ORDERED** that the Motion is GRANTED, and

**ORDERED** that Mr. Geyer may provide representation for Defendant Ryan Nichols after filing his Notice of Appearance in the case.

**SO ORDERED** on this NN day of March, 2023.

HONORABLE THOMAS F. HOGAN
United States District Judge