UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:21-cr-117 (~~TFH~~ RCL) |
| ) | |
| RYAN NICHOLS, ) | |
| ) | |
| Defendant. ) | |

## ~~PROPOSED~~ ORDER

Upon consideration of the Motion to admit Attorney Bradford L. Geyer *Pro Hac Vice*, it is hereby

**ORDERED** that the Motion is GRANTED, and

**ORDERED** that Mr. Geyer may provide representation for Defendant Ryan Nichols after filing his Notice of Appearance in the case.

SO ORDERED on this 3rd day of March, 2023.

*[signed]* Royce C. Lamberth

~~HONORABLE THOMAS F. HOGAN~~
United States District Judge