**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| v. | ) |
| | ) Case No. 117-1 |
| NICHOLS, | ) |
|     *Defendant.* | ) |
| | ) |

**MOTION TO WITHDRAW AS COUNSEL**

Jonathan Gross, an attorney of record for Ryan Nichols, a defendant in the above-captioned case, hereby respectfully moves this Honorable Court for an order allowing him to withdraw as attorney of record.

I am the attorney of record in several January 6th related matters, including USA v. Christopher Quaglin, 21-cr-40, a complex multi-defendant case scheduled for trial on April 10, 2023, two weeks after the above captioned matter is currently set for trial. Accordingly, I respectfully request permission to withdraw from Mr. Nichols' case to devote my time and attention to Mr. Quaglin's.

I notified Mr. Nichols of the issue, and Mr. Nichols consented to my withdrawal. It is respectfully submitted that this request will not prejudice Mr. Nichols because Mr. Nichols has two other attorneys, including attorney Joseph D. McBride, currently the first chair in this case, who has represented Mr. Nichols since August of 2021 and knows Mr. Nichols' case well.

**WHEREFORE**, it is respectfully requested that in consideration of the abovementioned facts, this court issue an order permitting undersigned counsel to withdraw as attorney of record and, by doing so, relieve him of any further obligation to this case.

Dated: March 8, 2023    Respectfully submitted,

/s/ Jonathan Gross
Jonathan Gross
2833 Smith Ave, Suite 331
Baltimore, MD 21209
(443) 813-0141
jon@clevengerfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being served on opposing counsel via email on

March 8, 2023

/s/ Jonathan Gross