IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Case No. 21-cr-00117-TFH-1 |
| **RYAN TAYLOR NICHOLS,** | |
| Defendant | |

### DEFENDANT RYAN NICHOLS' MOTION FOR ENLARGEMENT OF MAXIMUM PAGE LENGTH FOR FILING OF HIS REPLY ON HIS [Renewed] MOTION FOR CONTINUANCE OF TRIAL AND REMOVAL OF THE PROTECTIVE ORDER & INCLUDED MEMORANDUM OF LAW

Defendant RYAN TAYLOR NICHOLS ("Nichols"), by and through the undersigned counsels, Joseph McBride Esq. and Bradford L. Geyer, Esq., hereby requests that the Court grant leave for Defendant Nichols to exceed the page limit which counsel believes local rules imposes for criminal motion replies of 15 pages.

| | |
|---|---|
| /s/ *Bradford L. Geyer* | /s/ *Joseph D. McBride, Esq.* |
| FormerFedsGroup.Com, LLC | Bar ID: NY0403 |
| 141 I Route 130, Suite 303 | THE MCBRIDE LAW FIRM, PLLC |
| Cinnaminson, NY 08077 | 99 Park Avenue, 6th Floor |
| e: **Brad@FormerFedsGroup.com** | New York, NY 10016 |
| | p: (917) 757-9537 |
| | e: jmcbride@mcbridelawnyc.com |

### CERTIFICATE OF SERVICE

I hereby certify on this 10th day of March 2023, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ *Joseph D. McBride, Esq.*
Joseph D. McBride, Esq.