UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cr-117-1 (RCL) |
| | ) | |
| **RYAN NICHOLS** | ) | |
| | ) | |
| | ) | |

## DECLARATION OF BONNIE RAE NICHOLS

Pursuant to 28 U.S.C. § 1746, I, Bonnie Rae Nichols, hereby state the following:

1. I am the court-appointed third-party custodian of Mr. Ryan Nichols. By order of the Court, Mr. Nichols is confined to our home in Texas.

2. From March 7, 2023, to March 13, 2023, I attest that Ryan Nichols has fully complied with every condition of his release.

3. I attest that if I become aware or have reason to believe that Ryan Nichols has violated or will violate any condition of his release, I will immediately report this information to the Pretrial Services Agency at (202) 442-1000.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 13, 2023.

/s/ Bonnie Rae Nichols
Bonnie Rae Nichols

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Case No. 1:21-cr-117-1 (RCL) |
| ) | |
| RYAN NICHOLS ) | |
| ) | |
| ) | |

NOTICE OF FILING

Undersigned counsel hereby provides this notice of filing of the declaration of third-party custodian Bonnie Rae Nichols, pursuant to the Court's order.

Dated: New York, NY
March 13, 2022

Respectfully submitted,

*/s/ Joseph D. McBride, Esq.*
Bar ID: NY0403
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue, 6th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com
*Counsel for the Defendant*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically served on opposing counsel on March 3, 2023.

*/s/ Joseph D. McBride, Esq.*