**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

v.

RYAN TAYLOR NICHOLS,

*Defendant*.

Case No. 21-cr-117-1 (RCL)

## SECOND SUPPLEMENTAL MOTION TO CONTINUE

Joseph D. McBride, an attorney of record and lead attorney on this case, respectfully supplements Defendant Ryan Taylor Nichols' Motion to Continue (ECF No. 212) with the following information: The above-captioned case is scheduled to go to trial on March 27, 2023. A member of my immediate family must get surgery on March 22, 2023. This surgery requires anesthetization. Recovery is anticipated to last between a few days and one week should all go well. This person depends on me in every conceivable way, and I must be by their side from surgery until recovery is complete. Therefore, I respectfully ask this court to grant a continuance considering this information and the reasons in our previous filings.

Dated: New York, NY
March 17, 2023

Respectfully submitted,

*/s/ Joseph D. McBride, Esq.*
Bar ID: NY0403
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue, 6th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com

## CERTIFICATE OF SERVICE

I certify that on this 17th day of March 2023, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

*/s/ Joseph D. McBride, Esq.*
Joseph D. McBride, Esq.