UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

RYAN TAYLOR NICHOLS,

*Defendant.*

Case No. 1:21-cr-117-RCL-1

### ORDER

On March 16, 2023, defendant Ryan Taylor Nichols filed a Supplement [224] to his Motion [212] to Continue, representing that his health has so deteriorated that it would be "unconscionable" for him to stand trial at this time. Mr. Nichols submitted no medical documentation substantiating the claims about his health. The Court will not consider the alleged state of Mr. Nichols's health in deciding whether to continue the trial without such documentation. Accordingly, if Mr. Nichols wishes the Court to take his health into account in evaluating his motion to continue, he is hereby **ORDERED** to provide the Court with medical documentation substantiating the claims in his supplemental filing no later than March 20, 2023. That documentation may be filed under seal.

**IT IS SO ORDERED.**

Date: March 17, 2023

Royce C. Lamberth
United States District Judge

1