UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cr-117-1 (RCL) |
| | ) | |
| **RYAN NICHOLS** | ) | |
| | ) | |
| | ) | |

**DECLARATION OF BONNIE RAE NICHOLS**

Pursuant to 28 U.S.C. § 1746, I, Bonnie Rae Nichols, hereby state the following:

1. I am the court-appointed third-party custodian of Mr. Ryan Nichols. By order of the Court, Mr. Nichols is confined to our home in Texas.

2. From March 22, 2023, to April 6, 2023, I attest that Ryan Nichols has fully complied with every condition of his release.

3. I attest that if I become aware or have reason to believe that Ryan Nichols has violated or will violate any condition of his release, I will immediately report this information to the Pretrial Services Agency at (202) 442-1000.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 6, 2023.

/s/ Bonnie Rae Nichols
Bonnie Rae Nichols

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** )  ) | |
| v.  ) ) | **Case No. 1:21-cr-117-1 (RCL)** |
| **RYAN NICHOLS** )  ) ) | |

**NOTICE OF FILING**

Undersigned counsel hereby provides this notice of filing of the declaration of third-party custodian Bonnie Rae Nichols, pursuant to the Court's order.

Dated: New York, NY
April 6, 2023

Respectfully submitted,

*/s/ Joseph D. McBride, Esq.*
Bar ID:  NY0403
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue, 6th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com
*Counsel for the Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was electronically served on opposing counsel on

April 6, 2023.

*/s/ Joseph D. McBride, Esq.*