### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Case No. 21-cr-00117-TFH-1 |
| **RYAN TAYLOR NICHOLS,** | |
| Defendant | |

# ENTRY OF APPEARANCE

Please enter the appearance of Bradford L. Geyer as co-counsel on behalf of Ryan Taylor Nichols.

June 16, 2023           Respectfully Submitted, By Counsel

/s/ Brad Geyer

Bradford L. Geyer, PHV
PA 62998
NJ 022751991
Suite 141 Route 130 S., Suite 303
Cinnaminson, NJ 08077
Brad@FormerFedsGroup.Com
(856) 607-5708

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 16, 2023, a true and accurate copy of the forgoing was electronically filed and served through the ECF system of the U.S. District Court for the District of Columbia.

          MATTHEW M. GRAVES
          UNITED STATES ATTORNEY
          D.C. Bar No. 481 052

          Respectfully submitted

          /s/ Brad Geyer
          Bradford L. Geyer, PHV
          PA 62998
          NJ 022751991
          Suite 141 Route 130 S., Suite 303
          Cinnaminson, NJ 08077
          Brad@FormerFedsGroup.Com
          (856) 607-5708