# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 1:21-cr-117 (rcl)** |
| v. : | |
| : | |
| **RYAN TAYLOR NICHOLS &** : | |
| **ALEX KIRK HARKRIDER,** : | |
| : | |
| **Defendants.** : | |

## GOVERNMENT'S REQUEST FOR EXTENSION OF TIME TO FILE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that this Court extend the time for the United States to file its response to Defendant Ryan Nichols' Motion to Compel Discovery (ECF 244) and Supplemental Motion to Compel Discovery (ECF 245). On June 29, 2023, undersigned counsel for the United States contacted the defense, who consented to an extension of the government's time to file. Therefore, the government respectfully requests that this Court extend the government's time to file a response to the Defendant's discovery demands from July 3, 2023, to July 10, 2023. The government consents to a one week extension of the time for the defense to file any reply.

\*   \*   \*

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

**By:**    *s/ Douglas B. Brasher*
DOUGLAS B. BRASHER
Assistant United States Attorney
Texas State Bar No. 24077601
Federal Major Crimes – Detailee
1100 Commerce Street, Third Floor
Dallas, TX 75242
douglas.brasher@usdoj.gov

SARAH W. ROCHA
Trial Attorney
D.C. Bar No. 977497
219 S. Dearborn Street, Fifth Floor
Chicago, IL 60604
sarah.wilsonrocha@usdoj.gov

SEAN P. McCAULEY
Assistant United States Attorney
New York Bar No. 5600523
United States Attorney's Office
For the District of Columbia
601 D. Street, NW
Washington, DC 20530
Sean.McCauley@usdoj.gov