UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 21-cr-117 (TFH) |
| | ) | |
| **RYAN NICHOLS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Upon Consideration of Mr. Nichol's Motion, it is, this ___ day of July, 2023, it is hereby

ORDERED that the Defendant's Motion for an extension of time to file a reply be extended to July 12, 2023.

_____
Hon. Royce C. Lamberth
United States District Judge

1