UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 21-cr-117 ~~(TFH)~~ RCL |
| ) | |
| RYAN NICHOLS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon Consideration of Mr. Nichol's Motion, it is, this 7th day of July, 2023, it is hereby ORDERED that the Defendant's Motion for an extension of time to file a reply be extended to July 12, 2023.

_____
Hon. Royce C. Lamberth
United States District Judge