UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | Case No. 21-cr-117 (TFH) |
| ) | |
| RYAN NICHOLS,            ) | |
| ) | |
| Defendant.     ) | |

## MOTION FOR EXTENSION OF TIME

Defendant Ryan Nichols, by and through undersigned counsel, respectfully moves this Honorable Court for an extension of four (4) business days to file a reply to the Government's response to this Court's Order for disclosure of exculpatory information. The Government has no objections to this request. This request would make our reply due September 25, 2023.

Undersigned counsel learned that there have been more disclosures, statements made under oath, public statements about the videos in question, and other issues that potentially impact outstanding filings. More time is needed to review this information and determine whether any of it should be addressed in the Reply.

Brooklyn, NY
September 19, 2023,                                       Respectfully Submitted,

/s/ Joseph D. McBride, Esq.
Joseph D. McBride, Esq.
Bar ID: NY0403
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue, 6th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@ mcbridelawnyc.com

1

/s/ Bradford Geyer
Bradford L. Geyer, PHV
PA 62998
NJ 022751991
Suite 141 Route 130 S., Suite 303
Cinnaminson, NJ 08077
Brad@ FormerFedsGroup.Com
(856) 607-5708

**CERTIFICATE OF SERVICE**

I hereby certify on this 19th day of September 2023, a copy of the foregoing was served upon all parties as forwarded through the Electronic Case Filing (ECF) System.

/s/ Joseph D. McBride, Esq.
Joseph D. McBride, Esq.