UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr-117 (TFH) |
| ) | |
| RYAN NICHOLS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon Consideration of Mr. Nichol's Motion, this **20th** day of September ____, 2023, it is hereby ORDERED that the Defendant's Motion **[#257]** for an extension of time to file a reply be extended to September 25, 2023.

_____
Royce C. Lamberth
United States District Judge

1