UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:21-cr-117-RCL |
| | : | |
| v. | : | VIOLATIONS: |
| | : | 18 U.S.C. §§ 1512(c)(2), 2 |
| RYAN TAYLOR NICHOLS | : | (Obstruction of an Official Proceeding) |
| | : | 18 U.S.C. §§ 111(a)(1) and (b) |
| Defendant. | : | (Assaulting, Resisting, or Impeding |
| | : | Certain Officers) |

### SUPERSEDING INFORMATION

The United States Attorney charges that at all relevant times:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia and elsewhere, **RYAN TAYLOR NICHOLS**, attempted to, and did, corruptly obstruct, influence, and impede an official proceeding, that is, a proceeding before Congress, specifically, Congress's certification of the Electoral College vote as set out in the Twelfth Amendment of the Constitution of the United States and 3 U.S.C. §§ 15-18.

(**Obstruction of an Official Proceeding and Aiding and Abetting**, in violation of Title 18, United States Code, Sections 1512(c)(2) and 2)

### COUNT TWO

On or about January 6, 2021, within the District of Columbia, **RYAN TAYLOR NICHOLS**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee,

that is, officers from the United States Capitol Police and Metropolitan Police Department, while such persons were engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victims and the intent to commit another felony.

      (**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

      MATTHEW M. GRAVES
      UNITED STATES ATTORNEY
      D.C. Bar No. 481 052

      */s/ Douglas B. Brasher*
      DOUGLAS B. BRASHER
      Assistant United States Attorney (Detailed)
      Texas State Bar No. 24077601
      1100 Commerce Street, Third Floor
      Dallas, Texas 75242-1699
      Telephone: 214-659-8604
      douglas.brasher@usdoj.gov

      SEAN P. McCAULEY
      Assistant United States Attorney
      New York Bar No. 5600523
      United States Attorney's Office
      For the District of Columbia
      601 D. Street, NW
      Washington, DC 20530
      Sean.McCauley@usdoj.gov

      SARAH W. ROCHA
      Trial Attorney
      D.C. Bar No. 977497
      219 S. Dearborn Street, Fifth Floor
      Chicago, IL 60604
      sarah.wilsonrocha@usdoj.gov