# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RYAN TAYLOR NICHOLS,<br><br>Defendant. | Case No. 1:21-cr-117 (RCL) |

## JOINT REQUEST FOR PLEA HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Ryan Taylor Nichols, with the concurrence of his attorneys, respectfully request that the Court schedule a plea hearing in the above captioned matter.

While the parties agree on the need for a plea hearing to be scheduled, they differ on the timing. The government seeks a plea hearing at the Court's earliest convenience on or after October 16, 2023. However, due to various prior commitments and appointments, defense counsel requests that the change of plea hearing be scheduled the week of November 6, 2023.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/ Douglas B. Brasher
DOUGLAS B. BRASHER
Assistant United States Attorney
Texas State Bar No. 24077601
1100 Commerce Street, Third Floor
Dallas, TX 75242
douglas.brasher@usdoj.gov

SARAH W. ROCHA, Trial Attorney
D.C. Bar No. 977497
219 S. Dearborn Street, Fifth Floor
Chicago, IL 60604
sarah.wilsonrocha@usdoj.gov

SEAN P. McCAULEY, AUSA
New York Bar No. 5600523
601 D. Street, NW
Washington, DC 20530
Sean.McCauley@usdoj.gov


*/s/ Bradford L. Geyer*
BRADFORD L. GEYER
PHV PA 62998
NJ 022751991
141 "I" Route 130 South, 303
Cinnaminson, NJ 08077
bradford.geyer@formerfeds.com
*Attorney for Ryan Nichols*

JOSEPH D. MCBRIDE, ESQ.
Bar ID: NY0403
THE MCBRIDE LAW FIRM, PLLC
303 99 Park Avenue, 6th Floor
New York, NY 10016
jmcbride@mcbridelawnyc.com
*Attorney for Ryan Nichols*