CLAY HIGGINS
3RD DISTRICT, LOUISIANA

MEMBER, HOUSE FREEDOM CAUCUS

COMMITTEE ON HOMELAND SECURITY
CHAIRMAN, BORDER SECURITY AND ENFORCEMENT
TRANSPORTATION AND MARITIME SECURITY

COMMITTEE ON OVERSIGHT AND ACCOUNTABILITY
GOVERNMENT OPERATIONS AND THE FEDERAL WORKFORCE
NATIONAL SECURITY, THE BORDER, AND FOREIGN AFFAIRS



# Congress of the United States
## House of Representatives
### Washington, DC 20515

November 7, 2023

*Let this be filed 11/7/23*
*Royce C. Lamberth, U.S.D.J.*

The Honorable Royce C. Lamberth
United States District Judge
for the District of Columbia
333 Constitution Ave, NW
Washington, DC 20001

Judge Lamberth,

    Sir, I submit to you this letter in support of Ryan Taylor Nichols. He is a man of good character, faith, and core principles.

    Today, Mr. Nichols will plead guilty after months of negotiation with the Department of Justice. I humbly ask that he receive fair consideration of the whole of circumstances regarding his case, condition, and background. He has already served nearly two years in the District of Columbia jail in pretrial confinement, which has been destructive to his physical (liver issues) and mental health (PTSD).

    Mr. Nichols has been out of incarceration since November 22, 2022. Since this release into house arrest, he has not sought to flee nor shown any indication of dangerous activity. He has instead used this time to reconnect with his wife Bonnie and two sons, Ryan Jr. and Blake, as well as recover from the stark conditions he was subjected to in prison.

    As previously mentioned, Mr. Nichols suffers from conditions that have been exacerbated by his time in incarceration. Several of Mr. Nichols' vital measures dropped to dangerous levels as a result of his time in solitary confinement. In particular, he has severe liver issues that require treatment. In his current in-home arrangement, he has been able to receive a regimen that has largely restored his health. Furthermore, he receives medicine to treat his post-traumatic stress that dates back to his military career.

    Prior to his arrest, Mr. Nichols had no criminal background and served honorably in the United States Marine Corps. He continued to serve domestically in a search and rescue capacity, even being publicly recognized for his heroic actions on national television.

    Mr. Nichols has already paid a tremendous price in time and treasure. His case must be considered fairly and thoroughly in line with his fundamental constitutional rights.

Respectfully,

Clay Higgins
Member of Congress

572 CANNON HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-2031

1625 RYAN STREET, SUITE C
LAKE CHARLES, LA 70601
(337) 656-2833

600 JEFFERSON STREET, SUITE 808
LAFAYETTE, LA 70501
(337) 703-6105

PRINTED ON RECYCLED PAPER