CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Criminal Case No.: 21-cr-00117 (RCL) |
| Ryan Taylor Nichols | ) |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_Sarah Rocha_
~~Assistant United States~~ attorney
Trial

Approved:

_Royce C. Lamberth_         Date: 11/7/23

Honorable Royce C. Lamberth
United States District Judge