IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA,**

v.

**RYAN TAYLOR NICHOLS,**                                Case No. 21-cr-117

*Defendant*.

### DEFENDANT RYAN NICHOLS' MOTION TO CONTINUE SENTENCING

DEFENDANT RYAN NICHOLS, by and through undersigned counsel, respectfully moves this court to continue Mr. Nichols's sentencing hearing to the first week of May 2024.

On Tuesday, February 20, 2024, Undersigned Counsel phoned AUSA Douglas Brasher and informed the Associate United States Attorney of a need to continue the sentencing hearing because of unforeseen scheduling complications. Undersigned Counsel suggested the first week of May 2024 for a continuance. Mr. Brasher informed Undersigned Counsel that he had no objection to his continuance request.

Should this Honorable Court grant the instant Motion to Continue, Undersigned Counsel respectfully proposes the following dates of May 1st, 2nd, or 3rd of 2024 as new dates for sentencing—if they please the Court.

Undersigned respectfully asks this Honorable Court to grant this motion because (1) Undersigned Counsel needs the continuance, (2) Defendant Ryan Nichols is incarcerated, and (3) AUSA Brasher has no objections to this continuance request.

Dated: Brooklyn, NY
February 22, 2024

Respectfully submitted,

/s/ Joseph D. McBride, Esq.
Bar ID: NY0403
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue,
8th Floor
New York, NY
10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com
*Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically served on opposing counsel on

February 22, 2024

/s/ Joseph D. McBride, Esq.