**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

v.

RYAN TAYLOR NICHOLS,

*Defendant,*

Case No. 21-cr-117 (RCL)

**SENTENCING MEMO'S EXHIBIT LIST**

**A.** DD214:  Memorializing Ryan's Honorable Discharge, Medals, and Service Ribbons

**B.** Medical Records Showing PTSD (Redacted)

**C.** 302 Form: Corroborates the fact that Ryan found out Ashli Babbitt was shot just before his speech on the ledge.

**D.** December 2021, Bond Hearing Transcript Excerpts

**E.** Excerpts from the Nation of Islam's Final Call

**F.** Mental Health Grievances

**G.** Medical Records Obtained Via Freedom of Information Request and Corresponding IGPs

**H.** 57 Letters in Support of Ryan Nichol's Sentencing

**I.** PSR Objections

**J.** Video Montage in Support of Ryan Nichol's Sentencing