## DCOL Family Medical
805 Medical Circle Drive   Longview, TX 75605
903-232-8100   Fax: 903-232-8115

**Print Date:** November 3, 2021
Page 1
Chart Summary

**Document Date:** November 3, 2021

### RYAN NICHOLS
Male   DOB: 12/06/1990                  342522-1-DCL      Ins: BLUE ADV (1) Grp: 245922

Home: ▮

### Patient Information

| | |
|---|---|
| **Name:** RYAN NICHOLS | **Home Phone:** ▮ |
| **Address:** ▮ | **Work Phone:** |
| **Patient ID:** | **Fax:** |
| **Birth Date:** 12/06/1990 | **Status:** Active |
| **Gender:** Male | **Marital Status:** Married |
| **Contact By:** Cell Phone | **Race:** White |
| **Soc Sec No:** | **Language:** English |
| **Resp Prov:** Wendy Wilson, APRN FNP-C | **MRN:** |
| **Referred by:** | **Emp. Status:** |
| **Email:** ▮ | **Sens Chart:** No |
| **Home LOC:** Diagnostic Clinic of Longview | **External ID:** ▮ |

### Problems
VITAMIN D DEFICIENCY (ICD-268.9) (ICD10-E55.9)
HYPOTHYROIDISM (ICD-244.9) (ICD10-E03.9)
PTSD (ICD-309.81) (ICD10-F43.10)
ANXIETY (ICD-300.00) (ICD10-F41.9)
DIVERTICULITIS (ICD-562.11) (ICD10-K57.92)
FLANK PAIN, LEFT (ICD-789.09) (ICD10-R10.9)
PAIN IN THORACIC SPINE (ICD-724.1) (ICD10-M54.6)
LOW BACK PAIN (ICD-724.2) (ICD10-M54.5)
DERMATITIS (ICD-692.9) (ICD10-L30.9)
POLYARTHRALGIA (ICD-719.49) (ICD10-M25.50)
ABNORMAL THYROID FUNCTION STUDY (ICD-794.5) (ICD10-R94.6)

### Procedures

### Medications
EPIPEN 2-PAK 0.3 MG/0.3ML INJECTION SOLUTION AUTO-INJECTOR (EPINEPHRINE) use as directed as needed for anaphylaxis
Last Refill:  #1[Prefilled Pen Syrnge] x 0, 11/27/2018, Wendy Wilson, APRN FNP-C
SERTRALINE 50MG TABLETS (SERTRALINE HCL) TAKE 1 TABLET BY MOUTH ONCE DAILY
Last Refill:  #90[Tablet] x 3, 10/23/2019, Wendy Wilson, APRN FNP-C
LEVOTHYROXINE SODIUM 100 MCG ORAL TABLET (LEVOTHYROXINE SODIUM) 1 tab by mouth once a day
Last Refill:  #90[Tablet] x 3, 10/23/2019, Wendy Wilson, APRN FNP-C

### Immunizations

### Directives
HIPAA DISCLOSURE  CAN SPEAK TO WIFE BONNIE , MOM PATTI NICHOLS, MOM IN LAW  LISA CHATHAM , CAN LEAVE MESSAGE
WIFE BONNIE ▮

### Allergies and Adverse Reactions

Report run by Nellie Gruver