1        The treatment center where the, quote, riot
2    defendants, unquote, are being held who have been denied bond,
3    he found reasonably sufficient to hold them.  Did not find that
4    they were in such conditions as the other center, the
5    correctional center was.  Actually, I have a case, another
6    individual being held without bond as an accused rioter of
7    January 6 who was transferred to Lewisburg.  And I had a
8    hearing recently on that and he asked to be remitted back to
9    the D.C. jail.  He said that the accommodation at the D.C. jail
10   for access to discovery, to review it, the laptops they were
11   given occasionally, that they could review, and that the other
12   care was not such that he felt it was better to be in
13   Lewisburg.  He said Lewisburg, the food was good compared to
14   the D.C. jail, but otherwise he wanted to be back here.  And he
15   asked me to transfer him back here so he could prepare for
16   trial.
17            So it may be a position of uncomfortableness because
18   of the long retention in the cellblock, in the cells, I agree
19   with you, for 22 hours, 23 hours, that is terrible, confining,
20   and difficult for people.  But I think that's more inclined due
21   to the orders because of the COVID than it was because they
22   wanted to mistreat this particular class of people.
23            I haven't seen anything that's shown that yet.  And I
24   think the *Cole* examination by Judge McFadden is fairly clear on
25   that.  And so I accept your argument that his due process

1    rights were violated and that should be another basis for his
2    release.
3              MR. McBRIDE:  Thank you, Judge.
4              I just want to touch on his Sixth amendment rights,
5    as well.  Ryan Nichols' ability to meaningfully participate in
6    his defense has repeatedly been interrupted by the D.C. jail,
7    but as of November 1st the offenses have been particularly
8    egregious.  In our first -- in our underlying papers, which
9    were submitted to the Court on November 1st, we first raised
10   the conditions of confinement as an issue.  Because the
11   conditions of confinement were raised as an issue, he was
12   retaliated against by the facility.
13             The jail confiscated his discovery, took away his
14   ability to use a laptop immediately after learning that this
15   issue was raised.  Because of this, he was precluded from being
16   able to review videos, reports, and meaningfully participate in
17   his defense during the entire time that we were writing the
18   reply brief.  Multiple calls were made to the jail.  I said,
19   hey, listen, he's had his discovery the whole time, why are you
20   taking it now at this critical juncture?  Nothing was replied.
21             Mr. Nichols is a part of a detail crew, which is a
22   position of honor there, meaning that he participates in
23   helping clean up and do various other tasks around the jail.
24   Five separate good conduct awards while he's been there.  None
25   of that matters for anything.  They took away his ability to

1   view his discovery.  Moreover, approximately ten days ago,
2   after we began to confront the facility, the jail then removed
3   his ability to access the law library altogether and prevented
4   him from making normal legal calls with me.  We had a normal
5   sort of rhythm, that we were making calls on a regular basis in
6   order to help facilitate his defense, that was destroyed.
7           The jail also denied him the ability to present
8   himself in court in a reasonable manner.  Judge, as he stands
9   before you today, he has not taken a shower in five days.  That
10  is disgusting.  He has not been able to access his discovery in
11  almost two months.  He is being retaliated against for being a
12  whistleblower.  The conduct here is clearly retaliatory.  And
13  the cure here is not transferring him to another prison so that
14  the process can be repeated, the cure is release because his
15  rights have been violated.
16          And recently, on December 7th, Congress issued a
17  report condemning the conditions of confinement in CTF.  And
18  amongst the issues in that -- there were many condemnations,
19  but that report corroborates Exhibit 24 and the underlying
20  papers, which is a letter from a few months ago, penned by Ryan
21  Nichols and another January 6th detainee, where they assert 77
22  violations that were happening on a regular basis.  When you
23  cross-reference what Congress and Marjorie Taylor Greene and
24  those members of Congress found in their report, with 77
25  violations, you have a litany of points of intersection.

1              First off, he's been targeted because of his race,
2     because of his religion.  There are multiple times on a daily
3     basis and on a weekly basis where disparaging remarks are made
4     about the color of his skin, disparaging remarks made about his
5     faith.  He is routinely denied access to amenities that others
6     are given, such as moot court training, medical care, haircuts,
7     educational tablets, normal food, nutritious diet.  And he has
8     not seen his family since January 18th of this year.  Other
9     inmates, other detainees in that facility are able to see their
10    family on video calls.  They took that from him for no reason.
11             He stands before you today, having been denied the
12    right to cut his hair, trim his beard, and cut his fingernails
13    since January of 2020 [sic].  There he is, right there, and he
14    looks like Tom Hanks from *Cast Away*.  He looks like a homeless
15    person on the streets of New York City and he's in the care of
16    the United States government.  How is this acceptable?  And not
17    only that, he is double vaccinated.  He received -- he took the
18    vaccine for the specific purpose of being able to come before
19    you today and present himself in the way that makes sense.  And
20    they took that from him simply because they can.  That is
21    wrong.
22             He is also regularly forced to ingest political
23    philosophies that he disagrees with, such as critical race
24    theory on this matter.  And he's also being indoctrinated with
25    racist, anti-American, anti-white, anti-U.S. government