# How the U.S. Government Destabilized Foreign Governments
BY THE HONORABLE MINISTER LOUIS FARRAKHAN—PAGE 20

# The Final Call

VOLUME 40 NUMBER 47 | AUGUST 31, 2021 | U.S. $2.00
FINALCALLDIGITAL.COM | STORE.FINALCALL.COM | FINALCALL.COM



Taliban fighters patrol in the Wazir Akbar Khan neighborhood in the city of Kabul, Afghanistan, Aug. 18. Photo: AP Photo/Rahmat Gul

Taliban fighters stand guard at a checkpoint near the U.S. embassy that was previously manned by American troops, in Kabul, Afghanistan, Aug. 17. The Taliban declared an "amnesty" across Afghanistan and urged women to join their government, seeking to convince a wary population that they have changed a day after deadly chaos gripped the main airport as desperate crowds tried to flee the country. Photo: AP Photo

# EXPOSED AS A FALSE FRIEND

The fall of Afghanistan fully exposed America's disastrous policies, despite a trillion dollars spent on war and thousands of lives sacrificed in a doomed 20-year military escapade. She continues to lose respect, lose confidence and lose allies around the world. The Honorable Elijah Muhammad and the Honorable Minister Louis Farrakhan have long warned this is the day of America's doom and the unraveling of a great nation. We are witnessing fulfillment of their words and warnings as the U.S. continues to decline. **SEE OUR COVERAGE PAGE 3**



President Biden remarks on the crisis in Afghanistan. Photo: MGN Online

# Will America Repent?
## by the Most Honorable Elijah Muhammad

This is a great question. America knows her evil-doings against us; but to repent of it, I doubt it much. She feels that if she tries to make up with us for her evil-doing to us, she would be inviting her disgrace among the nations of the earth. Her determination is to try and keep the so-called Negroes from believing in the true God, Allah, and the true religion of Islam, which is our salvation. They are using many tricks now to deceive the so-called Negroes. The foolish so-called Negroes are falling for them.

False friendship is not able to stand up for very long; an enemy is just not able to put over false friendship for long. You should be able to know them and their tricks as long as they have been putting them over on you.

According to the Holy Qur'an (60:1), friendly relations with enemies of Islam is forbidden. "O, you who believe, do not take my enemy and your enemy for friends: Would you offer them love while they deny what has come to you of the truth, driving out the apostle and yourselves because you believe in Allah, your Lord?"

In this kind of doings, the foolish so-called Negroes will be trapped. There are even some weak Muslims who ignore this warning. Some even go as far as to marry the enemies of Islam, and they even hate me for teaching the truth of the enemies. But Allah is with me, and I have no right to worry about the doings of the people after knowledge. The enemy does not love either you or me. As the next verse teaches: "If they find you, they will be your enemies, and will stretch forth towards you their hands and their tongues with evil, and they ardently desire that you may disbelieve." "They would slay you with their hands, and speak evil to and of you with their tongues."

You must remember that you do not like one who befriends your enemy. How much does God dislike you for making love with His enemies? The enemy does not have to be a real devil. He could be your father, mother, brother, husband, wife or children. Many times they're of your own household. Today is the great time of the separation of the righteous Muslims and the wicked White race.

The wicked are not by any means asleep to the knowledge of the time. They are really on the job of truth. You must know the truth whether you accept it or reject it! Ask yourself these questions:

(1) If Christianity is the religion of Jesus, why is it that the wicked (White race) represents it, instead of the righteous or holy people of the East (Islam)? (2) Why has not the Holy City Mecca allowed it to be taught within her? (3) Why is not Jerusalem the capital of Christianity instead of Rome, Italy? (4) If Christianity was the religion of Jesus and the White race is Jesus' beloved people, why did He preach the "doom" of the White race and the coming of a new world?

This people will most certainly carry to their doom many of our people because of our peoples' fear and love of them. Look out of your door or window; see the Black woman sitting in the car close in the arms of your and her enemy. The enemy does not love her. He only wants to disgrace her and you and keep her from seeing the hereafter. You cannot have any such freedom with his women, and especially not in front of his door. Love of them will get you the hell.

