RECEIVED 4/1/2022

DOC Staff: Print Name _____ Sign Name _____ Date _____

RECEIVED MAR 3 0 2022 By _____

PP 4030.1
Attachment C

# DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS
## INMATE INFORMAL RESOLUTION COMPLAINT FORM

**TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR**
**IGP NUMBER:** # 20220330-526

### STEP 1: INFORMAL RESOLUTION (To be completed by Inmate)
- Inmate has five (5) days after triggering incident to submit request.
- Place this form in the housing unit IGP box. The IGP coordinator will respond within seven (7) business days.

**INMATE NAME:** Ryan Nichols
**DCDC#:** 376795
**UNIT:** C2B
**DATE:** 3/24/22

**SELECT DEPARTMENT/SERVICES NEEDED:**
- Facility Transfer
- Fire Safety and Sanitation /Risk Management
- Program and Activities
- Personal Hygiene
- Case Management Services
- ✓ Health Care
- Communications (mail, visits, telephone, legal)
- Property
- Sentence computation, jail credit, over detention
- Finance
- Rules and Regulations
- Staff Treatment
- Food Service
- Religious Services
- Facilities Management
- Discrimination
- Transportation
- Safety and Security
- ✓ Other

**DATE OF INCIDENT:** 3/21/22
**TIME OF INCIDENT:** All Day
**OFFENDER:** DC DOC

**REASON FOR COMPLAINT:** On 3/21/22 after returning from my medical visit, I put in a mental health request. Kenny Harrelson witnessed me put this mental health request in. Since then, I have not been seen by medical, or asked about my mental health status. To date, I have put in multiple requests about mental health, and also have IGP's about my mental health due to my conditions of confinement effecting my diagnoses

**INMATE SIGNATURE:** _____  **DATE:** 3/24/22

PTSD. I would like to be seen at mental health, please. Thank you.

**\*\*\* FOR DOC COMPLETION \*\*\*** Provide response to the IGP Coordinator no later than 4/5/22

**DOC RESPONSE:** Seen for Mental Health Appointment on 3/25/2022 and 3/30/2022. Grievance Resolved

**PRINT RESPONDER NAME:** _____  **RESPONDER SIGNATURE:** _____ **DATE:** 4/1/2022

**DEPARTMENT:** _____  **MANAGER NAME:** Covid-19  **MANAGER SIGNATURE:** _____

**INMATE GRIEVANCE COORDINATOR SIGNATURE:** _____  **DATE:** 4/11/2022

Original – IGP Coordinator
Copy 1 – Inmate Response
Copy 2 – Inmate

Witnessed By: Kenneth Harrelson

Revised 3/2019

DOC Staff: Print Name:_____ Signature:_____ Date:_____

PP 4030.1
Attachment D

**DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
INMATE FORMAL GRIEVANCE FORM**

TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR
IGP NUMBER: # 20220420-921

Witnessed By: Sgt Kenneth Harrison U.S. Army

**STEP 2: FORMAL GRIEVANCE (To be completed by Inmate)**
- Inmate has five (5) days after receiving response to Informal Resolution to submit Formal Grievance form.
- Place this form in the housing unit IGP box. The IGP coordinator will respond within fifteen (15) business days.

INMATE NAME: Ryan Nichols    DCDC#: 376795    UNIT: C2B    DATE: 4/13/22

SELECT DEPARTMENT/SERVICES:
- Facility Transfer
- Fire Safety and Sanitation /Risk Management
- Program and Activities
- Personal Hygiene
- Case Management Services
- ☑ Health Care
- Communications (mail, visits, telephone,
- Property
- Sentence computation, jail credit, over detention
- Finance
- Rules and Regulations
- Staff Treatment
- Food Service
- Religious Services
- Facilities Management
- Discrimination
- Transportation
- Safety and Security
- ☑ Other

FOR INMATE: Has this issue been resolved? YES ☐ or NO ☑ If no, check the "NO" box and place this form in the housing unit IGP Box with a copy of the INFORMAL RESOLUTION FORM WITH RESPONSE.

