**DC JAIL MMHS**                                                              *February 5, 2024*
1901 D STREET, S.E. 3 RD FLOOR  WASHINGTON, DC 20003                                   Page 157
(202) 673-8445  Fax: (202) 673-8010                                             Nursing Note

**RYAN NICHOLS**                                                              Home: 376795
Male  DOB: 12/06/1990                        376795

General health and wellness, including healthy diet and aerobic exercise during recreational time,
reviewed with the patient. Health hazards of tobacco, illicit drug use, and excessive alcohol intake
discussed and patient advised to quit if using, or not to initiate if not already using.
**Assessment/Plan:**  Intake labs reviewed and discussed with patient.

FALSE POSITIVE SYPHILIS SEROLOGY - New.  RPR found to be 1:2, negative treponemal test. False
positive. No symptoms, syphilis very unlikely. No need to retest at this time according to CDC, "If the
second treponemal test is negative and the epidemiologic risk and clinical probability for syphilis are low,
further evaluation or treatment is not indicated. "

Patient informed on how to utilize the sick call process and advised that if you feel like your health
concerns are not being addressed, please follow the DOC grievance process as stated in the Inmate
Handbook.
Risks, benefits, and alternatives to treatment plan discussed.

Follow-up: prn.
Problems reviewed today.
Medications reviewed today.
Allergies reviewed today.
Directives reviewed today.

**Electronically Signed by Terry Nguyen - DO on 05/03/2021 at 11:29 AM**

_____

**03/25/2021 - TextNote: Temperature Check - Infrared Thermometer**
**Provider: Julia Dorsey - MA**
**Location of Care: Correctional Treatment Facility**

**Vital Signs**
Height: **68** in.
Temperature: **97.0**  degrees F
(mm Hg)
Patient has no signs or symptoms related to COVID-19.

**Electronically Signed by Julia Dorsey - MA on 03/25/2021 at 8:10 AM**

_____

**03/24/2021 - TextNote: Temperature Check - Infrared Thermometer**
**Provider: Linda Stephens - RN**
**Location of Care: Correctional Treatment Facility**

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR  WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

*February 5, 2024*
Page 21
Nursing Note

**RYAN NICHOLS**
Male  DOB: 12/06/1990                    376795

Home: 376795

---

**Electronically Signed by Lynda Boykin - HIMS Manager on 11/14/2023 at 8:14 AM**

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**11/13/2023 - Internal Correspondence: Handout Printed - LABS/IMAGING LETTER - NORMAL**
**Provider: Juanita Reed - DP**
**Location of Care: Central Detention Facility**

```
Printed Handout: LABS/IMAGING LETTER - NORMAL
```

**Electronically Signed by Juanita Reed - DP on 11/13/2023 at 8:22 AM**

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**11/13/2023 - Discharge Planning: DP F/U/ Medical Letter**
**Provider: Juanita Reed - DP**
**Location of Care: Central Detention Facility**

Patient notified of normal lab results and/or normal XRay/imaging results.

**Electronically Signed by Juanita Reed - DP on 11/13/2023 at 8:22 AM**

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**11/09/2023 - TextNote: Intake Lab Review**
**Provider: Team Urgent Care**
**Location of Care: Central Detention Facility**

Intake lab test review

| Test | Positive | Negative | Not done per protocol | Comments |
|------|----------|----------|----------------------|----------|
| RPR (w/in 30d) | [ x ] | [ ] | [ ] | False +ve since 3/2021 |
| Gonorrhea (w/in 30d) | [ ] | [ x ] | [ ] | |
| Chlamydia (w/in 30d) | [ ] | [ x ] | [ ] | |
| HIV (w/in 6m) | [ ] | [ x ] | [ ] | |
| Hepatitis C (w/in 12m) | [ ] | [ x ] | [ ] | |
| COVID-19  Rapid | [ ] | [ x ] | [ ] | |

[ x ] **A**ll tests are complete per protocol.
[ x ] Patient notification in progess.

# Patient Information

**FOR:** RYAN NICHOLS

## LABS/IMAGING LETTER - NORMAL
-----------------------------------------------------------------------------------------

**NAME:** RYAN NICHOLS     **DCDC#:** 376795
**DOB:** 12/06/1990

**Labs/XRay/Imaging Results:**

This letter is to inform the above patient that their lab results and/or XRay/Imaging results are normal.

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR  WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

*February  5, 2024*
Page 149
Nursing Note

**RYAN NICHOLS**
Male  DOB: 12/06/1990                          376795

Home: 376795

**Respiratory**
**Effort:** no intercostal retractions or use of accessory muscles
**Auscultation:** no rales, rhonchi, or wheezes
**Cardiovascular**
**Auscultation:** RRR
**Mental Status and Exam**
**Judgement:** intact

**Assessment and Plan**
**Assessment/Plan:**
WORRIED WELL (REQUEST TO SEE MH).  1. referral placed for MH
2. pt denies SI/HI/AVH
3. stable
Patient informed on how to utilize the sick call process and advised that if you feel like your health concerns are not being addressed, please follow the DOC grievance process as stated in the Inmate Handbook.

Orders: MENTAL HEALTH

Risks, benefits, and alternatives to treatment plan discussed.

Follow-up: prn.
Problems reviewed today.
Medications reviewed today.
Allergies reviewed today.
Directives reviewed today.

**Problems:**  WORRIED WELL (REQUEST TO SEE MH) (ICD-V65.5) (ICD10-Z71.1)

**Allergies:**  * CIPRO (Critical)
FLAGYL (Critical)

**New Orders:**  MENTAL HEALTH [MH]

**Electronically Signed by Nicole Morrison - PA on 07/29/2021 at 1:53 PM**

---

**07/29/2021 - Append: Request to see MH**
**Provider: Nicole Morrison - PA**
**Location of Care: Correctional Treatment Facility**

he reports taking Xanax and Zoloft for PTSD and anxiety

**Electronically Signed by Nicole Morrison - PA on 07/29/2021 at 1:54 PM**

**DC JAIL MMHS**
1901 D STREET, S.E. 3 RD FLOOR  WASHINGTON, DC 20003
(202) 673-8445  Fax: (202) 673-8010

*February  5, 2024*
Page 73
Nursing Note

**RYAN NICHOLS**
Male  DOB: 12/06/1990                          376795

Home: 376795

**Extremities**
**RUE:**  see msk
**LUE:**  see msk
**RLE:**  unable to visualize
**LLE:**  unable to visualize
**Lymphatic**
**Misc:**  Cervical: no adenopathy
**Neurological**
**Cranial Nerves:**  noncooperative.
**Reflexes:**  2+, symetric, no pathalogical reflexes
**Sensation & Strength:**  grossly intact
**Skin**
**Inspection:**  minimal views- no injuries noted
**Palpation:**  no subcutaneous nodules or induration
**Mental Status and Exam**
**Judgement:**  intact
**Orientation:**  oriented to time, place, and person
**Memory:**  intact for recent and remote events
**Mood & Affect:**  Pt appears veru anxious and depressed.