*(Reprinted from "The Fall Of America," 1973.)*



THE FALL OF AMERICA by ELIJAH MUHAMMAD



The Most Honorable Elijah Muhammad

Ryan Nichols #376795

# SEPARATION OR DEATH
### BY THE HONORABLE MINISTER LOUIS FARRAKHAN—PAGE 20

# The Final Call

VOLUME 40 NUMBER 45 | AUGUST 17, 2021 | U.S. $2.00
FINALCALLDIGITAL.COM | STORE.FINALCALL.COM | FINALCALL.COM



A demonstrator is taken into custody by police after a curfew took effect during a protest over the death of George Floyd, June 1, 2020, near the White House in Washington. Photo: AP Photo/Alex Brandon

# Allah (God) Will Hold America Accountable!

A United Nations panel has raised the issue of human rights violations inside of the United States and the Biden administration has agreed to allow UN experts inside of America to examine these charges. But there is a Power in the world capable of judging and punishing America. Allah is present and destroying America for the evil she has done, is doing and plans to do.

**LEARN ALL ABOUT THAT POWER IN OUR PAGE 3 STORY.**



Black Lives Matter protesters are arrested by NYPD officers on Brooklyn Bridge, July 15, 2020, in New York. Photo: AP Photo/Yuki Iwamura


Shirin Yaseen anti-police brutality protests were held in New York and other cities. Photo UN News


Protesters clash with police over the countless killings by law enforcement of Black victims. Photos: JA Salaam


Protesters mourn over the loss of many Black victims of police brutality.

# Evil America is under judgement:
## She cannot escape Allah's (God's) accountability


Protesters march from a Wendy's restaurant to a police precinct at Grant Park on June 14, 2020, in Atlanta. Rayshard Brooks, a 27-year-old Black man, was fatally shot by a White Atlanta police officer outside the Wendy's. Ben Gray/Atlanta Journal-Constitution via AP


A demonstrator carries a sign as he joins others rallying outside of the Atlanta City Detention Center in Atlanta on June 14, 2020. Rayshard Brooks died after a confrontation with police officers at a fast food restaurant in Atlanta. Alyssa Pointer/Atlanta Journal-Constitution via AP

**by Naba'a Muhammad, Michael Z. Muhammad and Brian Muhammad**
The Final Call
@TheFinalCall

When the document came out, it was historic but also fell in line with calls for justice from the United Nations and protecting human rights. However, this time UN human rights chief Michelle Bachelet's calls for action and measures to end systemic racism and racial violence against Blacks and people of African descent were aimed at the United States of America.

Instead of balking, the White House and State Dept. said looking at America's shortcomings was welcomed and having UN experts and investigators, known as special rapporteurs, visit would be fine.

The UN official had presented a series of recommendations to address existing problems in a report to the UN Human Rights Council. But while the United Nations may be only able to point out America's wrong, there is a real power in the world who can, will and is punishing America: The Great Madhi, Master Fard Muhammad, who taught the Hon. Elijah Muhammad and backs the Honorable Minister Louis Farrakhan in a bold mission give full and complete freedom to Black people and is delivering the divine destruction and fall of America.

Demetric Muhammad, a Memphis-based Nation of Islam student minister, likened the United Nations to a body that documents right and wrong from a spiritual perspective.

"We know that the God of the Bible and the Qur'an is in favor of such because scripturally God has always been on the side of the oppressed against the oppressive. The problem is the UN has no teeth as far as enforcement," he said.

"So you're talking about ending injustice, ending racial profiling, ending the abuse of Black people in America, in Europe, then you're talking about a resolution that the powers inside of America will view as in conflict with her purposes and goals. And so what the UN does not have power to do, God is well able."

Honorable Elijah Muhammad, patriarch of the Nation of Islam, and his top helper, Minister Farrakhan, have repeated a divine warning of God's judgement against America, a judgement that mirrors God's chastisement against the wicked found in scripture. God's power to punish the powerful who are wicked and save what appears to be a defenseless people are recurring messages and promises from the Divine Supreme Being, promises that are binding on Him and the beneficiary of those promises today, in particular, are the descendants of former slaves in America and the native people destroyed by Whites in this country.


Ajamu Baraka Photo: Black Alliance for Peace

The UN Human Rights Office action was mandated by a June 2020 Human Rights Council resolution. In the aftermath of the videotaped murder of George Floyd, a Black man, by an American police officer in Minnesota, the resolution called for a comprehensive report on systemic racism, violations of international human rights law against Blacks and people of African descent by law enforcement agencies, government responses to peaceful anti-racism protests, as well as accountability and redress for victims.

But the United Nations can't punish the last

Continued on page 33

# Study guides are a critical part of Master Fard Muhammad's plan



FARRAKHAN: THE TRAVELER
BY JABRIL MUHAMMAD

**His study guides constitute an essential instrument of his overall mission. So, we can't help him, nor our people, or others, if we ignore or half-study and/or misuse or pretend to use this material, humbly called "study guides."**

[Editor's note: This is a reprint and was published online August 12, 2003.]