REASON NOT RESOLVED: In response to Informal Grievance # 20220330-526: My mental health appointment on 3/25/22 lasted 3-5 minutes, and was ONLY to schedule an appointment with the therapist. My mental health appointment on 3/30/22 was with the therapist, and only lasted around 10 minutes. I spoke for the majority of the time, explained about my PTSD and conditions of confinement, and was told that there "Is no long term mental health therapy at DC DOC." The therapist said she would check in with me

INMATE SIGNATURE: _____    DATE: 4/13/22

*** FOR DOC COMPLETION *** Provide response to the IGP Coordinator no later than _____.

DOC RESPONSE: Inmate Nichols has been seen on 3/25/22 + 3/30/22 for evaluation. Per Bruce Reid he will have a follow up appointment to discuss long term therapy options. Grievance resolved.

PRINT RESPONDER NAME: DeVora Jones    RESPONDER SIGNATURE: Debora Jones    DATE: 4/20/22
DEPARTMENT: OHSA    MANAGER NAME: Beth Jordan    MANAGER SIGNATURE: BJ
INMATE GRIEVANCE COORDINATOR SIGNATURE: _____    DATE: 4/20/2022

In 2 weeks. As an honorably discharged Marine Corps veteran with PTSD, I need and deserve more help than 10 minutes every 2 weeks of mental health care. ALSO, Manager Names, etc not filled out correctly.

Original – IGP Coordinator
Copy 1 – Inmate Response
Copy 2 – Inmate

12/2019

DOC Staff: Print Name: _____ Sign Name: _____ Date: _____

**RECEIVED APR 25 2022 By_____**

PP 4030.1
Attachment F

# DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS
## WARDEN'S ADMINISTRATIVE REMEDY FORM

TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR
IGP NUMBER: # 20220425-991

### STEP 3: REQUEST FOR WARDEN'S ADMINISTRATIVE REMEDY
- Inmate has five (5) days from receipt of Formal Grievance response to submit request.
- Place this form in the housing unit IGP box. The Warden will issue a response to the grievance within fifteen (15) business days of receipt.
- If the issue has not been resolved, inmate has five (5) business days from receipt of response from the Warden to submit an Appeal - Deputy Director Form with ALL prior responses attached and placed in the IGP Box.

INMATE NAME: Ryan Nichols
DCDC#: 376795
UNIT: C2B SMU-A
DATE: 4/21/22

REASON FOR APPEAL: In response to IGP (Formal) # 20220420-921: I was not seen for evaluation on 3/25/22. That was to schedule my appointment with a therapist on 3/30/22. On 3/30/22, I was told there was no long term mental health treatment at DC DOC, but would be checked on again in 2 weeks. Today, 3 weeks later, I have still not been checked in on, and my conditions of confinement have become worse, triggering my anxiety and depression that comes with my diagnosed PTSD. My Mental Health Medication was not delivered this morning, even though I asked for it multiple times. I am also now sitting in solitary confinement in Segregation as punishment for not signing a form

INMATE SIGNATURE: _____ DATE: 4/21/22

*** FOR DOC COMPLETION *** Provide response to IGP Coordinator no later than 5/13/22.

WARDEN'S RESPONSE:

*No response, Elevated to next level.*

WARDEN SIGNATURE: _____ DATE: _____

INMATE GRIEVANCE COORDINATOR SIGNATURE: _____ DATE: 5/27/22

Original – IGP Coordinator
Copy 1 – Inmate Response
Copy 2 – Inmate

that has nothing to do with me, over an apparent incident that I was never made aware of, and won't know about until 4/27/22 when the housing board returns. This feels retaliatory and discriminitive, as I have open IGPs on this issue. This entire situation is only contributing to a further decline in my mental health