**Comment:** Pt verbalized to this writer thoughts of suicide.  and :" Other bad thoughts" .  Pt would not explain.
**Assessment & Plan Summary:**  Suicidal ideation  --suicide precaution - Comment Only. Pt verbalized to this writer thoughts of suicide.  and :" Other bad thoughts" .  Pt would not explain.
Medications: Order- pt placed on suicide precaution Pt verbalized Suicidal Ideation. Pt is allowed Suicide Smock/Mattress/    Blanket/ safety tray/ utensils/dim lights/ running water/shower/ legal visits/callsPsychto f/u.
Medications: Diphenhydramine hcl 50 mg/ml injection solution Terl order for 50 mg PO/ IM  Prn for severe agitation/Anxiety  episode , Tel order by Dr. Alston - one time dose.. - Med Not given 5/6-5/7 22
Pt given reeassurance and ways to  de-stress himself.  Reassurance given .  Psych telephoned early Fri eve and notified od
Psych/ MH alerted to f/u .
Pharm alerted to move meds.
Pt refused breakfast 5/7/22 refusal placed
Follow-up: in  1.

Level of Care:  3
Problems reviewed today.
Medications reviewed today.
Allergies reviewed today.

**Problems:**  SUICIDAL IDEATION  --SUICIDE PRECAUTION (ICD-V62.84) (ICD10-R45.851)
CHRONIC EAR DISORDER SINCE CHILDHOOD (ICD-388.9) (ICD10-H93.93)
DEPRESSION / ANXIETY (ICD-300.4) (ICD10-F41.8)

**Medications:**  SERTRALINE HCL 50 MG ORAL TABLET (SERTRALINE HCL) 1 TAB PO Q AM; Route: ORAL
DIPHENHYDRAMINE HCL 50 MG/ML INJECTION SOLUTION (DIPHENHYDRAMINE HCL) Terl order for 50 mg PO/ IM  Prn for severe agitation/Anxiety  episode ; Tel order by Dr. Alston - one time dose.; Route: BUCCAL

**DC JAIL MMHS**                                                    *February 5, 2024*
1901 D STREET, S.E. 3 RD FLOOR  WASHINGTON, DC 20003                        Page 69
(202) 673-8445  Fax: (202) 673-8010                                   Nursing Note

**RYAN NICHOLS**                                                      Home: 376795
Male  DOB: 12/06/1990                    376795

Hygiene:  good
Attitude/ Behavior:  cooperative
Insight:  good
Judgement;  good
Gait:  normal
Cognition:  no gross abnormalities

**Orientation:**
To time:  Yes
To person:  Yes
To place:  Yes
To situation:  Yes

**Potiential Harm:**
Self Injurious:  No
Suicidal Ideation:  Yes
Homicidal Ideation:  No

**Clinical Assessment**

**Current Medications:**
SERTRALINE HCL 50 MG ORAL TABLET (SERTRALINE HCL) 1 TAB PO Q AM; Route: ORAL
DIPHENHYDRAMINE HCL 50 MG/ML INJECTION SOLUTION (DIPHENHYDRAMINE HCL) Terl order
for 50 mg PO/ IM  Prn for severe agitation/Anxiety  episode ; Tel order by Dr. Alston - one time dose.;
Route: BUCCAL
* ORDER- PT PLACED ON SUICIDE PRECAUTION Pt verbalized Suicidal Ideation. Pt is allowed
Suicide Smock/Mattress/    Blanket/ safety tray/ utensils/dim lights/ running water/shower/ legal
visits/callsPsychto f/u; Route: EXTERNAL

**Assessment:** Patient is a 31 Y/O CM presents to CTF safe cell for SP. He presented with angry mood
and constricted affect. His speech was pressured. He stated, "I am still suicidal because they kept me in
solitary confinement for two weeks and they don't want to let stay in my preferred housing.". This clinician
tried to explain housing issue is about custody and encouraged him to talk to the supervisor. However, he
got agitated.  Detainee currently denies any delusions, AVH.

**Treatment Recommendations and Plan:**  Suicide Precaution ordered

May have: safety smock, suicide blanket, suicide mattress, safety utensils
Visits with an escort officer if not on LOP, telephone calls if inmate is not on LOP.
Water availability unless inmate has history of flooding per DOC;
Showers (must have an escort officer); Dimmed Lights.
No personal items or sheets (they can be used as ligatures).
Inmate was informed of safe cell restrictions and acknowledged understanding:
Will be followed up within 24 hrs

**Plan**
Suicide Precautions Authorized:  Yes
Suicide Watch Authorized:  No
Level:  CLOSE (Physical checks at staggered intervals not to exceed every 15 minutes)

Diagnostic Clinic of  ongview • 805 MEDICAL   IRC_E DR.,  ONGVIEW  X 75605-5130

**NICHOLS, R   n ( d #712684, dob: 12/06/1990)**



DCOL-FAMILY MEDICAL
80   MEDICAL CIRCLE DR.
LONGVIEW, TX 7560  -5130
Phone: (903) 232-810  , Fax: (903) 232-8115

Date:   3/07/2023

Dear Ryan Nichols,

The following is a summary of your visit today. If you have any questions, please contact our office.

Sincerely,

 lectronically Signed by: DAVID WITT, MD



# Patient Care S    mary f  r Ryan Nichols

## Most Recent Enco  nter
03/07/2023 David W tt: 805 Med cal Circle Dr., Longview, TX 75605-5130, Ph. tel:+1-903-2328100

## Reason f  r Visit
None recor  ed.

## Assess   ent and Plan

The following list includes any diagnoses that were discussed at your visit.
  . Posttraumatic stress disor  er
• sertraline 50 mg tablet

2. Insomnia
• trazodone 50 mg tablet

3. Decreased testosterone level
• dcol-testosterone, total

4. Elevated liver enzymes level
•   col-l ver profile
• quest-hepatitis panel - acute w/ rflx

Discussion Note: None recorded.

Patient educational handouts: No information available.

## Plan of Care

**Reminders**

| Appointments | Office Visit 15 | 09/01/2023 2:15PM | **Provider** Michael Sims, DMS, PA-C |
|---|---|---|---|

| Lab | None recorded. |
|---|---|

| Referral | None recorded. |
|---|---|

| Procedures | None recorded. |
|---|---|

| Surgeries | None recorded. |
|---|---|

| Imaging | None recorded. |
|---|---|

## Current Medications

Your medical record indicates you are on the following medicine. If this list is not consistent with the medications you are currently taking, or if you are taking additional over-the-counter medicines, please inform your provider.

| Name | Prescribed Date | Start Date |
|---|---|---|
| amitriptyline 25 mg tablet<br>Take 1 tablet(s) every day by oral route. | | |
| Depo-Testosterone 200 mg/mL intramuscular oil<br>Inject 0.5 mL every week by intramuscular route. | 08/14/2023 | |
| ergocalciferol (vitamin D2) 1,250 mcg (50,000 unit) capsule<br>TAKE 1 CAPSULE BY MOUTH EVERY DAY | | |
| levothyroxine 100 mcg tablet<br>TAKE 1 TABLET BY MOUTH EVERY DAY | | |
| sertraline 50 mg tablet<br>TAKE 1 TABLET BY MOUTH EVERY DAY | | |

## Medications Administered

| Name | Date |
|---|---|
| Depo-Testosterone 200 mg/mL intramuscular oil<br>Inject 0.5 mL every week by intramuscular route.<br>Notes: *** own med/*** | 2023-08-14T08:30:42 |

## Vitals

None recorded.