The Honorable Elijah Muhammad wrote in Our Saviour Has Arrived:

"The Black Man in America is not an example of the Original Black Man; for he has been used by his slave masters for four centuries in what we call experimentation. Through the experimentation by the wicked slavemasters who were made without love or mercy for Black people, they have the Black Man in America before the world as a wrecked, robbed, and spoiled human being without knowledge of himself or anyone else. And he is used by the White man as a tool for whatever purpose the White man sees fit.

"He is called a 'Negro' by them. The name means something dead, lifeless, neutral (not that nor this).

"They call the slave after their own names because he is the property of the slavemaster until he is redeemed—although he is a member of the Original Black Nation.

"To restore him back to his people, he must be re-educated to give him the knowledge of self and the knowledge of those who deprived him of the knowledge of self.

"This knowledge of self will unite him onto his own kind with love of self and kind."

WHAT IS THE VALUE OF SUCH KNOWLEDGE?

No one can place a dollar value on such knowledge. It's also our birthright. Imagine suffering from amnesia. That's a loss of memory. That's a mental condition that is worse than forgetfulness. That's suffering a total mental blank, when it comes to who you are, who your family members and friends are; what you own, what your standing in the world is; even who your enemies are.

This knowledge was taught to us by the Honorable Elijah Muhammad, absent the physical presence of his Teacher for forty years. (He suffered much to teach us this redeeming wisdom.) This same knowledge continues to be taught to us by the Honorable Minister Louis Farrakhan. (He too has suffered much to teach us this redeeming wisdom.)

This is also to say that Minister Farrakhan emphasizes, or has gone deeper, into those aspects of the body of knowledge of his teacher, which is the only instrument that can qualify a person for the hereafter, without that person having to experience the chastisement of Allah.

Look at what Paul went into of his teacher's teachings there in the New Testament, and why. This may help us to see the extraordinary value of the Minister's effort in relation to his teacher's teaching and how he completes the mission of his teacher.

On page 108 of Our Saviour Has Arrived, the Honorable Elijah Muhammad wrote the following words:

"But Allah (God) will not let any of us be blind, today, to the truth. This is why He came Himself; to be sure there will not be any mistake made. Allah (God) makes for Himself a Messenger.

"Then Allah (God) guides the Messenger Himself. He does not leave the Messenger to do all of the guiding."

Then the Honorable Elijah Muhammad continues with how Allah established what He did "to see that His guidance is carried out like He taught" him to do.

Here we have three stages of this guidance or the work of Allah in the person of Master Fard Muhammad that covers from the time of His opened appearance right through the present time and on to the time when Minister Farrakhan meets again with his teacher.

This covers the time period mentioned in the book of Daniel, and elsewhere, as well as in the Holy Qur'an, under many names. The ninth chapter of Daniel refers to this time period as "the seventy weeks of years."

Of those plans, the Honorable Elijah Muhammad said, in part: "Master Fard Muhammad aims to raise the Lost-Found (so-called Negro) into the knowledge and wisdom… He also aims presently, to raise His people into His own."

In this column (Number 43), I also wrote: "Now, before making a brief analysis of the above words of the Honorable Elijah Muhammad, let's reconsider the fact that Minister Farrakhan's work is pivotal as well as essential in the fulfillment of the plans contained in the words of his teacher, of the aims of Master Fard Muhammad. Furthermore, his study guides constitute an essential instrument of his overall mission. So, we can't help him, nor our people, or others, if we ignore or half-study and/or misuse or pretend to use this material, humbly called "study guides."

"Minister Farrakhan is continuing the work of his teacher, the Honorable Elijah Muhammad, who described his work or mission as "the resurrection of the dead."

Minister Farrakhan's study guides occupy a valuable, even a critical, part in the overall plans of Master Fard Muhammad.

In No. 43, I mentioned that I asked Minister Farrakhan a question about his mission and placed his answer in the third edition of This Is The One. I also mentioned that I hoped to make it a part of a series for this column.

What follows is the full text of his statement. After we read this, I would like to go into my reasons for bringing it up again, as the time grows more critical with each passing moment.

**We must stop wasting time! We must close the gap between ourselves and this mighty man of God, ASAP, meaning: quit procrastination, hesitation, indecision, vacillation, and all delays,**

RIGHT NOW, OR SUFFER THE CONSEQUENCES.

On January 10, 1996, I asked Minister Farrakhan: "Brother Minister, on the night of June 4th, right after your Phoenix speech in 1995, you spoke to a little over 40 of us, at your dinner table, about the relationship between the mission of the Honorable Elijah Muhammad and your mission, with your mission coming out of his mission. You spoke of your mission and his mission as being mutually compatible and complimentary. Would you please elaborate?"