12/2019
4/27/22

**RECEIVED** 5/19/2022
**COMPLETED** 5/23/2022
**RECEIVED** MAY 16 2022 By _____

PP 4030.1
Attachment G

DOC Staff: Print Name: _____ Sign Name: _____ Date: _____

### DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS
### APPEAL – DEPUTY DIRECTOR FORM

TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR
IGP NUMBER: # 20220516-378

**STEP 1: APPEAL – DEPUTY DIRECTOR** (Informal)
- Inmate has five (5) days from receipt of Wardens Administrative Remedy response to submit request.
- Place this form in the housing unit IGP box. The respective Deputy Director will respond within twenty-one (21) business days of receipt.

**SECTION A: To be completed by Inmate (Only)**

| INMATE NAME: | DCDC#: | UNIT: | DATE: |
|---|---|---|---|
| Ryan Nichols | 376795 | C2B | 5/15/22 |

REASON FOR APPEAL: In Response to Wardens IGP written on 4/21/22: I did not receive a response within 15+ business days, so I am escalating. I have asked for mental health care for weeks/months. My requests for help are being ignored, and I recently ended up in Medical 82 on "Suicide pre-caution" due to mental health requests being neglected. I left Medical 82 "Suicide pre-caution" on 5/9/22 asking once again for mental health help from the psychiatrist and LT Lancaster. Since then, I have not been followed up with on

INMATE SIGNATURE: _____ DATE: 5/15/22

**SECTION B: To be completed by DOC (Only)**
Provide response to IGP Coordinator no later than 5/20/2022

**DEPUTY DIRECTOR RESPONSE:** _____

SEEN FOR MENTAL HEALTH APPOINTMENT ON 5/17/2022
SCHEDULED FOR FOLLOW-UP APPOINTMENT WITH PSYCHIATRIST [signature] 5/23/2022

AREA: _____
DEPUTY DIRECTOR SIGNATURE: _____ DATE: 5/23/2022

- THIS IS THE FINAL LEVEL OF REVIEW IN THE DC DEPARTMENT OF CORRECTIONS.

Original – IGP Coordinator
Copy 1 – Inmate Response
Copy 2 – Inmate

the status of my mental health. I am asking the deputy director to review the informal, formal, and warden IGP's on this issue and help me get the help I am asking for.

12/2019

PP 4030.1
Attachment C

DOC Staff: Print Name _____  Sign Name _____  Date _____

**RECEIVED MAY 26 2022 By _____**

# DOC
THE DEPARTMENT OF CORRECTIONS

**DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS**
**INMATE INFORMAL RESOLUTION COMPLAINT FORM**

TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR
IGP NUMBER: # 20220527-624

### STEP 1: INFORMAL RESOLUTION (To be completed by Inmate)
- Inmate has five (5) days after triggering incident to submit request.
- Place this form in the housing unit IGP box. The IGP coordinator will respond within seven ~~7~~ 15 business days.

| INMATE NAME: Ryan Nichols | DCDC#: 376795 | UNIT: C2B | DATE: 5/24/22 |

**SELECT DEPARTMENT/SERVICES NEEDED:**

- o Facility Transfer
- o Fire Safety and Sanitation /Risk Management
- o Program and Activities
- o Personal Hygiene
- o Case Management Services
- o Health Care
- o Communications (mail, visits, telephone, legal)
- o Property
- o Sentence computation, jail credit, over detention
- o Finance
- o Rules and Regulations
- ✓ Staff Treatment
- o Food Service
- o Religious Services
- ✓ Facilities Management
- o Discrimination
- o Transportation
- o Safety and Security
- ✓ Other

DATE OF INCIDENT: 5/24/22  TIME OF INCIDENT: Evening Mail  OFFENDER: T. Campbell

REASON FOR COMPLAINT: I sent in a Mental Health IGP as an Informal, Formal, and Wardens IGP. The Informal was sent on 3/24/22, the Formal sent on 4/13/22, and both of these were answered, but not solved. I escalated to a Wardens IGP on 4/21/22, but did not receive a response within 15 business days. I escalated to a Deputy Directors IGP, but received a response by T. Campbell, who intentionally sabotaged