## Results
**Lab Results**

None recorded.

## Allergies

Please review your allergy list for accuracy. Contact your provider if this list needs to be updated.

| Code | Code System | Name | Reaction | Severity | Onset |
|---|---|---|---|---|---|
| 203563 | RxNorm | Cipro | Anaphylaxis | | 11/26/2018 |
| 202866 | RxNorm | Flagyl | Anaphylaxis | | 11/26/2018 |

## Assessment and Plan

The following list includes any diagnoses that were discussed at your visit.

1. Steatohepatitis

2. Insomnia

3. Testosterone level below reference range
• dcol-testosterone, total

4. Anxiety

5. Hypothyroidism
• dcol-TSH
• dcol-T4, total

6. Joint pain

7. Posttraumatic stress disorder

8. Vitamin D deficiency
• dcol-vitamin D 25-oh

Discussion Note: None recorded.

Patient educational handouts: No information available.

## Plan of Care

Patient Instructions
Continue all routine medications without change at this time.
Labs Drawn/collected today. You will be notified via patient portal of results when they are received. Make sure you are signed up for patient portal access.
Recheck w/ telemed for controlled substances refills.
Annual visit in 6 months.

| Reminders | | | Provider |
|---|---|---|---|
| Appointments | Telemedicine Athena Visit 15 | on or around 12/05/2023 | Michael Sims, DMS, PA-C |
| | Complete Physical 30 | on or around 03/05/2024 | Michael Sims, DMS, PA-C |
| Lab | Dcol-testosterone, Total | 09/05/2023 | Diagnostic Clinic Of Longview |
| | Dcol-tsh | 09/05/2023 | Diagnostic Clinic Of Longview |
| | dcol-T4, Total | 09/05/2023 | Diagnostic Clinic Of Longview |
| | Dcol-vitamin D 25-Oh | 09/05/2023 | Diagnostic Clinic Of Longview |
| Referral | None recorded. | | |
| Procedures | None recorded. | | |
| Surgeries | None recorded. | | |
| Imaging | None recorded. | | |

11/21/2023    11/21/2023

**RECEIVED** NOV 2 0 2023

PP 4030.1
Attachment C

★ ★ ★
**DOC**
THE DEPARTMENT OF CORRECTIONS

DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
**INMATE INFORMAL RESOLUTION
COMPLAINT FORM**

TO BE COMPLETED BY INMATE
GRIEVANCE COORDINATOR
IGP NUMBER:
#20231120 - 116

**STEP 1: INFORMAL RESOLUTION (To be completed by Inmate)**
- Inmate has five (5) days after triggering incident to submit request.
- Place this form in the housing unit IGP box. The IGP Coordinator will provide a response within 15 business days.

| INMATE NAME | DCDC# | UNIT | DATE | SIGNATURE |
|---|---|---|---|---|
| Ryan Nichols | 376795 | C3A | 11/19/23 | |

**SELECT DEPARTMENT/SERVICES NEEDED**

| | | |
|---|---|---|
| o Fire Safety/Sanitation/Risk Management | o Property | o Facilities Management |
| o Program and Activities | o Sentence Computation, Jail Credit, Over | o Discrimination |
| o Personal Hygiene |    Detention | o Transportation |
| o Case Management Services | o Finance | o Safety and Security |
| ✓ Health Care | o Rules and Regulations | o Other |
| o Communications (mail, visits, telephone, legal) | o Staff Treatment | |
| o Food Service | o Religious Services | |

Date you sent an inmate request slip or asked for assistance: 11/7/23, 11/17/23    To whom? Intake Doctor & Medical Request Form

COMMENT/CONCERN My primary care provider, Dr SIMS, prescribed me Testosterone Replacement Therapy (TRT) and Vitamin D due to abnormally low testosterone levels and abnormally low vitamin D levels. These abnormally low levels effect my day to day bodily functions. Upon intake, I informed medical, but have not been given these medications as prescribed. I am requesting these medication be verified by medical with my primary care provider as discussed at intake, and be administered to me for the benefit of my health day to day. Thank you!

***FOR DOC COMPLETION*** Provide Response to the IGP Coordinator no later than 11/27/23

DOC RESPONSE: Scheduled for upcoming Chronic Care Appointment and Provider notified of prescribed Community Doctor Medication (Testosterone).

☐ Resolved     ☐ Not Resolved- Inmate Advised of formal process

PRINT STAFF NAME _____ SIGN _____ DATE 11/21/2023

PRINT INMATE NAME _____ SIGN _____ DATE _____

INMATE GRIEVANCE COORDINATOR SIGNATURE _____ DATE 11/21/23

Initial Copy- IGP Coordinator
Copy 1- Inmate Response
Copy 2- Inmate

Revised 3/2022

For "Informal Resolution Form with Response," see copies Step 1 Below:
(I was only given 1 copy)
to keep for my records        STEP 1   # 240122 9 2023    116

RECEIVED
By _____

PP 4030.1
Attachment D

★ ★ ★
**DOC**
THE DEPARTMENT
OF CORRECTIONS

DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
**INMATE FORMAL GRIEVANCE
FORM**

TO BE COMPLETED BY INMATE
GRIEVANCE COORDINATOR
IGP NUMBER:
#2023 1129-333

| STEP 2: FORMAL RESOLUTION (To be completed by Inmate) |
|---|
| • Inmate has five (5) days after triggering incident to submit request. |
| • Place this form in the housing unit IGP box. The IGP Coordinator will provide a response within 15 business days. |

| INMATE NAME | DCDC# | UNIT | DATE | SIGNATURE |
|---|---|---|---|---|
| Ryan Nichols | 316795 | C3A | 11/28/23 | |

**SELECT DEPARTMENT/SERVICES NEEDED**

| | | |
|---|---|---|
| o Fire Safety/Sanitation/Risk Management | o Property | o Facilities Management |
| o Program and Activities | o Sentence Computation, Jail Credit, Over | o Discrimination |
| o Personal Hygiene | Detention | o Transportation |
| o Case Management Services | o Finance | o Safety and Security |
| ✓ Health Care | o Rules and Regulations | o Other |
| o Communications (mail, visits, telephone, legal) | o Staff Treatment | |
| o Food Service | o Religious Services | |

FOR INMATE: Has this issue been resolved? ___ Yes  or  ✓ No If no, check the "NO" box and place this form in the
housing unit IGP box with a copy of the **INFORMAL RESOLUTION FORM WITH RESPONSE.**

REASON NOT RESOLVED: As of today, 11/28/23, I have still not been
given my prescribed medications. I've been at the Jail since 11/7/23, and
have gone without my prescribed medications for 3+ weeks now, which
is extremely unreasonable. I gave my primary care provider information to the
doctors at intake and to the sick call doctor/Nurse who visited me on
the unit on 11/26/23 at 9:00 am. Today, my blood was drawn, but still
no meds. Once again, this long of a wait to receive needed meds is unreasonable.

| \*\*\*FOR DOC COMPLETION\*\*\*Provide Response to the IGP Coordinator no later than | 12 6 23 |
|---|---|

DOC RESPONSE: _____ Inmate seen on 11/26 by PA, testosterone and Vitamin D labs were ordered and drawn on 11/28. Inmate has f/u chronic

care appointments scheduled on 12/4 and 12/6. Lab results and the need for medication management will be discussed at that time if indicated. Inmate
may submit a sick call slip for any other concerns as needed.