**Minister Farrakhan:** "If a man is to be a helper of another man, the question becomes what help does he need? And based upon that necessity, persons are probed. Persons are sending their resumes. Persons are interviewed and persons are selected to help in whatever phase of the work or assignment that the main man has.

"The Honorable Elijah Muhammad, like Moses, desired a helper. That desire was in him from the time he started his mission. He knew that he needed a helper, but not for the reason that he thought. But it would later come to him, as he grew in understanding of his assignment, exactly what kind of help he would need. So he scanned the persons that surrounded him. And he measured them based upon his knowledge of the scripture and the help (in persons) that God gave to former prophets that shared the assignment of those prophets.

"So in Surah Taha, Surah 20, Moses asks God for a helper. And the first thing he says is, 'Expand my breast for me and ease my affair. And loosen the knot in my tongue that they may understand my words. And make him to bear of my burden or an aider to me.' "

More next issue, Allah willing.

# EDITORIAL


U.S. soldiers in Afghanistan. Photos: MGN Online


An explosion in Kabul, Afghanistan killed 80 near a diplomatic area.


U.S. soldiers on maneuvers in Afghanistan.


Wreckage of a U.S. Air Force E-11 aircraft that crashed in Afghanistan's Ghazni province.

## Divine warnings and lessons from Afghanistan

The scenes from the airport in Kabul, Afghanistan were harrowing. The world was witnessing what a CNN reporter called the "unraveling of this 20 year presence" by America after decades of war and with hatred growing for the United States.

The president had said withdrawal of U.S. troops from Kabul would not mirror the fall of Saigon 46 years ago when America was run out of Vietnam. He was utterly wrong.

The scenes being repeated in Afghanistan are worse than Saigon in August 1975.

Afghans scaled airport walls, tried to claw their way onto aircraft, and bodies fell from 500 feet to 600 feet in the air as Afghans clung to American planes that took off. How could the U.S. not know that Kabul would fall so quickly? The Taliban had marched unchecked across the country.

A few days ago, the president staunchly declared America was pulling out of the quagmire of Afghanistan and leaving the fight to 300,000 Afghan soldiers who would be supported by the U.S.

How could he have been so blind?

Look into the Muslim book of scripture and you will find an answer. In the Holy Qur'an, Maulana Muhammad Ali translation, chapter 2, The Cow, verse 11, reads: "And when it is said to them, Do not make mischief in the land, they say: We are only peacemakers. Now surely they are the mischief-makers, but they do not perceive." Verse 15 continues, "Allah will pay them back their mockery and He leaves them alone in their inordinacy, blindly wandering on."

If Mr. Biden was not blinded by America's arrogance and inordinacy, he was lying to the American people and the world. But the Holy Qur'an warns that in this day, the secrets, the lies, will be revealed even if placed in a rock and hidden in the earth.

That disaster is not just Mr. Biden's, it is an American disaster tied to all of the presidents who preceded him over the past 40 years, going back to America's false promises made to Afghans in the 1980s as U.S.-backed Muslim warriors, "the mujahadeen," kicked the then-Soviet Union out of the country. While the Soviets were defeated, the U.S. lied and never provided promised support to Afghans.

With America not living up to her promises, the country fell into civil war and the Taliban won the day and took control of Afghanistan.

After the 9/11 attacks on the World Trade Center in New York, America attacked Iraq, which had no ties to the incident, and then targeted Afghanistan, saying Osama Bin Laden, a onetime U.S. ally, was responsible for the attack and the Taliban were harboring him. The U.S. declared Mr. Bin Laden a terrorist and declared a War On Terror counting the Taliban among America's enemies. On October 7, 2001, America started bombing the Taliban, then spent a trillion dollars, made millionaires of private contractors, and sacrificed thousands of American lives over 20 years. Now the Taliban is back in power and Americans are expressing fear of renewed terrorism emanating from Afghan soil.



But for over 40 years, the Honorable Minister Louis Farrakhan of the Nation of Islam has warned America that her warmongering and attempts to dominate the nations of the earth will *not* be successful. He has repeated the warning of his Divine Teacher, the Honorable Elijah Muhammad, that America would not win another war. Before America entered the war against Iraq, the Minister told the president and the country that the U.S. would not be successful in 2003 under President George W. Bush and before that in 1991 under then-President George Herbert Walker Bush in war against Saddam Hussein, another onetime U.S. ally.