INMATE SIGNATURE: _____  DATE: 5/24/22

and subverted my Step 4 Deputy Directors IGP by marking through the "STEP 4" and mark

*** FOR DOC COMPLETION *** Provide response to the IGP Coordinator no later than 6/3/22.
DOC RESPONSE:

*See attached*

PRINT RESPONDER NAME: _____  RESPONDER SIGNATURE: _____  DATE: _____
DEPARTMENT: _____  MANAGER NAME: _____  MANAGER SIGNATURE: _____
INMATE GRIEVANCE COORDINATOR SIGNATURE: _____  DATE: 6/9/2022

as "STEP 1". This was done maliciously, and directly inhibits my ability to exhaust my IGP remedies. The IGP process at DC DOC is impossible to follow through with.

Original – IGP Coordinator
Copy 1 – Inmate Response
Copy 2 – Inmate

Revised 3/2019

Informal Resolution Response

Ryan Nichols ID #: 376-695

IGP#: 20220527-624

After reviewing and investigating Mr. Ryan Nichols Informal Grievance regarding the IGP Coordinator T. Campbell, it was determined that there was no IGP that could be found on file where Ms. Campbell had marked though the Step 4 of The Deputy Director's Appeal and labeled this document as Step 1.

If you, Mr. Nichols have a copy of the specific document in your possession that you are referencing, please provide a copy of that IGP document to allow further investigation into this matter.

Based upon this information, there is no evidence that supports that T. Campbell intentionally or maliciously sabotaged your IGP to going to a Deputy Director's Ste 4 Appeal.

DOC Staff: Print Name_____ Sign Name_____ Date_____

PP 4030.1
Attachment C

**DISTRICT OF COLUMBIA**
**DEPARTMENT OF CORRECTIONS**
**INMATE INFORMAL RESOLUTION COMPLAINT FORM**

TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR
**IGP NUMBER:**
#_____

### STEP 1: INFORMAL RESOLUTION (To be completed by Inmate)
- Inmate has five (5) days after triggering incident to submit request.
- Place this form in the housing unit IGP box. The IGP coordinator will respond within seven (7) business days.

**INMATE NAME:** Ryan Nichols
**DCDC#:** 376795
**UNIT:** C2B
**DATE:** 5/10/22

**SELECT DEPARTMENT/SERVICES NEEDED:** SH or A

- o Facility Transfer
- o Fire Safety and Sanitation /Risk Management
- o Program and Activities
- o Personal Hygiene
- o Case Management Services
- ✓ Health Care
- o Communications (mail, visits, telephone, legal)
- o Property
- o Sentence computation, jail credit, over detention
- o Finance
- o Rules and Regulations
- ✓ Staff Treatment
- o Food Service
- o Religious Services
- o Facilities Management
- o Discrimination
- o Transportation
- ✓ Safety and Security
- ✓ Other

**DATE OF INCIDENT:** 5/5/22   **TIME OF INCIDENT:** Evening   **OFFENDER:** LT Allen

**REASON FOR COMPLAINT:** On 5/5/22, I informed LT Allen that I was suicidal after being in SMU-A solitary confinement for 15 days. He refused to come up and have a conversation with me, and instead told me to, "put a request in." After pleading with him to come have a conversation about my situation, I informed LT Allen that I was suicidal. He turned to walk away, and said, "Sorry you feel that

**INMATE SIGNATURE:** _____   **DATE:** 5/10/22

way. I hope you don't die." He then turns and tells the officer on duty to write that in the book, and leaves without checking on me. I receive

*** FOR DOC COMPLETION *** Provide response to the IGP Coordinator no later than _____.
**DOC RESPONSE:** _____
_____
_____
_____

**PRINT RESPONDER NAME:** _____ **RESPONDER SIGNATURE:** _____ **DATE:** _____
**DEPARTMENT:** _____ **MANAGER NAME:** _____ **MANAGER SIGNATURE:** _____
**INMATE GRIEVANCE COORDINATOR SIGNATURE:** _____ **DATE:** _____

no mental health care that night, or the next day until the following
Original – IGP Coordinator      evening, after I made 4-6 officers of the state of my mental
Copy 1 – Inmate Response
Copy 2 – Inmate                 health condition.