_____

Appeal  Yes ☐    No ☐

PRINT STAFF NAME  D.Jones,RN          SIGN  DeVora Jones, RN    DATE 11/30/23

PRINT INMATE NAME _____    SIGN _____    DATE _____

INMATE GRIEVANCE COORDINATOR SIGNATURE _____    DATE 11/30/23

Initial Copy- IGP Coordinator                                    Revised 3/2022
Copy 1- Inmate Response
Copy 2- Inmate

11

PP 4030.1
Attachment F



**DISTRICT OF COLUMBIA**
**DEPARTMENT OF CORRECTIONS**
**LEVEL 1 APPEAL—**
**ADMINISTRATIVE REMEDY**

RECEIVED DEC 2 1 2023 By _____

TO BE COMPLETED BY INMATE
GRIEVANCE COORDINATOR
**IGP NUMBER:**
#20231222-349

## STEP 3: REQUEST FOR ADMINISTRATIVE REMEDY
- Inmate has five (5) days from receipt of Formal Grievance response to submit request.
- Place this form in the housing unit IGP box. The affected Department Administrator will issue a response to the grievance within 15 business days of receipt.
- If the issue has not been resolved, inmate has five (5) business days from receipt of response from the Department Administrator to submit an Appeal- Deputy Director Form with ALL prior responses attached and placed in the IGP box.

| INMATE NAME: Ryan Nichols | DCDC#: 376795 | UNIT: C3A | DATE: 12/19/23 |
|---|---|---|---|

Reason for Appeal 15 Business Days have Passed Since I filed my Step 2 Formal IGP In response to my Step 1 Informal (#20231120-116). I have gone without Prescribed medication since arriving at DC DOC on 11/7/23. I have informed Jail staff and medical staff multiple times verbally and in writing. My blood was drawn on 11/28/23, but I have not been notified of the results, nor given my prescribed medications that I came to this Jail with from my primary care provider. At this point, the Jail is being deliberately indifferent to my medical condition, and forcing me to use all exhaustive remedies - including entering this information on the record in federal court. I was scheduled for medical today but my Appt was cancelled before I could go to the Jail. I Plan on showing and proving a direct correlation between my medical treatment today vs

Inmate Signature ~~_____~~                                    Date 12/19/23

MY Medical treatment at this Jail in 2021 & 2022. Same repeated issues.

**\*\*\* FOR DOC COMPLETION \*\*\*** Provide response to the IGP Coordinator no later than_____
**ADMINISTRATOR'S RESPONSE:**

Denied - See attached

ADMINISTRATOR'S SIGNATURE _____    DATE _____

INMATE GRIEVANCE COORDINATOR SIGNATURE ~~3~~    DATE 12/22/23

Initial – IGP Coordinator
Copy 1 – Inmate Response
Copy 2 – Inmate
Revised 5/2022

STEP 1 # 20231120-116
STEP 2 # NEVER ANSWERED

\* Received back on 1/29/24

12

PP 4030.1
Attachment B



**DISTRICT OF COLUMBIA**
**DEPARTMENT OF CORRECTIONS**

**DENIAL OF INMATE IGP FORM**

| TO BE COMPLETED BY THE INMATE GRIEVANCE COORDINATOR |
| --- |
| IGP NUMBER:<br># 20231212-349 |

| TO: INMATE NAME AND DCDC# | FACILITY: CTF | DATE OF GRIEVANCE 12/19/23 |
| --- | --- | --- |
| RYAN NICHOLS-376795 | | |
| HOUSING ASSIGNMENT: M82 | | |
| DATE GRIEVANCE RECEIVED: 12/21/2023 | DATE GRIEVANCE RETURNED: 01/26/2024 | |

THE ATTACHED IGP IS BEING RETURNED TO YOU BECAUSE YOU HAVE FAILED TO COMPLY WITH THE ADMINISTRATIVE PROCEDURES FOR POLICY PP 4030.1, "INMATE GRIEVANCE PROCEDURES." THIS GRIEVANCE IS BEING RETURNED FOR THE FOLLOWING REASON(S):

_____    This grievance concerns a Classification or Disciplinary Hearing action/process. These types of actions are to be appealed through their own appeal process and not through the grievance process.

_____    There is no indication that you were personally affected by a Department or facility action or policy/procedure.

_____    This grievance appears to be on behalf of another inmate(s), you cannot file a grievance on behalf of other inmate(s). Group

_____    This grievance is not signed and/or dated and/or does not include your commitment name and DOC number.

_____    This grievance contains multiple issues. Grievances are to address only one (1) issue unless there is a direct relationship between multiple issues. You may submit separate grievances for the separate issues.

_____    This grievance is not legible, understandable, presented in a courteous manner.

_____    This grievance concerns an issue that cannot be resolved by the Department of Corrections because the issue is beyond the authority of the Department. This issue may be addressed to:
_____

__X____    This grievance/appeal was not submitted within the five (5) day time frame. Unless you can show just reason(s) for this delay, this grievance/appeal will not be reviewed.

_____    The issue in this grievance is addressed in Grievance #

_____    This grievance is an abuse of the grievance process with an excessive filing of grievances, filing frivolous or fraudulent grievances, filing grievances concerning non-grievable issues, intentionally filing emergency grievances that are non-emergencies, and/or repeatedly refusing to follow the grievance procedures. The filing of more than five (5) grievances in a week or 20 or more grievances in any 180 consecutive days may be considered excessive and may be determined to be abusing the grievance procedure) and will not be considered until all pending grievances have been resolved.

__X____    Other: THIS WAS ANSWERED ON 11/30/23

| PRINTED NAME OF IGP COORDINATOR: | SIGNATURE OF IGP COORDINATOR: | DATE OF RESPONSE: |
| --- | --- | --- |
| T.CAMPBELL | *T Campbell* | 12/22/2023 |

Revised 5/22

13

PP 4030.1
Attachment G



DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
**LEVEL 2 APPEAL – DEPUTY
DIRECTOR FORM**

TO BE COMPLETED BY INMATE
GRIEVANCE COORDINATOR
**IGP NUMBER:**
#2024017-190

---

**STEP 4: APPEAL – DEPUTY DIRECTOR**
- Inmate has five (5) days from receipt of the Level 1 Administrative Remedy response to submit request.
- Place this form in the housing unit IGP box. The respective Deputy Director will respond within twenty-one (21) business days of receipt.