Delivering a major message, "The Unraveling of A Great Nation" at Saviours' Day 2020 in Detroit, Min. Farrakhan repeated the warning and condemned America for her domestic and international evil—and warned the country was on a destructive course.

"You, my poor, pitiful brothers and sisters, you are opting to be a part of that that is unraveling right in front of your eyes. You see the country cascading downward. You see the moral fiber of America getting into the gutter. Who wants a membership in a house of whores? Bought and paid for leaders. Nobody can stand up if the enemy says, 'you don't stand up for that.' Satan is having a field day with America. Evil has been made fair seeming," said the Minister.

"When you unravel something, you undo twisted, knitted, or woven threads; you investigate and solve or explain something complicated or puzzling. The condition of America is puzzling. The world is looking at a country going to hell," he continued.

"America was not built on a firm foundation. Although the weaving was done strongly, the nation called America was doomed from its inception. How do you build a nation killing the native people? How do you build a nation, bringing a whole people out of Africa to America to be made slaves? This is your foundation, so for them to lie to you, and make you think that America is a land of promise for you, and you believe it; no wonder Jesus said, You shall know the truth and the truth will set you free," said Min. Farrakhan.

He added, "I can come to you like Jonah came to the king of Nineveh. America, Mr. President, needs to repent for what you've done and what you continue to do to the peoples of the world. You have Ten Commandments, ten beautiful commandments that America does not follow. The 10th Commandment is Thou shalt not covet thy neighbor's house, thy neighbor's wife, thy neighbor's donkey, what the man has, you should not desire it.

"See, you covet the wealth that's in the Middle East, that's why your armies are there. You covet the wealth of Africa that's why your armies are there. You want what others have been given by God, but you don't want to bargain with them and give them wealth for wealth that they may be able to build up their own country. So, you find a way to meddle in the affairs in the nations of the earth," the Minister said.

"Mr. President, I'm asking you to repent on behalf of the wickedness of your people, White people, for the evil that you have done to self, to others, to us, to the Native people, to the Indigenous. Wickedness is what's making America suffer. Have you seen the weather? You know the weather is against you. All of you can get together and try to stop what you call climate change. Climate isn't controlled by you. Climate is being controlled by the God who is here in control of the climate.

"When I tell you to watch the weather, He goes to work and shows you. I am the man of God today. You either take it or let it alone. I will not beg you, but I will tell you that the God wants to separate you from your enemies. God wants to give you a land," he said to Black people. "God is not playing. You are His people. I know you don't believe it. But you will. Your covenant with death will be annulled and your agreement with hell will not stand."

The people of Afghanistan are seeing the result of believing in a deceiver and murderer on the international stage. But what you see abroad is a sign of destruction coming to America. Reject Satan, these evil Caucasian people and their agents, accept Allah's (God's) divine warner speaking today. Flee to Allah (God). In Allah (God) is protection and success, this is the day of America's doom.

# America's Doom Feared

## by the Most Honorable Elijah Muhammad





The Most Honorable Elijah Muhammad

Allah in the Person of Master Fard Muhammad, to Whom praises are due forever, for finding and offering to set us in heaven at once, on our submission to Him entirely!

We fear the doom of America that is now cutting her to pieces. The prophecy teaches us that her doom will come in one day—death and mourning came in one day. One day means one year.

Even after that, she shall utterly be burned with fire. Divine prophecy is that America will suffer isolation from the nations of the earth.

The Revelations of John of the Bible prophesy of America's doom. America is spoken of under the savage name of a beast and a dragon who will oppose the Messenger of God and all those who seek to follow him.

Beast and dragon are the names used to represent America because of the nature and the characteristics of this people—evil and haters of his Black once-slave.

The beast or dragon trails the woman seeking to destroy the Messenger and his followers, the new converts. The Messenger of Allah is referred to as the woman with the newborn baby, with a vicious beast-like enemy trailing her (the Messenger of God) everywhere that he goes.

The beast does this to prevent the Messenger and his followers from making progress in making friends with his own Black people who will help the Messenger to convert and unite his Black People—not only in the United States of America, but the whole world of the Black Nation.

To unite and fly out of our enemies who seek to destroy and kill you and me night and day does not just mean leaving America. But it means also to leave the ideology and all that America represents.

And the nations (Europe and Asia) stood afar away off for fear of her burning (U.S.A.) and for fear of her Divine Plagues.

To you, my Black people, the end is now.

Who said that you were going anyplace? Heaven and hell are both a condition of life. They are not places. The devils make hell for you, and God, in the Person of Master Fard Muhammad, to Whom praises are due forever, makes heaven for you and me.

*(Reprinted from "The Fall of America," 1973.)*