Revised 3/2019

DOC Staff: Print Name_____ Sign Name_____ Date_____

PP 4030.1
Attachment C

**DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS**
**INMATE INFORMAL RESOLUTION COMPLAINT FORM**

RECEIVED MAY 12 2022 By_____

TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR
IGP NUMBER: #20220512-289

**STEP 1: INFORMAL RESOLUTION (To be completed by Inmate)**
- Inmate has five (5) days after triggering incident to submit request.
- Place this form in the housing unit IGP box. The IGP coordinator will respond within seven (7) business days.

| INMATE NAME: Ryan Nichols | DCDC#: 376795 | UNIT: C2B / SMU-A | DATE: 5/10/22 |

**SELECT DEPARTMENT/SERVICES NEEDED:**
- Facility Transfer
- Fire Safety and Sanitation /Risk Management
- Program and Activities
- Personal Hygiene
- Case Management Services
- ✓ Health Care
- Communications (mail, visits, telephone, legal)
- Property
- Sentence computation, jail credit, over detention
- Finance
- Rules and Regulations
- ✓ Staff Treatment
- Food Service
- Religious Services
- Facilities Management
- Discrimination
- Transportation
- ✓ Safety and Security
- ✓ Other

DATE OF INCIDENT: 5/5/22   TIME OF INCIDENT: Evening   OFFENDER: LT Allen

REASON FOR COMPLAINT: On 5/5/22, I informed LT Allen that I was suicidal after being in SMU-A solitary confinement for 15 days. He refused to come up and have a conversation with me, and instead told me to, "put a request in." After pleading with him to come have a conversation about my situation, I informed LT Allen that I was suicidal. He turned to walk away, and said, "Sorry you feel that

INMATE SIGNATURE: _____   DATE: 5/10/22

way, I hope you don't die." He then turns and tells the officer on duty to write that in the book, and leaves without checking on me. I received

*** FOR DOC COMPLETION *** Provide response to the IGP Coordinator no later than 5/18/22.
DOC RESPONSE: DOC Records clearly state that this inmate received mental health treatment when it was deemed necessary in a timely manner. He stayed in medical 82's sole cell 5/6 - 5/9. He stated to this writer what if I was suicidal would my housing assignment change. He never stated that he

PRINT RESPONDER NAME: T. Whee   RESPONDER SIGNATURE: _____   DATE: 5/10/22

DEPARTMENT: _____   MANAGER NAME: COVID-19   MANAGER SIGNATURE: _____

INMATE GRIEVANCE COORDINATOR SIGNATURE: _____   DATE: 5/17/22

No mental health care that night, or the next day until the following evening after I told 4-6 officers of the state of my mental health condition.

Original – IGP Coordinator
Copy 1 – Inmate Response
Copy 2 – Inmate

Revised 3/2019

PP 4030.1
Attachment D

DOC Staff: Print Name: _____ Signature: _____ Date: _____

**DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS**
**INMATE FORMAL GRIEVANCE FORM**

TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR
IGP NUMBER:
# _____

**STEP 2: FORMAL GRIEVANCE (To be completed by Inmate)**
- Inmate has five (5) days after receiving response to Informal Resolution to submit Formal Grievance form.
- Place this form in the housing unit IGP box. The IGP coordinator will respond within fifteen (15) business days.