**SECTION A: To be completed by Inmate (Only)**

| INMATE NAME: | DCDC#: | UNIT: | DATE: |
|---|---|---|---|
| Ryan Nichols | 376795 | C3A | 1/15/24 |

REASON FOR APPEAL: 15+ business days have passed since I filed the step 3 appeal. No answer has been given. I am still not receiving the prescribed and correct dosage of Testosterone that was prescribed to me by my Primary Care provider many months before arriving at DC DOC. I am also being refused Vitamin D, which was prescribed to me by my primary care provider many months before arriving at DC DOC. The injection nurse is giving me shots of testosterone and the doctor (Lute) is refusing them the following week. All documents

INMATE SIGNATURE: _____ DATE: 1/15/24

**SECTION B: To be completed by DOC (Only)**
Provide response to IGP Coordinator no later than

DEPUTY DIRECTOR RESPONSE: _____
_____
_____
_____
_____

AREA _____

DEPUTY DIRECTOR SIGNATURE_____ DATE_____

- **THIS IS THE FINAL LEVEL OF REVIEW IN THE DC DEPARTMENT OF CORRECTIONS.**

Original – IGP Coordinator
Copy 1 – Inmate Response
Copy 2 – Inmate

STEP 1 # 20231120-116
STEP 2 # NEVER ANSWERED
STEP 3 # NEVER ANSWERED

1/17/24

5/2022

14

PP 4030.1

Attachment B



DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS

**DOC**
THE DEPARTMENT
OF CORRECTIONS

**DENIAL OF INMATE IGP FORM**

| TO BE COMPLETED BY THE INMATE GRIEVANCE COORDINATOR |
|---|
| IGP NUMBER: |
| # 20240117-190 |

| TO: INMATE NAME AND DCDC# | FACILITY: CTF | DATE OF GRIEVANCE |
|---|---|---|
| RYAN NICHOLS-376795 | | 01/15/24 |

| HOUSING ASSIGNMENT: C3A |
|---|

| DATE GRIEVANCE RECEIVED: 1/17/2024 | DATE GRIEVANCE RETURNED: 1/17/2024 |
|---|---|

THE ATTACHED IGP IS BEING RETURNED TO YOU BECAUSE YOU HAVE FAILED TO COMPLY WITH THE ADMINISTRATIVE PROCEDURES FOR POLICY PP 4030.1, "INMATE GRIEVANCE PROCEDURES." THIS GRIEVANCE IS BEING RETURNED FOR THE FOLLOWING REASON(S):

_____    This grievance concerns a Classification or Disciplinary Hearing action/process. These types of actions are to be appealed through their own appeal process and not through the grievance process. (HOUSING), (POLICY)

_____    There is no indication that you were personally affected by a Department or facility action or policy/procedure.

_____    This grievance appears to be on behalf of another inmate(s), you cannot file a grievance on behalf of other inmate(s). Group

_____    This grievance is not signed and/or dated and/or does not include your commitment name and DOC number.

_____    This grievance contains multiple issues. Grievances are to address only one (1) issue unless there is a direct relationship between multiple issues. You may submit separate grievances for the separate issues.

_____    This grievance is not legible, understandable, presented in a courteous manner.

_____    This grievance concerns an issue that cannot be resolved by the Department of Corrections because the issue is beyond the authority of the Department. This issue may be addressed to:
_____

_____    X This grievance/appeal was not submitted within the five (5) day time frame. Unless you can show just reason(s) for this delay, this grievance/appeal will not be reviewed.

_____    The issue in this grievance is addressed in Grievance #.

_____    This grievance is an abuse of the grievance process with an excessive filing of grievances, filing frivolous or fraudulent grievances, filing grievances concerning non-grievable issues, intentionally filing emergency grievances that are non-emergencies, and/or repeatedly refusing to follow the grievance procedures. The filing of more than five (5) grievances in a week or 20 or more grievances in any 180 consecutive days may be considered excessive and may be determined to be abusing the grievance procedure) and will not be considered until all pending grievances have been resolved.

X Other:. THIS GRIEVANCE WAS REPONDED ON 11/21/23

| PRINTED NAME OF IGP COORDINATOR: | SIGNATURE OF IGP COORDINATOR: | DATE OF RESPONSE: |
|---|---|---|
| T.CAMPBELL | *T Campbell* | 1/17/2024 |

Revised 5/22
15

*1/12/2024*

*1/12/2024*

R E C E I V E D
JAN 0 4 2024

PP 4030.1
Attachment C

★ ★ ★

**D O C**
THE DEPARTMENT
OF CORRECTIONS

DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
**INMATE INFORMAL RESOLUTION
COMPLAINT FORM**

TO BE COMPLETED BY INMATE
GRIEVANCE COORDINATOR
**IGP NUMBER:**
# 20240108-114

**STEP 1: INFORMAL RESOLUTION (To be completed by Inmate)**
- Inmate has five (5) days after triggering incident to submit request.
- Place this form in the housing unit IGP box. The IGP Coordinator will provide a response within **15 business days.**

| INMATE NAME | DCDC# | UNIT | DATE | SIGNATURE |
|---|---|---|---|---|
| Ryan Nichols | 376795 | C3A | 1/3/24 | |

**SELECT DEPARTMENT/SERVICES NEEDED**

| | | |
|---|---|---|
| o  Fire Safety/Sanitation/Risk Management | o  Property | o  Facilities Management |
| o  Program and Activities | o  Sentence Computation, Jail Credit, Over | o  Discrimination |
| o  Personal Hygiene |      Detention | o  Transportation |
| o  Case Management Services | o  Finance | o  Safety and Security |
| ✓  Health Care | o  Rules and Regulations | o  Other |
| o  Communications (mail, visits, telephone, legal) | ✓  Staff Treatment | |
| o  Food Service | o  Religious Services | |

Date you sent an inmate request slip or asked for assistance: _12/29/23 & 1/2/24_    To whom? _Medical_

COMMENT/CONCERN I did not get seen at medical to fix My Testosterone dosage issue that I sent a request about on 12/29/23. I was taken to medical on 1/2/24, but my appointment was abruptly cancelled by medical as soon as I arrived at medical. I was not seen. This is the second instance within a 15 day period of being called to medical for an appt and it being cancelled. Both appts Happened on days after I either put in requests or submitted IGP's. I believe this happens intentionally to show appts scheduled in system. Hormones out of balance.

**\*\*\*FOR DOC COMPLETION\*\*\*Provide Response to the IGP Coordinator no later than** _1/15/24_

DOC RESPONSE:
RECEIVED TESTOSTERONE INJECTION 1/4/2024. SEEN FOR SICK CALL APPOINTMENT.