INMATE NAME: Ryan Nichols     DCDC#: 376795     UNIT: C2B     DATE: 5/19/22

SELECT DEPARTMENT/SERVICES:

- o Facility Transfer
- o Fire Safety and Sanitation /Risk Management
- o Program and Activities
- o Personal Hygiene
- o Case Management Services
- ✓ Health Care
- o Communications (mail, visits, telephone,

- o Property
- o Sentence computation, jail credit, over detention
- o Finance
- o Rules and Regulations
- ✓ Staff Treatment
- o Food Service
- o Religious Services

- o Facilities Management
- o Discrimination
- o Transportation
- ✓ Safety and Security
- ✓ Other

FOR INMATE: Has this issue been resolved? YES ☐ or NO ☑ If no, check the "NO" box and place this form in the housing unit IGP Box with a copy of the INFORMAL RESOLUTION FORM WITH RESPONSE.

REASON NOT RESOLVED: In Response to Informal IGP # 20220512-2895 You can check the cameras on 5/5/22, and see the time LT Allen approached my cell and this interaction took place. You can also check cameras to see when the shift officer approached my cell shortly after I informed LT Allen and the shift officer I was suicidal. I informed the nurse the next morning as well. I also requested mental health care on 5/5/22 and was told I would see someone + one never did. On 5/6/22, almost 24 hours

INMATE SIGNATURE: _____     DATE: 5/19/22

*** FOR DOC COMPLETION ***  Provide response to the IGP Coordinator no later than _____ .

DOC RESPONSE: _____

PRINT RESPONDER NAME: _____  RESPONDER SIGNATURE: _____  DATE: _____
DEPARTMENT: _____  MANAGER NAME: _____  MANAGER SIGNATURE: _____
INMATE GRIEVANCE COORDINATOR SIGNATURE: _____  DATE: _____

later, I finally told 2-3 more officers I needed mental health help, and was still suicidal. One was officer Sowami [?] ... to mental health ... I ... 5/4/22

Original – IGP Coordinator
Copy 1 – Inmate Response
Copy 2 – Inmate

12/2019

**NO STEP 2 RESP.**

PP 4030.1

DOC Staff: Print Name: _____ Sign Name: _____ Date: _____ Attachment G

**DISTRICT OF COLUMBIA DEPARTMENT OF CORRECTIONS**
**APPEAL – DEPUTY DIRECTOR FORM**

TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR
IGP NUMBER: #

**STEP 4: APPEAL – DEPUTY DIRECTOR**
- Inmate has five (5) days from receipt of Wardens Administrative Remedy response to submit request.
- Place this form in the housing unit IGP box. The respective Deputy Director will respond within twenty-one (21) business days of receipt.

**SECTION A: To be completed by Inmate (Only)**

INMATE NAME: Ryan Nichols   DCDC#: 376795   UNIT: C2B   DATE: 5/15/22

REASON FOR APPEAL: In Response to Wardens IGP written on 4/21/22: I did not receive a response within 15+ business days, so I am escalating. I have asked for mental health care for weeks/months. My requests for help are being ignored, and I recently ended up in Medical 82 on "Suicide Pre-caution" due to mental health requests being neglected. I left Medical 82 "Suicide Pre-caution" on 5/9/22 asking once again for mental health help from the psychiatrist and (T Lancaster). Since then, I have not been followed up with on

INMATE SIGNATURE: _____ DATE: 5/15/22

**SECTION B: To be completed by DOC (Only)**
Provide response to IGP Coordinator no later than _____.

DEPUTY DIRECTOR RESPONSE: _____

AREA: _____

DEPUTY DIRECTOR SIGNATURE: _____ DATE: _____

- THIS IS THE FINAL LEVEL OF REVIEW IN THE DC DEPARTMENT OF CORRECTIONS.

Original – IGP Coordinator
Copy 1 – Inmate Response
Copy 2 – Inmate

the status of my mental health. I am asking the deputy director to review the informal, formal and written _____ on this issue, and help me get the help I am asking for.

12/2019