☐ Resolved          ☐ Not Resolved- Inmate Advised of formal process

PRINT STAFF NAME _____ SIGN _____ DATE _1/12/2024_

PRINT INMATE NAME _____ SIGN _____ DATE _____

INMATE GRIEVANCE COORDINATOR SIGNATURE _____ DATE _1/17/24_

Initial Copy- IGP Coordinator
Copy 1- Inmate Response
Copy 2- Inmate

Revised 3/2022

**DC JAIL MMHS**                                                              *February 5, 2024*
1901 D STREET, S.E. 3 RD FLOOR  WASHINGTON, DC 20003                                    Page 13
(202) 673-8445  Fax: (202) 673-8010                                            Nursing Note

**RYAN NICHOLS**                                                              Home: 376795
Male  DOB: 12/06/1990                          376795

Method used:   Printed then faxed to ...
               Unity @ DC Dept of Corrections

Washington, DC  20003  USA
Ph: 202-698-0423
Fax:
       Note to Pharmacy: Route: IM;
       RxID:  2019213667411800
D/C TERAZOL 3 CREA (TERCONAZOLE CREA) RESTRICTED>>MEDICAL DIRECTOR  #0 x 0
       Stopped (Inactive) on 12/26/2023
       Entered and Authorized by:      Ayantu Gute - NP
       Signed by:      Ayantu Gute - NP on 12/26/2023
       Method used:   Printed then faxed to ...
               Unity @ DC Dept of Corrections

Washington, DC  20003  USA
Ph: 202-698-0423
Fax:
       RxID:  2019213667411780
DEPO-TESTOSTERONE 100 MG/ML INTRAMUSCULAR SOLUTION (TESTOSTERONE CYPIONATE)
Give injection every other week  #6 x 1
       Route:INTRAMUSCULAR
       Entered and Authorized by:      Ayantu Gute - NP
       Signed by:      Ayantu Gute - NP on 12/26/2023
       Method used:   Printed then faxed to ...
               Unity @ DC Dept of Corrections

Washington, DC  20003  USA
Ph: 202-698-0423
Fax:
       Note to Pharmacy: Route: INTRAMUSCULAR;
       RxID:   2019213667411720

**Process Orders**
Check Orders Results:
    LabCorp: ABN not required for this insurance.
Tests Sent for requisitioning (December 26, 2023 2:19 PM):
    12/26/2023: LabCorp -- TSH [004259] (signed)
    12/26/2023: LabCorp -- Thyroxine (T4) Free, Direct, S [001974] (signed)

**Electronically Signed by Ayantu Gute - NP on 12/26/2023 at 3:35 PM**

RECEIVED 2/16/2024
COMPLETED

RECEIVED FEB 1 2 2024 By ___

PP 4030.1
Attachment C

**DOC**
THE DEPARTMENT
OF CORRECTIONS

**DISTRICT OF COLUMBIA**
**DEPARTMENT OF CORRECTIONS**
**INMATE INFORMAL RESOLUTION**
**COMPLAINT FORM**

**TO BE COMPLETED BY INMATE**
**GRIEVANCE COORDINATOR**
**IGP NUMBER:**
# 20240212 - 1606

**STEP 1: INFORMAL RESOLUTION (To be completed by Inmate)**
- Inmate has five (5) days after triggering incident to submit request.
- Place this form in the housing unit IGP box. The IGP Coordinator will provide a response within 15 business days.

| INMATE NAME | DCDC# | UNIT | DATE | SIGNATURE |
|---|---|---|---|---|
| Ryan Nichols | 376745 | C3A | 2/9/24 | |

**SELECT DEPARTMENT/SERVICES NEEDED**

| | | |
|---|---|---|
| o Fire Safety/Sanitation/Risk Management | o Property | ✓ Facilities Management |
| o Program and Activities | o Sentence Computation, Jail Credit, Over. | o Discrimination |
| o Personal Hygiene | Detention | o Transportation |
| o Case Management Services | o Finance | o Safety and Security |
| ✓ Health Care | o Rules and Regulations | o Other |
| o Communications (mail, visits, telephone, legal) | o Staff Treatment | |
| o Food Service | o Religious Services | |

Date you sent an inmate request slip or asked for assistance: **1/9/24**     To whom? **Medical**

COMMENT/CONCERN On 1/9/24 I put a medical request in to find out the results of my Testosterone bloodwork and to know the guidelines by which the medical staff were using for my testosterone therapy. My medical request has gone unanswered and ignored. On 1/18/24 around 11:30 am, I was given a testosterone shot at medical. I asked in person for my results and guidelines, and was told to put another request in. — I was not told my results and once again rejected.

**\*\*\*FOR DOC COMPLETION\*\*\*Provide Response to the IGP Coordinator no later than** 2/19/24

DOC RESPONSE: Scheduled for sick call, provider notified about request for lab results

☐ Resolved     ☐ Not Resolved- Inmate advised of formal process

PRINT STAFF NAME _____     SIGN _____     DATE 2/16/2024

PRINT INMATE NAME _____     SIGN _____     DATE _____

INMATE GRIEVANCE COORDINATOR SIGNATURE _____     DATE 2/16/24

Initial Copy- IGP Coordinator
Copy 1- Inmate Response
Copy 2- Inmate

Revised 3/2022

18

*IN RESPONSE TO IGP# 20240212-166*

PP 4030.1
Attachment D



DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS

**INMATE FORMAL GRIEVANCE FORM**

**DOC**
THE DEPARTMENT
OF CORRECTIONS

RECEIVED
FEB 29 2024
By

**TO BE COMPLETED BY INMATE GRIEVANCE COORDINATOR**

IGP NUMBER:
#*20240301-410*

---

**STEP 2: FORMAL RESOLUTION (To be completed by Inmate)**
- Inmate has five (5) days after triggering incident to submit request.
- Place this form in the housing unit IGP box. The IGP Coordinator will provide a response within **15 business** days.

| INMATE NAME | DCDC# | UNIT | DATE | SIGNATURE |
|---|---|---|---|---|
| Ryan Nichols | 376795 | C3A | 2/22/24 | |

**SELECT DEPARTMENT/SERVICES NEEDED**

- ○ Fire Safety/Sanitation/Risk Management
- ○ Program and Activities
- ○ Personal Hygiene
- ○ Case Management Services
- ✓ Health Care
- ○ Communications (mail, visits, telephone, legal)
- ○ Food Service

- ○ Property
- ○ Sentence Computation, Jail Credit, Over Detention
- ○ Finance
- ○ Rules and Regulations
- ○ Staff Treatment
- ○ Religious Services

- ✓ Facilities Management
- ○ Discrimination
- ○ Transportation
- ○ Safety and Security
- ○ Other

**FOR INMATE:** Has this issue been resolved? ___Yes or ✓ No If no, check the "NO" box and place this form in the housing unit IGP box with a copy of the INFORMAL RESOLUTION FORM WITH RESPONSE.

REASON NOT RESOLVED   It is now 2/22/24, and I have still not been informed about my medical bloodwork results for testosterone and the guidelines by which the medical team is using.

---

***FOR DOC COMPLETION***Provide Response to the IGP Coordinator no later than 3/8/24

DOC RESPONSE:   Per EMR review inmate does not have an order for testosterone at this time, However, inmate has an chronic care appointment on 3/5/24 and provider has been flagged to discuss the need for medical necessity at that time.

Appeal  Yes ☐   No ☐

PRINT STAFF NAME   D. Jones, RN   SIGN  DeVora Jones, RN   DATE  3/4/24

PRINT INMATE NAME _____ SIGN _____ DATE _____

INMATE GRIEVANCE COORDINATOR SIGNATURE _____ DATE  3/4/24

Initial Copy- IGP Coordinator
Copy 1- Inmate Response
Copy 2- Inmate

Revised 3/2022

19

**DC JAIL MMHS**
*February 5, 2024*
1901 D STREET, S.E. 3 RD FLOOR  WASHINGTON, DC 20003
Page 14
(202) 673-8445  Fax: (202) 673-8010
Nursing Note

**RYAN NICHOLS**
Home: 376795
Male  DOB: 12/06/1990                          376795

**12/20/2023 - Internal Other: Appointment Canceled**
**Provider: Doctor Unity**
**Location of Care: DC JAIL MMHS**
**Status: UNSIGNED DOCUMENT**

```
Appointment status changed to canceled by
Taiwo Adeyemo - DNP on 12/20/2023 3:00 PM.

Cancellation Comments
---------------------

Pt has moved to CTF/C3A. CTF Medical provider who is covering for CTF psych
provider alerted to f/u.

Appointment Information
-----------------------

Appt Type:  MH_OP 3FL
     Date:  Wednesday, December 20, 2023
     Time:  8:15 AM for 5 min
  Urgency:  Routine
  Made By:  Taiwo Adeyemo - DNP
 To Visit:  T. Adeyemo
   Reason:  C3A/19

Appt Comments
-------------
Psych intake assessment
f/up_____
```

**11/28/2023 - Lab Report: Testosterone,Free and Total, Vitamin D, 25-Hydroxy**
**Provider: A. Flora Amankwah Wright - PA-C**
**Location of Care: Correctional Treatment Facility**

```
Patient: RYAN  NICHOLS
ID: 1100 376795
Note: All result statuses are Final unless otherwise noted.

Tests: (1) Testosterone,Free and Total (140103)
! Testosterone      [L]  91 ng/dL                 264-916
    Adult male reference interval is based on a population of
    healthy nonobese males (BMI <30) between 19 and 39 years old.
    Travison, et.al. JCEM 2017,102;1161-1173. PMID: 28324103.

! Free Testosterone(Direct)
                    [L]  3.8 pg/mL                 8.7-25.1

Tests: (2) Vitamin D, 25-Hydroxy (081950)
! Vitamin D, 25-Hydroxy
                   80.9 ng/mL                  30.0-100.0
    Vitamin D deficiency has been defined by the Institute of
```

1/12/2024

1/12/2024

**R̶E̶C̶E̶I̶V̶E̶D̶**
JAN 0 4 2024

PP 4030.1
Attachment C

★ ★ ★

**DOC**
THE DEPARTMENT
OF CORRECTIONS

DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
**INMATE INFORMAL RESOLUTION
COMPLAINT FORM**

TO BE COMPLETED BY INMATE
GRIEVANCE COORDINATOR
**IGP NUMBER:**
# 20240108-114

**STEP 1: INFORMAL RESOLUTION (To be completed by Inmate)**
- Inmate has five (5) days after triggering incident to submit request.
- Place this form in the housing unit IGP box. The IGP Coordinator will provide a response within **15 business days.**

| INMATE NAME | DCDC# | UNIT | DATE | SIGNATURE |
|---|---|---|---|---|
| Ryan Nichols | 376795 | C3A | 1/3/24 | |

**SELECT DEPARTMENT/SERVICES NEEDED**

| | | |
|---|---|---|
| o  Fire Safety/Sanitation/Risk Management | o  Property | o  Facilities Management |
| o  Program and Activities | o  Sentence Computation, Jail Credit, Over | o  Discrimination |
| o  Personal Hygiene |     Detention | o  Transportation |
| o  Case Management Services | o  Finance | o  Safety and Security |
| ✓ Health Care | o  Rules and Regulations | o  Other |
| o  Communications (mail, visits, telephone, legal) | ✓ Staff Treatment | |
| o  Food Service | o  Religious Services | |

Date you sent an inmate request slip or asked for assistance: 12/29/23 & 1/2/24  To whom? Medical

COMMENT/CONCERN I did not get seen at medical to fix my Testostrone dosage issue that I sent a request about on 12/29/23. I was taken to medical on 1/2/24, but my appointment was abrubtly cancelled by Medical as soon as I arrived at medical. I was not seen. This is the second instance within a 15 day period of being called to medical for an appt and it being cancelled. Both appts Happened on days after I either put in requests or submitted IGP's. I believe this happens intentionally to show appts scheduled in system. Hormones out of balance

**\*\*\*FOR DOC COMPLETION\*\*\*Provide Response to the IGP Coordinator no later than** 1/5/24

DOC RESPONSE:
RECEIVED TESTOSTERONE INJECTION 1/4/2024. SEEN FOR SICK CALL APPOINTMENT.

☐ Resolved                    ☐ Not Resolved- Inmate Advised of formal process

PRINT STAFF NAME _____ SIGN _____ DATE 1/12/2024

PRINT INMATE NAME _____ SIGN _____ DATE _____

INMATE GRIEVANCE COORDINATOR SIGNATURE _____ DATE 1/17/24

Initial Copy- IGP Coordinator
Copy 1- Inmate Response
Copy 2- Inmate

Revised 3/2022

PP 4030.1
Attachment C



DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
**INMATE INFORMAL RESOLUTION
COMPLAINT FORM**

**DOC**
THE DEPARTMENT
OF CORRECTIONS

TO BE COMPLETED BY INMATE
GRIEVANCE COORDINATOR
**IGP NUMBER:**

#_____

| **STEP 1: INFORMAL RESOLUTION (To be completed by Inmate)** |
| --- |
| • Inmate has five (5) days after triggering incident to submit request. |
| • Place this form in the housing unit IGP box. The IGP Coordinator will provide a response within **15 business** days. |

| **INMATE NAME** Ryan Nichols | **DCDC#** 376795 | **UNIT** C3A | **DATE** 3/8/24 | **SIGNATURE** |
| --- | --- | --- | --- | --- |

**SELECT DEPARTMENT/SERVICES NEEDED**

- o  Fire Safety/Sanitation/Risk Management
- o  Program and Activities
- o  Personal Hygiene
- ✓  Case Management Services
- ✓  Health Care
- o  Communications (mail, visits, telephone, legal)
- o  Food Service

- o  Property
- o  Sentence Computation, Jail Credit, Over Detention
- o  Finance
- o  Rules and Regulations
- ✓  Staff Treatment
- o  Religious Services

- ✓  Facilities Management
- o  Discrimination
- o  Transportation
- o  Safety and Security
- o  Other

**Date you sent an inmate request slip or asked for assistance:** 3/8/24     **To whom?** Dr. Gute

**COMMENT/CONCERN** Upon arriving at Medical today, Dr. Gute asked me why I denied my appt with her last week and earlier this week. I told her I never denied an appt and was not taken to medical because the jail never came to pick me up. I find it appalling that the Jail offices would LIE to my doctor and say I refused to come to my Medical appts. I am having serious health issues and can't afford to miss any appointments. This is an issue that should not and cannot continue to happen.

| ***FOR DOC COMPLETION***Provide Response to the IGP Coordinator no later than _____ |
| --- |
| **DOC RESPONSE:** _____ |
| _____ |
| _____ |
| _____ |

☐ **Resolved**          ☐ **Not Resolved- Inmate Advised of formal process**

**PRINT STAFF NAME**_____ **SIGN**_____ **DATE**_____

**PRINT INMATE NAME**_____ **SIGN**_____ **DATE**_____

INMATE GRIEVANCE COORDINATOR SIGNATURE_____ DATE_____

Initial Copy- IGP Coordinator
Copy 1- Inmate Response
Copy 2- Inmate

Revised 3/2022

PP 4030.1
Attachment C



**DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS
INMATE INFORMAL RESOLUTION
COMPLAINT FORM**

**DOC**
THE DEPARTMENT
OF CORRECTIONS

**TO BE COMPLETED BY INMATE
GRIEVANCE COORDINATOR
IGP NUMBER:**

#_____

**STEP 1: INFORMAL RESOLUTION (To be completed by Inmate)**
- Inmate has five (5) days after triggering incident to submit request.
- Place this form in the housing unit IGP box. The IGP Coordinator will provide a response within **15 business** days.

| INMATE NAME | DCDC# | UNIT | DATE | SIGNATURE |
|---|---|---|---|---|
| Ryan Nichols | 376795 | C3A | 3/15/24 | |

**SELECT DEPARTMENT/SERVICES NEEDED**

| | | |
|---|---|---|
| o  Fire Safety/Sanitation/Risk Management | o  Property | ✓  Facilities Management |
| o  Program and Activities | o  Sentence Computation, Jail Credit, Over | o  Discrimination |
| o  Personal Hygiene |     Detention | o  Transportation |
| ✓  Case Management Services | o  Finance | o  Safety and Security |
| ✓  Health Care | o  Rules and Regulations | o  Other |
| o  Communications (mail, visits, telephone, legal) | o  Staff Treatment | |
| o  Food Service | o  Religious Services | |

Date you sent an inmate request slip or asked for assistance: **3/13/24**    To whom? **Medical**

COMMENT/CONCERN: I had a Medical Appt @ scheduled for 3/13/24 & 3/14/24 with Dr. Gute over my bloodwork. I asked multiple times to be taken, but no officer took me. The jail claims I "denied" this visit, which is untrue. My ongoing Medical issues being blatantly ignored by staff here is effecting not only me, but also effecting my personal life, marriage, etc. The deliberate indifference and blatant disregard to my medical needs will not go unaccounted for, as these issues are negatively affecting my life now.

***FOR DOC COMPLETION*** Provide Response to the IGP Coordinator no later than _____

DOC RESPONSE: _____
_____
_____
_____

☐ **Resolved**          ☐ **Not Resolved- Inmate Advised of formal process**

PRINT STAFF NAME_____ SIGN_____ DATE_____

PRINT INMATE NAME _____ SIGN_____ DATE_____

INMATE GRIEVANCE COORDINATOR SIGNATURE_____ DATE_____

Initial Copy- IGP Coordinator
Copy 1- Inmate Response
Copy 2- Inmate

Revised 3/2022

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*April  1, 2024*
Page   1
Nursing Note

**RYAN NICHOLS**
Male  DOB: 12/06/1990                    376795

Home: 376795

**03/20/2024 - Nursing Note: TESTOSTERONE GIVEN**
**Provider: Monica Brooks - LPN**
**Location of Care: Correctional Treatment Facility**

Patient was given Testosterone 100mg in  right Gluteal without complications.

**Electronically Signed by Monica Brooks - LPN on 03/20/2024 at 3:06 PM**

---

**03/15/2024 - Internal Other: Appointment No Show**
**Provider: Ayantu Gute - NP**
**Location of Care: DC JAIL MMHS**

```
Appointment status changed to no show by
Ayantu Gute - NP on 03/15/2024 2:08 PM.

No Show Comments
---------------------

Refused

Appointment Information
-----------------------

Appt Type:  CTF Chronic Care
     Date:  Friday, March 15, 2024
     Time:  8:50 AM for 5 min
  Urgency:  Routine
  Made By:  Ayantu Gute - NP
 To Visit:  CTF CC Gute
   Reason:

Appt Comments
-------------
HCT level every 6 months, Serum testesterone level check best done mid way
between injections. value should be mid-normal, eg, 500 to 600 ng/dL (17.3 to
20.8 nmol/L). The dose should be reduced if higher values are obtained. When
normal f/u done every 6
```

**Electronically Signed by Ayantu Gute - NP on 03/15/2024 at 2:19 PM**

---

**03/13/2024 - Internal Other: Appointment No Show**
**Provider: Doctor Unity**
**Location of Care: DC JAIL MMHS**
**Status: UNSIGNED DOCUMENT**

**Central Cell Block**
600 Indiana Avenue, N.W.   Washington, DC 20003
2027276182  Fax:

*April  1, 2024*
Page  6
Nursing Note

**RYAN NICHOLS**                                                          Home: 376795
Male  DOB: 12/06/1990                              376795


**03/05/2024 - Internal Other: Appointment No Show**
**Provider: Ayantu Gute - NP**
**Location of Care: DC JAIL MMHS**


```
Appointment status changed to no show by
Ayantu Gute - NP on 03/05/2024 1:39 PM.

No Show Comments
--------------------

Pt no show, officer in the unit didn't get refusal signed

Appointment Information
-----------------------

Appt Type:  CTF Chronic Care
     Date:  Tuesday, March 5, 2024
     Time:  8:00 AM for 5 min
  Urgency:  Routine
  Made By:  Ayantu Gute - NP
 To Visit:  CTF CC Gute
   Reason:

Appt Comments
-------------
TSH level f/ul  Pt leg xrays for hamstring injury was normal. .Pt advised no
more totally active soprts without exercise
```

**Electronically Signed by Ayantu Gute - NP on 03/05/2024 at 3:27 PM**

_____

**03/05/2024 - Internal Other: Appointment Canceled**
**Provider: Doctor Unity**
**Location of Care: DC JAIL MMHS**
**Status: UNSIGNED DOCUMENT**


```
Appointment status changed to canceled by
DeBreaka Posey - PA on 03/05/2024 10:43 AM.

Cancellation Comments
--------------------

MH scheduled

Appointment Information
-----------------------

Appt Type:  CTF PA_Sick Call
     Date:  Tuesday, March 5, 2024
     Time:  8:15 AM for 5 min
  Urgency:  Routine
  Made By:  Sikiru Salami - RN
```