To the Honorable Judge Hogan:

I've always heard about these kinds of letters but I never thought I'd be writing one myself and I'm not sure that anything I have to say will hold any weight or hurt me, but I have to try at least.

A little about myself: I'm 34 years old from Carthage, TX. I served 4 years in the United States Marine Corps infantry as an 0311 rifleman and deployed to Iraq and Afghanistan in that time. I struggled desperately upon returning from deployment and those struggles magnified immensely post transition from Marine Corps to civilian life. For years I've battled with PTSD and everything that comes with it from the sleepless nights to the anxiety, depression, and everything in between. I lost any feeling of any sort of purpose for a very long time. In fact, I credit those days with being by far the lowest and darkest points of my life, surpassing even the time I spent in custody and now as I write this letter pending trial. Physically, mentally, emotionally, Ryan Nichols saved my life.

Ryan and I met about 10 years ago while we were both still enlisted in the Marine Corps while on recruiting assistance duty in Longview, TX where we were both recruited from. We instantly became buddies. Even though we were stationed in totally separate parts of the world, we still kept in touch. As of just a few years ago, Ryan and I both ended up back in our hometown areas roughly 45-50 miles apart. That's about when he really took notice to underlying sign of severe depression through my humor which also serves as a coping mechanism for me at times. One evening when I was having dinner at a restaurant alone, Ryan took it upon himself to pop in and join me to catch up and reminisce a little. Before we parted ways, that's when he told me about the disaster relief nonprofit that he started called Rescue The Universe. He told me he wanted people he could trust to help him with and asked me if I would join him on the next hurricane that came which ended up being hurricane Barry. When I joined him for that, I had no idea how much that little trip would impact and change my life for the better. I still struggle with remnants of my past from time to time, but I actually feel like I have passion and purpose again finally. Ryan knew what he was doing there. We've had many conversations about it and everything we want to do with Rescue The Universe to help more and more people in the future. We've been all over doing high water boat rescues over the past couple of years and Ryan's experience with that far exceeds my own. He's rescued dozens of people in need and has a huge servant's heart for others. He's also inspired me to start my own nonprofit to help veterans and first responders with struggles like mine I previously described.

Ryan is also a son, a brother, a husband, and a father. His family misses him terribly and his youngest has even made mention of not remembering what he looks like. The media and prosecution's version of him are the exact opposite of what anyone who actually knows him would say. Ryan is one of the most caring, compassionate, and generous people I've ever known and to say that those traits have rubbed off on me is an understatement. He is also probably the most intelligent and passionate person I've ever met. Ryan Nichols is my best friend and brother. I could go on and on about what good he brings to the world.

I hope you will consider allowing Ryan to go home and be with his amazing family. They need him and I know without a single doubt he will honor any and all conditions if allowed to go home to them. I know that any decision you make will be fair. Thank you for considering my letter, your honor.

Sincerely,

*Alex Hackrider*

12/10/2021

SUBSCRIBED AND SWORN BEFORE ME
THIS 14 DAY OF December 2021
_____
NOTARY PUBLIC

KELSEY LAKE
#1326243
NOTARY PUBLIC
STATE OF TEXAS
EXPIRES
09-14-2024

dear judge ♡

hi my name is blake ryan nichois's son and i think my dad should come back home, because jesus is real and i believeth that he can help my dad come home. and i miss my dad so much he did a lot of good things for us. and ive got to say that my dad is not guilty and he's a really good dad. and i just want you to help him come home. and jesus forgives us for our sins and my dad got forgiven by jesus. and he deserves a 2nd chance. i want my dad to come home so i can play with him and we can do a lot of fun stuff together. and its been very hard for him to not be here and now i cannot do a lot of things anymore and i dont like my dad not being here and i cry at night befor bedtime and he used to tuck me in and say prares bekor bed with me and keep me safe but now im all alone. please bring my daddy home to me it's my prare evrey night, but i need your help thank you so much, a men

Blake

12/14/2021

Ryan Nichols is 30 years of age and resides in East Texas, he is the husband of Bonnie Nichols for seven and a half years, a father of 2 young boys; Ryan Nichols (7 years old) and Blake Nichols (5 years old) that attend Longview Christian School, a brother, an uncle, and a son.

He graduated with a High School Diploma with honors in 2009 at Harleton High School where he was a dedicated athlete and participated in many sports including baseball, as captain of his team. He was an all-district linebacker for his football team. He also won several power lifting meets in his weight division.

He attended Howard Payne University as a student athlete and East Texas Baptist University as a student athlete where he played college football for one year.

He cut his college education short, so he could enlist in the U.S. Marine Corps in 2010, to serve his country during a time of two wars.

He served on Active Duty for four years, spending two years in Okinawa, Japan at 9th Communications Battalion. He managed 30+ Marines and millions of dollars in communication equipment in Okinawa and was always a leader within the platoon who led classes, physical training, and was a go to noncommissioned officer. Ryan was on the Auxiliary Security Forces during his time in Okinawa, where he stopped a threat from entering the base and harming Marines and civilians on the week of the 10th anniversary of 9/11. A man threatened to blow the base up, and Ryan was able to calm down the threat until the head of base security arrived.

He then spent one year on Camp Pendleton. At 2nd Battalion 1st Marines, Ryan was a leader within the platoon, and helped setup base communications during ITX 2013 with equipment that was not within his MOS to make sure the mission was accomplished. He ran heavy equipment establishing berms and lines of open roads and communications for an entire battalion of Marines. That training exercise is the biggest deployment readiness training the Marine Corps has. He worked in conjunction with not just US forces, but other forces from around the world as well, and multiple Marine Corps units.

Ryan was later honorably discharged as a noncommissioned officer at U.S. Marine Corps in 2014. He was awarded the Good Conduct Medal, 4th award Rifle Expert, Global War on Terrorism Medal, National Defense Medal, and Overseas Service Ribbon.

Ryan is an active member of Mobberly Baptist Church. He served in his younger years teaching Sunday School for the youth at multiple churches alongside his father, Pastor Don Nichols.

He is a small business owner at Wholesale Universe which employs 10-18 people. He and his wife have been in business for six years. Ryan consults and coach's business owners in his field by assisting them with their business needs and how to manage and scale their businesses effectively. He offers free online digital training and local seminars for 2,000-3,000 of his

enrolled students who want to learn about e-Commerce, and how to grow their online business successfully on Amazon, Posh mark, eBay, and other platforms.
Their business houses relief supplies in their warehouse and donates to the Highway 80 Rescue Mission, The Women's Shelter, and heavy coats for the homeless in Dallas, Texas during freezing temperatures regularly.

Ryan has paid members of his staff to take off from work to participate in rescue relief with Rescue the Universe during COVID, to make sure they were able to serve as they desired when they could not afford to take off work.

Ryan started a 501(c)3 Non-Profit Organization called Rescue the Universe that donated to multiple charities through his Facebook Page that before being taken down had over 25,000 followers, subscribers, and financial contributors.

He has participated in more than a two dozen Hurricane rescues and disaster relief efforts. During this time, he has saved multiple lives and provided relief supplies and support. Ryan participated in his first hurricane rescue and recovery at the age of 13 during Hurricane Katrina. While serving in the Marines, at Okinawa he participated in 4 typhoons during his tenure at his duty station, most notably Super Typhoon Jelawat.

Following his service to our country, his first hurricane that affected him personally was Hurricane Harvey in 2017. We personally lost most of our belongings. Ryan and a team of business colleagues teamed together to raise over $30,000 in supplies including: a boat, motor, diapers, food, formula, water, and other resources to assist with relief efforts for families in dire straits.

During Hurricane Florence in 2018, Ryan drove over 2000+ miles and led multiple water rescues where he rescued dozens of women, infants, disabled/elderly, as well as animals and led them to safety by boat with and without their owners/guardians.

Ryan worked in conjunction with US Coast Guard in 2018 during Hurricane Michael in Panama City, Florida for Med-Evac helicopter rescues, using his smart phone he was able to guide and deploy rescue swimmers to the ground for these evacuations of people in immediate medical need. He was able to guide the helicopter pilots to specific locations using only his phone. Ryan and his father Don Nichols preformed a search and rescue for an eight-month pregnant women that was missing, her home had collapsed on top of her completely in Panama City, Florida.

Since then, he has participated as the leader of his Non- Profit in the following hurricanes and natural disasters:

Hurricane Barry 2019 Rescue the Universe teamed with Cajun Navy 2016 in Jennerete, Louisiana.

Hurricane Dorian in 2019 Ryan and Alex helped clear roads for first responders in South Carolina and North Carolina.

Hurricane/Tropical Storm Imelda in Vidor, Texas in 2019, Ryan preformed a high-water horse rescue for a Texas State Trooper where he led several trained horses to safety. He also performed a rescue for an elderly bedridden man and his disabled family.

Hurricane/Tropical Storm Cristobal in Louisiana and Biloxi Mississippi in 2020, Ryan and his team assisted in the search at Lake Pontchartrain, where a husband and wife went missing. Ryan and his team were one of the first on scene when they were found after 24 hours floating in the water. Ryan also led his team to rescue 20-30+ people in flooded roads and stopped several cars from flooding out, pushing several cars out of flooded waters and to safety.

Hurricane Arthur and Hurricane Hanna in 2020, Ryan and his team pulled people and cars from the ditches as hurricane eyewall was hitting.

Hurricane Laura in 2020, Ryan and his team did welfare checks and cleaned the city up. Put distraught mothers in touch with their stranded children in south Louisiana.

Hurricane Sally in Foley Alabama in 2020, Ryan and his team worked with the City of Orange firefighters and rescued 50+ people that day on video. Many rescues were babies, children, and elderly. Worked hand in hand with Orange Beach Fire Department and other first responders. They managed to save and remove a man from a collapsed building who was near death, and his cousin did pass away.

During the last two years, Ryan and Alex have storm chased alerting local radio stations and communities of impending potential disasters alongside Reed Timmer Meteorologist. Afterwards, Ryan and Alex assisted each community in search and rescue or recovery. They also distributed supplies including water, food, necessities, as well as donations raised on by their social media contributors. Ryan and Alex preformed several tornado rescues/reliefs and clean up missions in several cities effected including Post, Texas where they rescued an elderly couple from their collapsed roof, and raised funds to help them rebuild their home, and donated to the mayor of Post, TX. They also assisted with tornado relief efforts in Panola, TX, Hughes Springs, TX, Oklahoma, and Kansas, and surrounding areas.

Ryan was recognized by Ellen DeGeneres on The Ellen Show for search and rescue relief during Hurricane Florence for multiple animals and persons. Ellen sponsored his Non Profit by donating funds which was used to purchase a new rescue boat. She also donated 25,000 towards the Animal Humane Society in honor of Ryan. He was sponsored and recognized by 1 Love 4 Animals, a Non- Profit Organization who flew Ryan out to Pennsylvania after his Ellen Premier for an event where they helped raise thousands of dollars to go towards feeding rescued animals.

He was recognized on A&E for search and rescue relief in conjunction with Cajun Navy.

He was recognized on the Weather Channel for Tornado and Natural Disaster Search and Rescue.

Ryan was recognized on ABC News with David Muir, Daily Mail, KLTV, RUPTLY USA, The Weather Channel, The Big Bid Theory, and many more news channels for his volunteer work for natural disasters.

Ryan worked in conjunction with The Cajun Navy on multiple Hurricanes participating in search and recovery rescues for missing persons and animals.

Ryan is a homeowner and a proud veteran that is honored to have served his country during a time of multiple wars. He is also a former realtor at Texas Real Estate Executives.

Most importantly, Ryan is a faithful and loving family man and enjoys spending time fishing, dancing, playing video games, and going on adventures with his wife and kids. He strives to be a positive influence and role model for both of his boys, to help them find their purpose and passions in life by showing up to BE ALL YOU CAN BE. Ryan shares his passion for serving with his oldest son Ryan Jr., where they spread small acts of kindness with the local community.

Ryan, not only seeks to help others, but also seeks to grow himself with self- help coaching in all areas of his life including personal, spiritual, relationship, physical/health, and finances.

Since Ryan's arrest, his sons (Ryan Jr and Blake ages now 5 and 7) have endured a traumatizing experience having their father, role model, and best friend ripped from their lives. They both are struggling in school, have trouble sleeping at night, and struggle expressing their emotions and pain this has caused their little hearts. They have recently started counseling and expressed to their counselor that they fear that they may never see their dad again and find it hard to talk about it because they don't want to hurt mom. Ryan Jr has expressed anger, fear, and anxiety which has made his grades drop to low 70's in school from being a straight A student and refusing to do his work, day dreams, and cries because he just wants to give up in school. He says "because life is too hard" to manage for him. Blake, age 5, has said "Mom, am I ever going to see my dad again? " I forgot what he looks like"... This is heartbreaking for a mom to watch her children suffer, confused, and completely devastated. Every night we say our prayer before bedtime and our 5 year old son asks Jesus to help bring his daddy home one day.

Ryan is a loving father, faithful husband, son, and friend. He is always looking for ways to make an impact whether it be big or small by helping others, even strangers through tough times by being a go-to person who can listen, empathize, and look for solutions to any problems they may face, whether it be stopping to help someone change a tire, to driving thousands of miles across country to help save lives. His love for his family and children, and his selflessness to run into natural disasters to rescue people and animals is a true testament to his character.

From a loving wife,

Bonnie Nichols

Bonnie Nic                    12/14/21

William Brady Johnson
470 Country Lane, Unit 10
Santa Clara, Utah 84765
801.635.8515
johnson.williamb@gmail.com

February 19, 2021

Re: Sentencing of Ryan Nichols, Case No. 6:21-MJ-00029-KNM

To Whom It May Concern:

I am a small business owner and a life coach residing in St. George, Utah.

Mr. Nichols informed me that he faces charges related to the January 6 inauguration in Washington DC. In light of these circumstances, I desire to offer an endorsement of Mr. Nichol's good character.

Mr. Nichols is a father, a successful businessman, a marine and a volunteer. He is a bright, intelligent, loving, and unselfish person.

I have had the pleasure of working with Mr. Nichols this last year as his life coach. He is one of my most dedicated clients that I admire and respect. I have been very impressed with his dedication and commitment of not only improving himself, but with his desire to help others improve. On his own dime, he employed my coaching services to help his business staff. I have seen Mr. Nichols' financial generosity towards others, helping the less fortunate. When Mr. Nichols sees someone struggling financially, he has helped empower them by teaching them how to contribute to society through teaching them how to make money and take care of their own needs. And when someone is struggling in other ways of life, he is always right there, working with that individual to see the light that's in the darkness they are dealing with. He has a big heart, and he really cares about people.

Mr. Nichols volunteers his time and money to help many. He cares deeply about ending suffering and injustices. He started a not for profit called, "Rescue the Universe" to help people in need. Expecting nothing in return and on his own dime, I witnessed Mr. Nichols numerous times leaving his work and family behind to go help strangers through a natural disaster. There were many instances where Mr. Nichols put his own life at risk to help his fellow Americans.

Mr. Nichols is a patriot who loves his country deeply and desires to protect the integrity of our nation. I served in the Air Force and he, as a Marine. Mr. Nichols was very concerned about the fraudulent allegations in regards to the 2020 election. As a patriot, he obeyed President Trump's (at the time, our acting President) call to gather. I am a witness that Mr. Nichols did not intend to cause any commotion or harm at Capitol Hill. We spoke prior to his trip to Washington D.C. and not one time did he mention any intent to hurt, harm or damage anyone or anything.

Mr. Nichols is a father of two young boys who look up to him and miss him immensely. He is a loving husband to a wife who is currently juggling their business, children, finances and hate threats. Based upon Mr. Nichols history of his life, he is of good character. He has a lot to give to his country and others.

I met Ryan Nichols while I served in the United State Marines Corps with him in Okinawa, Japan. While I served with Ryan, he was one of the best NCO's I served with. While in he would command his Marines with respect and integrity. He would always go out of his way to make sure everyone was okay, and nothing was wrong. If something was wrong, he would desperately try to help that person out to make sure they were okay. He would talk to Marines for hours going over their problems and struggles seeing if he could ease their pain.

When I personally was struggling with changing circumstances in my life Ryan was there for me. He talked to me for hours listening to my every cry. After this he gave me advice and told me how he had been through a similar situation. He helped me during my time of darkness when no one else was around.

Thank you,

Brandon Currie

To WHOM EVER.                                    April 3, 2021

My name is Brenda Edney. Ryan Nichols
is my nephew. I want to say from
my heart that Ryan has always been
good to me. I have been single for
over 18 years. If I needed anything
done, working on my house, mowing my
yard, help paying bills Ryan stepped
up and helped me. I have had 3
strokes. Ryan has moved me several
times to smaller places to live, gave
me money for expenses when I had
nothing. We never know ~~will we~~ how
our lives will be effected but I
know Ryan has been there to help me
unconditionally many times. We all
have a journey to go thru in our
lives. Sometimes we make poor
choices. It does not make us bad
people, just a wrong decision that
can truly change our lives. He is
a good young man that got caught up
in the moment. Every person alive
makes mistakes. He deserves a
second chance to make things right.
I know he will if given the chance.
He grew up in a Christian home.
Ryan should not be judged to harshly.
He was a Marine and trained hard. I
am sure this experience played a big part
of his decision. He has 2 young boys
and a loving wife who need him back
home. Please let Ryan get back home
and help raise his family. In life we
all make mistakes. I never had a son.
I love him tremendously. Brenda Edney (Aunt)

Judge Lamberth,
                        Hello.
My name is Brittney Browning
and I started working for
Ryan back in 2017. I've
seen Ryan be a great husband
to his wife, a wonderful dad
to his sweet boys RJ & Blake,
and a great leader & helper
to his community. Always!!

I remember times when
I needed guidance, Ryan took
the time to give me that, and
not the easy stuff either. He
talked to me and listened to me
& helped me grow into the
woman I am today.

This is a man that saw
a post on fB about a family
not having AC, the next
morning he was in there
driveway with a brand new
one.

During covid, I watched Ryan

shut down ALL operations for his buisness, and pay all of his employees to sew together mask and deliver them to the hospitals.

During hurricanes and tornados Ryan would leave at any hour to make sure he was there if needed to be a helping hand.

I've watched Ryan pay bills of his employees to help them not be stressed.

I've watched Ryan empty his freezer from his own house to make sure people didn't go hungry. Also have watched him pay out of his own pocket to make sure his prople felt safe at all times, rather that meant a little gas money or a meal.

I mention all this to you so you can see ~~who~~ who Ryan Nichols is ~~and who~~ ~~he is~~ to me ~~and who he is~~ How we see ryan ~~and who ryan is to us~~ and who he is to us before and after this day on Jan 6th.

Ryan is a husband, a father and a great leader in our community.

Please bring Ryan Home.

Brittney Browning



Laurie Bridgers
Cajun Navy 2016
PO BOX 977
Watson, LA. 70786
January 3, 2020

Texas Real Estate Commission
PO BOX 12188
Austin, TX. 78711

Dear Texas Real Estate Commission:

Cajun Navy 2016 is grateful to have Ryan Nichols as a volunteer. Ryan is a leader and highly motivated to serve others. He is always one of our first volunteers to step up during times of need. We have been honored to have him as a part of our team for over a year. During which he responded to multiple missing persons, Hurricane Barry, and Hurricane Imelda.

Ryan is valued for his many virtues including; honesty, dedication, heart to serve, and leadership abilities.

As part of his responsibilities, Ryan leads a team of volunteers into areas affected by disasters to provide water rescue, first aid, supplies, and debris removal.

If you would like additional information about Ryan you can feel free to contact me at (225) 955-2346 or laurie@cajunnavy2016.org.

Sincerely,

Laurie Bridgers
Vice-President, C.O.O.

To Whoever It May Concern,

I've known Ryan Nichols for a few years and met him at a business seminar.

He's hired me to work on marketing projects for him in the past.

Ryan has always shown himself to be a man of integrity, honor… and as a person who cares for the safety and well-being of others.

He's shown that through his heroic efforts during various natural disasters. No one asked him for help. He saw that people needed it and stepped up to help them.

He's someone that would take the shirt off his back for you if you needed it.

Based on my professional experience working with Ryan Nichols, I believe he's a man of great character.

Best Regards,

Carlos Redlich

This is for Ryan Nichols

Judge Lamberth

I know ryan through his work at Rescue The Universe. Ryan is such a kind gentle guy, big hearted i would call him a teddy bear, i consider Ryan as my brother. He has helped so many people, after tornadoes hurricanes flooding i have been with him via the RTU facebook live watching him do all this. He served your country with pride and Ryan should not be treated like this, like an animal that your government is treating all J6 prisoners.

Ryan is not seeing his sons grow up, spending time with his family. He is not doing what he loves the most, search and rescue helping people who are going through the worst time of their lives.

Judge Lamberth: I would like you to rule " Time served" as ryan as i think it is wrong to let him miss out on his sons growing up, not letting him do the things he likes to do.

To whom it may concern,

My name is Casie Griffith and I am writing you to speak on my friend Ryan
Nichols. I have known Ryan since December of 2019. My relationship with Ryan
consisted of friendship along with working for him and his wife Bonnie. Ryan was
always such a go getter and full of spirit and energy. Ryan filled his days with such
a strong mentality that he would make a point to be better than he was the day
before. Until I met Ryan I had never met anyone so driven to make the world a
better place. Ryan as you know spent a lot of his time trying to save the world.
Even though he was a retired Marine, he still vowed to take care of his people.
This included driving across the country to save men, women, children, and even
their pets from danger. I was speaking to his wife Bonnie several months ago
about the Save The Children Movement in which Ryan wanted to be a part of. He
was starting the process of trying to get clearance so that he could go and rescue
children from trafficking. Even though the project was not put into place yet, Ryan
wanted to save them and bring them back to their families. When I would see him
with his own family, he was always such a devoted father and husband. He loved
to take his boys fishing and included them in things he enjoyed doing. Another
quality of Ryan is that he is a firm believer in second chances. He has hired several
people who have had a troubled past that were looking to get their life together.
He wants nothing more than to see people thrive and better themselves even
when they used to be so lost. Ryan has helped so many people, not only with
jobs, but he has risked his own life to save others. He is now asking for a second
chance at life so that he can continue to thrive on the outside world and continue
his journey on making the world a better place. Most importantly, so that he can
continue his journey of fatherhood and being a husband. Thank you for your time
in reading my letter.

Casie Griffith

Casie Griffith



## Christine Walker

To The Honorable Judge Lamberth:

I am writing to share my support regarding Mr. Ryan Nichols, a Marine Veteran whose story I had the privilege of featuring in our Veterans magazine in 2022. Through interviews with his wife and thorough research, Mr. Nichols emerged as a compassionate individual who selflessly aided in rescue efforts following natural disasters. I came to deeply respect Mr. Nichols' overall character, which I believe still reflects the values of honor, courage, and commitment instilled by his training and service in the Marine Corps.

However, I feel compelled to express my unease regarding the treatment of individuals like Mr. Nichols following the events of January 6, 2021. It is troubling to witness individuals facing trial and conviction in the court of public opinion perpetuated by the media without due process and the presumption of innocence until proven guilty. Mr. Nichols, had been held in jail without bond, a speedy trial, or adequate care for his physical and mental health, raising concerns about the protection of his constitutional rights in the 5th, 6th and 8th Amendments.

In today's divisive political climate, I know that to uphold the sacred principles of justice and fairness for all individuals, it requires Judges like yourself who have dedicated their careers to administer rulings with compassion and mercy, in accordance with the spirit of the law. And I ask for that same favor to be upheld concerning  the sentencing of Mr. Ryan Nichols.

Sincerely,
Christine Walker
Owner | AT EASE! Veterans Magazine

## Fwd: Ryan Nichols

From:  Don Nichols (dnichols3270@yahoo.com)

To:     bonnienichols93@yahoo.com

Date:  Monday, April 5, 2021, 02:59 PM CDT

From Corey Richey

Sent from my iPhone

Begin forwarded message:

> **From:** Corey Richey <crichey6907@gmail.com>
> **Date:** April 5, 2021 at 1:56:22 PM CDT
> **To:** dnichols3270@yahoo.com
> **Subject: Ryan Nichols**

To whom it may concern:

My name is Corey Richey, I knew Ryan back in High School and have followed him on social media for many years. I'm not sure exactly how things played out when he was arrested, but I know that his character and love for this country is what he intended to express that day. Ryan definitely deserves to be shown some grace regarding his current circumstances. I know that God has appointed you to be in power and requires you to prayerfully make the right decision in regards to the American people's well being, and trust you will do so.

In High School Ryan was always a stand up guy to hang out with, I did not know him really well but when I think back to those days I know for sure he was not known to be a troublemaker or hang out with the wrong crowd. Ryan participated in many school programs and was a very social and friendly person. Ryan was raised in a small town in East Texas that did not have much going on but there is one positive thing about that, you get to play all the sports! I'm pretty sure he played everything at one point in time anyway he did well academically and went on to serve our country in the military. Something that many young men in our town were too fearful to do. Ryan continues to be an inspiration to all of us and many kids in our local community.

Ryan has demonstrated not only by his words but by his actions that he is trusting, honest and cares about his fellows.

Best Regards,
Corey Richey
469-931-4163

To the Honorable Judge Lamberth,

This letter is to speak to the character of Ryan Nichols. I'm Daniel Adams from Franklin, TN. I'm a small business owner, I worked for 7 years in hospice before I was furloughed during COVID.

In my experience Ryan is dedicated father, a loving husband, a man of God, and a leader. He's been a leader pumping millions of dollars into the US economy at Wholesale Universe since 2015 (that's where he and I interacted), He's a leader in the non-profit space rescuing animals, and a man of freedom.

I've experienced him to care deeply for the people around him. I've experienced him to be driven to serve in worthwhile causes and protect those who are injured, disadvantaged, and neglected. I've experienced him to be a loving husband and father above all else.

Working in hospice I've had 10,000s of hours in intimate moments listening to veterans pour out their hearts your Honor, and one theme I notice over and over again, is the psychological tension they experience having been groomed by the State to commit violence without remorse—albeit against other countries, in the name of freedom—

And those I've counseled with spend a lifetime reconciling their military training (and execution) with their personal morality, their spiritual beliefs, and their core values. The tension is agonizing for so many, including those of us who care for them.

Additionally, since COVID I've counseled with numerous families that have had fathers removed from the home due to incarceration, military service, or mental health issues. The trauma created from absent fathers breeds lifetimes of bitterness, failure to thrive, and disastrous relationship patterns in the growing generation — from what I've observed absent fathers engender a legacy of further violence.

So for these reasons your Honor, I humbly request leniency for Ryan Nichols. Place him back in his home. This man needs healing. His wife needs him. His growing children need him. Allow him space for his heart to soften in a safe home environment. Let him re-channel his passion and leadership back into his business and innovating in the marketplace.

Thank you for your consideration. God bless you in your discernment Judge Lamberth. And may God bless us all in our best efforts to promote safety, justice, freedom, and above all strengthening families—the core of a strong society.

Sincerely,

Daniel Adams

April 19, 2024

Dear Sir or Madam,

I am writing in reference to Ryan Nichols who is scheduled to show before your court due to his action/appearence at the Capitol on January 6th, 2021.

Ryan Nichols is humbly, an imperfect man, as we ALL are. He is a father, leader, and a man of faith. Ryan is a staple in his community. He has influenced many of his peers, including myself, to strive for good, to better one another, and to find kindness and compassion where there is none. He has personally gone out of his way to help anyone he could including myself and my family. Truly a man of many talents, it is no surprise that he has been invited onto national platforms to discuss how his selfless acts of kindness have inspired many of those around him. He has traveled many miles to different states at his own expense to give help to those in need.

Your Honor, I am not discrediting what happened on the 6th of January. I am pleading for leniency. I ask that you do not try to define him on one day of his life over the days he has made a difference for the greater good. I personally believe our community is better with him as a father/husband, friend and role model.

Sincerely,

Derrick Krantz

1

February 4, 2021

To whom it may concern:

My name is Donald L. Nichols, Jr.  Ryan Taylor Nichols, Sr., is my son. I do not believe a single event in someone's life can determine the type of person an individual is in their character, integrity, and honor. Such is the case with Ryan.  Let me briefly explain.

In the 2nd grade at Waskom Elementary, Ryan was given an award in front of the school for saving another student's life in Mrs. Crippen's class. A student had knocked something large off the filing cabinet and Ryan sprang from his chair and pushed the girl out of harm's way from the falling object.

In the 8th grade, after Hurricane Katrina hit the Louisiana coasts and devastated it, our pastor, Bro. Leland Crawford of FBC Waskom asked for male volunteers to drive down to Baton Rouge, La., to pick up evacuees from New Orleans and put them on a bus and drive them to Dallas, Tx.  3 men and one boy volunteered.  I was one of the men and Ryan was the boy.  He wanted to help save people from the devastation. We delivered 30 evacuees and he was an integral party in doing this.

Ryan was always involved in church work and ministry growing up.  Whether it was helping the widows of the church by mowing grass and helping the men's class put on a roof, etc., he was always there to lend a hand. He understood that this is what men are supposed to do.

Ryan's college was fully funded.  He attended Howard Payne University and East Texas Baptist University.  He felt led to enlist in the US Marines during his sophomore summer.  His reasoning, "There is a war going on in Iraq and Afghanistan and I feel called to go." He followed in my steps by going into the Marines.

After the Marines, he has served as SAR (Search & Rescue) and SAR (Search & Recovery) during at least a dozen hurricanes.  His teams go in before the hurricanes hit so as to be the first on the scene to be able to rescue/recover bodies. He has served along side the Cajun Navy in most of these catastrophic events. Harvey, Florence, and Michael just to name of few.

He has also chased tornadoes in more than a dozen states in conjunction with Reed Timmer in an effort to warn people of impending disaster.  He has also stayed behind to help in SAR events from some tornadoes.

Ryan and I went to Hurricane Michael together.  I watched as my son took the lead and called USCG helicopters down with his phone in order to evacuate people that no ambulance could get to. I was proud to serve along side on my son in this event. His leadership was well beyond my capabilities.

Many times, Ryan has used his business as a collection point for relief supplies.  Both of us have delivered supplies weeks later to disaster areas.

I could go on.  The list of his accomplishments is worthy of many pages.  He has been on nearly every major news network for his efforts. To me, he is a shining example of what every man in this country ought to be—heroic.  No medals are needed, no awards are earned; just the look in people's eyes knowing that someone cared enough to rescue them!

Respectfully submitted,

Rev. Donald L. Nichols, Jr.

To whom it may concern,

I am writing this letter on behalf of my good friend, Christian Brother, and Mentor, Ryan Nichols!

I met Ryan Nichols a couple years ago while I was traveling for a company that taught people how to start up and build Amazon Stores. One of the benefits that came with the program was the uploading of Designer Wholesale Products into their Amazon Reseller accounts, and then the products were shipped to Amazon on their behalf. Ryan was the owner of the wholesale company that was supplying all the inventory. Ryan was quite knowledgeable about running an Amazon business and helped many students do very well with their accounts.

I found Ryan to be a very honest businessman that actually cared about the people and families of the people that worked for him. He truly has a heart for helping others, which is quite evident in the nonprofit business he owned called Rescue The Universe, which helps rescue people during Floods, Tornadoes , Hurricanes, etc. He and his team would put their own lives in danger, to help save the lives of perfect strangers. He once rescued I believe a dozen dogs from rooftops during a flood, and was honored for it on the Ellen DeGeneres show.

I had built a great relationship with Ryan, and in Feb of 2020. I was asked to become a part of his sales team in Texas. I began to get to know Ryan from a close up perspective and I realized that not only was he a Marine Veteran who loves his country, but also a great husband, father, son, brother, Employer, businessman and Christian Brother!

He truly cared about his employees and their families, and made sure they were all safe and taken care of during the pandemic we were stuck in. I experienced first hand his generosity during the pandemic when I could not find a place to stay due to the pandemic fear, so he set me up with a free place to stay in the warehouse where my office was, and made sure I was comfortable and had everything I needed.

Because of his heart felt generosity, I not only had a safe haven to sleep in, he also provided me with all the tools I needed to be successful, such as training programs, industry knowledge and Mentoring, and because of his desire to help others, I am in the process of launching my own apparel Brand, and it is because Ryan took the time to show me how much he cared about me and my children!

I feel so Blessed to have friends and Christian brothers and sisters like Ryan and Bonnie Nichols! So if you are reading this letter, understand that my prayers go out to Ryan and Bonnie and their family, and may God Bless them now and forever.


Sincerely,


Donald Spradling                         02/17/2021

Fwd:

From:   Don Nichols (dnichols3270@yahoo.com)

To:     bonnienichols93@yahoo.com

Date:   Wednesday, April 7, 2021, 07:58 AM CDT

Sent from my iPhone

Begin forwarded message:

> **From:** Gary Thompson <tgary1035@gmail.com>
> **Date:** April 7, 2021 at 7:45:37 AM CDT
> **To:** dnichols3270@yahoo.com
>
> To whom it may concern,
>
> I have worked with Ryan Nichols at a previous job. He was a great coworker, and a great leader. Ryan was always willing to help and always seemed to know how to solve every problem we encountered. He always had high spirits and always seemed to lift the spirits of others. He was a delight to work with and I miss those days. Never since have I had a coworker that was truly a team player like Ryan Nichols.
>
> Sincerely,
> Gary Thompson

Hello,

My name is Glenda Martin. I have known Ryan Nichols for over 15 years.

I believe our first meeting was at church. ( his dad served as the pastor there at the time) Ryan was such a sweet kid. I remember we took him to dinner one Sunday after church.

The conversation we had about his dad really impressed me. He loves his Dad so much. He talked about his Dad leaving a good paying job as a store manager because he was led to preach. Bro Don has raised his sons wonderfully. They are so respectful and caring to people. Always saying yes ma'am and no ma'am.

I just knew they would grow up to be special young men. Ryan has even  served our country as a United States Marine. He and his Dad would drive HOURS into a hurricanes just to rescue people. Even dogs!! I think he even interviewed on the Ellen show with a video someone  captured about him rescuing  dogs in a hurricane flood.

It's in his DNA to be passionate and brave about protection and rescuing the innocent. He is a hero. Not a criminal. He is a father. Not a criminal. He is a husband. Not a criminal. He is a brother. Not a criminal. And he is a son. And NOT a criminal. He has suffered enough.

 And in my opinion it was baseless and senseless. Please let this brave hero go on with his life. Let him be with his wife  and raise his    sweet sons. Don't let them have to miss their daddy again. Just think of how it would be affecting them. This has got to end. Help Ryan, the hero of many, go home.

Thankyou!!!

Glenda Martin

I met Ryan in 2010 at D-Rocks
Boxing Gym. We trained together and help train
all the kids that wanted to learn Boxing.
Ryan always wanted to help. From the kids
here in our marshall Gym to his Hurrican
rescue efforts. Ryan has helped so many
people. I think if everyone could see
just with his hurrican rescue missions alone,
Ryan has a tremendous heart for humanity.
He loves his country, by serving in the U.S.M.C.
He loves his community, training kid in Boxing,
and his buisness which hires dozens of
greatful employees from his community.
Ryan has contribute back to his community
tremendously, with wholesale universe.
He specifically told me he gives his employees
a second chance. Some have a rough background
check. According to him, 90% of the ones
he gives a second chance to become great
employees. Ryan loves his family, he loves giving
back (Rescue The Universe) he believes in second
chances, so many he has helped, Spiritually he loves
GOD, most importantly he loves helping people.
Hurricane Rescue, D-Rocks Boxing training the
Youth, employeement for people that just

need that second chance in life. Ryan has honor, integrity, leadership, selfless service. Ryan is a great person. He just needs that second chance in life.

Henry Wells

Feb 5th 2021

Dear Judge Lamberth,

My name is James Chatham, I'm a business owner living and operating my company in Houston Texas. I'm writing this in support of my brother in law Ryan Nichols. I've know Ryan Nichols for 11 years, I've worked with him, lived with him and grown with him over the years. When I first met him I helped him learn the plumbing trade to assist him in earning money to support himself and his new wife at the time.

He's returned l that kind gesture ten fold over the years. He's taken me in and helped me get back on my feet when I was at the lowest point in my life. I had some health issues that led to a massive set back in my life lasting about 4 years in total.

Ryan came and moved me from Houston Texas to Dallas Texas to live with him and my sister. I had lost over fifty pounds and had developed severe depression. Ryan gave me a job (which he was very attentive in adapting the job requirements to best suite my challenges at the time) , a close friend, a place to live and fed me while I got myself back together. This man helped save my life.  He helped encourage me to open up my own business and now I have a team of 8 people that I work closely with to serve the greater Houston area.

Ryan has shown high levels of leadership, kindness and selflessness throughout the years. He's helped save people who were struggling through challenging times due to storms, PTSD challenges, mental and physical health issues. Ryan and I have worked through many challenges together, we have shared laughs, family and learned a lot from each other.

This man and his family have been a pure blessing to me and my family over the years. Both of our families have missed him dearly and so have my two nephews. I'm thankful I've been there to help attempt to fill in some of the void these two boys have been experiencing due to their daddy being gone for three years. I'm the uncle and can not compare to how he shows up as their father. I see it in their little eyes how much they miss him, and they come and tell me their feelings about it and express that they miss him dearly.

We all make mistakes in life, sometimes we do and say things that we don't truly mean in the moment while under stress. What I can say is, Ryan Nichols does not stand for violence. The real Ryan Nichols isn't what was shown on January 6th.

The real Ryan Nichols is what every American, every father and every man would hope to be.

James Chatham

Brother in Law

To Judge Lamberth,

My name is James Chatham. I am Ryan Nichols father-in-law, he is my son.

Not my son-in-law and I say this because he has earned it. I am Christian and a disabled Army veteran. I don't believe that a person should be given anything. If you don't earn it, you don't get it. I'm a pretty hard man when it comes to work, I was raised that way.

I have known Ryan Nichols for over the last 10 years. A little more than a year before he got out of the Marine Corps, I know Ryan very well. When his first son was born. I was the one that placed him in his arms. And was right there with him through both his sons birth.

We have worked hand-in-hand together, on numerous occasions. When Ryan got out of the Marine Corps, I asked for him and his wife Bonnie, to come and live with me until they could get on their feet as a civilian. I hired him at the company I was working for ST Construction in Houston, Texas. I was the master for the company at the time. I had to have employees that were knowledgeable, respectful with good background checks no felonies with the state of Texas. Ryan was a perfect candidate. He was eager to work and learned very fast. Ryan made an asset to the company.

Ryan Nichols has helped so many communities around this nation. Rescuing people, children, animals, and personal property from hurricane rescues in Louisiana, South Carolina, Florida, and all over Texas. I guess you would call it a Rescue and Relief and a first responder, I believe not only this is one of his passions, but what God has called him to do.

To help people. To run to danger and into storms before they can hurt people and their property.

Ryan Nichols is an asset to this country. I believe it's a disservice to have him locked up when he can and has done so much good for other people.

Ryan Nichols has been on Ellen DeGeneres' show twice for the rescues that he has done during hurricanes. He has put his life on the line to help people in emergency response. And that is where we need this man.

So I am asking you to let him come home to his family and children. If you want to punish him where he has to do community service, emergency rescues for people that need help, that's where you would do best to send him.

Ryan is a Christian with a deep Christian background. He helps people as God would do for all his children. I think that is his calling. So let's put him back in this world so he can do just that.

Ryan Nichols loves his family. I know this personally as I have been there through the ups and downs, with his wife and children. The boys are growing up without their dad and that is rough. Their father needs to be there for them.

To help them stand up like a man to teach them right from wrong. To be that shoulder to lean on. To keep them from running astray, to do the things that a mother can't do.

Ryan is that person to his children. I didn't have my father growing up, so I know what it is like, and I don't want that for my grandchildren.

As a grandfather, I have been that father to the boys. But they need more than just me, they need Ryan. To teach them God's word, so they can grow up to be men. Responsible men that can stand up for their families and their country and instill family values, but it takes a father to be there for them to make this happen. That is the problem that we are having in this world today with crime. Too many fathers are not there for their children.

Well, I say to you, we need to bring Ryan home as he is one of the best fathers that I have met. He a father that sits at the kitchen table and does school homework, teaching his boys how to read, write, do math and keeping their grades up. Teaching them responsibility and to do their chores, to learn sports, which keeps all kids out of trouble. Talking to the

children about growing up and putting God in their life first before all things, and instilling family values.

Yes, Ryan messed up. He accepted that and took responsibility for his actions and turned himself in. He has since become an even better man. Ryan Nichols DOES NOT stand for violence. He stands for love, family, and service to his country. He turned his self in and paid the penalty three years and sat long enough to reflect on his actions and how he can turn things around and continue to do more good for this world.

This is the reflection that I have for Ryan Nichols. Helping the people of this nation through hurricanes, disasters, emergency, rescues, saving people and their property. He's a very honest, loving, caring, and will give you the shirt off his back, and a benefit to his countrymen.

Ryan Nichols needs to be home. It's time to bring him home.

Thank you for your time and service to this nation, Honorable Judge Lambeth.

God Bess,

James Chatham

Father in Law of Ryan Nichols




To whom it may concern:

I have known Ryan Nichols for several years and have found him to be a man of high integrity and character.  Throughout our friendship I have watched Ryan mentor, coach and serve his clients while building a successful business.  His energetic spirit and positive attitude are infectious.

Ryan is not only a successful businessman but more importantly a great husband, father and friend.

In summary I highly recommend Ryan for any endeavor he chooses to pursue.

If you have any questions, please feel free to contact me.

Sincerely,

Jamie Lasher

C (515)-720-7482

President

AutoRecon Supply - Minor Wreck Express - Surface Repair Service

P:515-278-0101   5530 NW Beaver Dr.  Suite 400  Johnston, Iowa 50131

April 2024

To whom it may concern —

I'm writing this letter on behalf of Ryan Nichols. My husband & I have known Ryan & the Nichols Family for many years. Our son (33 now) & Ryan attended school together at Washom Tx. Also Boy Scouts, Ryan was very active in the Scout Program. He was a good student. Always mannerly & good behavior at my house. He also attended the same church we go to — First Baptist Church, Washom Tx — Probably since about 1998. We watched Ryan grow from a child, to a teen, and then when he moved, kept up thru Facebook & saw him become a family man — having a wife & children, serving in the Marines, rescuing people during hurricanes & tornadoes.

In our opinion, Ryan is a man of good report, a family man, respectful to his parents & other Adults.

Thank you for reading this.

Sincerely —

Jeronimo & Beverly Holguin
      Washom Texas

To Whom it may concern,

I am writing you today on the behalf of Ryan Taylor Nichols.

In this letter I will be addressing both the integrity and character of Ryan

As a nearly 3 year friend of Ryan's I want to make it know to you that Ryan is an honorable member of American society who has gone above and beyond the call of duty to serve in the United States Marine Corps to protect the freedoms of Americans.

Near the end of his service to the country Ryan and his wife Bonnie founded their e comerce business Wholesale Universe where he's helped clients just like myself make a combined 3MM dollars, founded on the principals of giving employees second chances in life due to unfortunate circumstances.

Ryan is someone who I consider a true American hero, during October 2018 Ryan stood true to that doing independent search and rescue along side his father Don Nichols.


After Ryan's return home to East Texas  he formed  his Non Profit 501c3 Rescue The Universe and caught the attention of the media both locally and nationally and was most commonly known for being featured on daytime talk show Ellen DeGeneres where a donation presentation was made in Nichols name to the Humane Society.

What the media failed to tell you is that Ryan was also responsible for summoning a USCG helicopter to rescue an elderly female who would've otherwise lost her life due to medical conditions that needed attention of medical professionals

The above events and acts above are what I would consider acts of service but I would like to now shift to a more personal a side of Ryan the more behind closed doors side of him that all too often is over looked not talked about and quite honestly forgotten.

In early 2020 I was involve in a vehicle accident. I remember finding myself without transportation and in need of help, Ryan decided to use his social media following on both a personal a business level to raise over $1,000.00 to help me get into another vehicle.

Ryan has been an active part of my life for over 3 years and I can tell you  Ryan thrives off of helping other people, he loves to help in times of need.

I'm asking you today to take all facts into consideration when deciding your verdict so that Ryan can get back to being the father his kids need and the husband that his wife deserves


Thank You

Justin Griffith

Long time and forever friend to Ryan Nichols

Justin Kniffen
10827 CR 148
Flint, Tx 75762

February 20, 2021

To: The Honorable Judge

I am writing to you about Ryan Nichols. In my time knowing Ryan I have always known him to be a man of unquestionable character, impeccable integrity, and an unwavering friend. Quite honestly, this is a shock to my system that he finds himself in the situation that he is in right now. So, when I was asked to write this letter I didn't hesitate. I'd like to give you a brief background on my friendship with him.

I coached and taught Ryan for four years in high school. He was the consummate leader with our football team. He was reliable and held others responsible for their role on the team as well. It wasn't a difficult decision making him our team captain. It was a unanimous decision by entire staff.

I formed a special bond with Ryan. We are both preacher's kids, and I was able to talk about some of the experiences I had growing up a preacher's kid.  We would talk about the pressures and the responsibilities that he felt he had and our experiences were similar. Ryan never wavered in his faith; a quality that is hard to find sometimes in dealing with youth like I do.

When Ryan graduated and went to the Marine Corps and came back to live in Conroe, he surprised me with a visit to a game we were playing down there five years after I last saw him. He began a successful business that he started from his own apartment which grew into a multimillion dollar business. He is constantly giving back to the community through his businesses. Rescue the Universe travels around to hurricane damaged towns throughout the United States and helps with clean up. This is the Ryan I know; caring and giving, always thinking about others.

I love Ryan and hate that he is in this position. He's a God-fearing family man, and I know he feels remorse about his actions. Ryan still has a lot of good to do out in the world, and I absolutely know he will. I hope this letter goes a long way towards granting Ryan leniency, and I thank your for your time.

Sincerely

Justin W. Kniffen

To whom it may concern

My name is Kevin Blesing, I have known Ryan Nichols for 3+ years. I started working for his company in January of 2018. I started in an entry position and eventually worked my way into a supervisor position and into a sales manager position. I worked with Ryan closely on a daily basis, This relationship soon grew from a strictly professional relationship to a personal friendship.

Early on in my relationship with the company and Ryan, I witnessed him take command of the culture of the company. He would demand integrity with the employees, and this vision of integrity "Do the right thing even when nobody's looking" has served him well. I witnessed Ryan going out of his way, going beyond what is expected on a regular basis. He cared about the employees and their well being, to the point of financially helping a few employees during their times of need or hardships. I am sure there was more he has done but nobody knows about as he would help with nothing expected in return.

He has a passion for helping others, as seen in his desire to run toward danger to help those in need during tropical storms, hurricanes, and tornados. I do not believe he does this to get a pat on the back, but as an unselfish desire to help those in need.

I am aware of Ryan being part of the rally at the Capitol on January 6th. I know he went to support President Trump as did so many others. I have always known Ryan to passionately come to the aid of others in times of need and hardship.  I know Ryan to be a very passionate person and facing challenges boldly and fearlessly. This has served him well in business as he would make a decision and move forward.

Ryan has been a true blessing in my professional and personal life. I have always known him to do what he believes is right and stand by it, a person of high integrity.

Sincerely,

Kevin Blessing

(903)240-2264

kbless60@gmail.com

April 23, 2024

To: Honorable Judge Lamberth

From: Randy and Kristie Chatham

Re: Character Letter for Ryan Nichols

Judge Lamberth, thank you very much for allowing these letters and videos to be provided on behalf of the people you are sentencing. My husband and I are Aunt and Uncle to Ryan's wife Bonnie. We have known Ryan since he and our niece married in 2013. One of the ways that we judge Ryan's character is by how he has impacted our niece's life. We did not personally know Ryan before their marriage because they met through mutual friends when Bonnie was away at college and Ryan was serving in the Marines, stationed in Japan. My earliest impression of Ryan, before I was able to meet him in person was how his love for my niece made her a more loving and hopeful person. She literally did beam with joy. In pictures, I could see his complete devotion to her, and her complete acceptance of his love and devotion, which was not something I had ever seen in Bonnie before, not even family. Even bigger than the love and hope Ryan has given Bonnie, he introduced her to the Lord and fostered her faith to grow. While her faith has certainly been tested over the last three years, it has grown stronger an deeper. They settled into married life, committed to their vows, as you would hope for any of your own. Ryan and Bonnie started a business together, with both of them working tirelessly to make it work. Even though Ryan was fresh out of the Marines, he wasn't too proud to ask his father-in-law to borrow a trailer they needed weekly until they could afford to buy one used. Ryan was known to dress up at Halloween and participate in community events and dress up as Santa at Christmas. As I'm sure many folks will put in their letters and videos, Ryan drove from Longview to North Carolina to assist one of his fellow Marine brothers to save trapped animals and people, which did afford him a visit on the Ellen DeGeneres show. Ryan is a dedicated husband, father, Marine, and community member. We do not foolishly write to you telling you Ryan is an angel who has never done anything wrong his whole life, or that his choices don't have consequences.

We do write to you asking for leniency in your sentencing of Ryan because what Ryan did related to January 6 makes up only a small portion of who Ryan is as a person. Ryan is a devoted husband and father who loves his wife and children. Ryan and Bonnie will be celebrating 11 years of marriage this July. Their oldest son, RJ, will turn 10 on May 20, and their youngest son, Blake, will turn 8 on July 15. While Bonnie does have her parents within 45 minutes, the rest of the family is in Houston, not a close drive. Bonnie did not choose to basically become a single Mom these past three years. The boys miss their Dad very much, and

are at the age where they really need their father in their lives.  The boys have been bullied and ridiculed at school, which is heartbreaking and enraging, they have no culpability in any of this. While what you see in records of January 6 don't reflect it, Ryan's personality thrives on saving or rescuing the hurting.  There will be more people and animals who will need rescuing from storms, more community events that will need volunteers to dress up and participate.  There are fellow Marines who need his ability to relate with their issues and his willingness to help them.  All of these things are not new things Ryan will only begin to do when he gets home, they will be things he can once again continue to do as he has done in the past.  The sooner Ryan comes home, the sooner we can see hope on my niece's face again, and we can see RJ and Blake regain confidence that they are not worthless children because their Dad is in jail.  In the same respect that Ryan was not a threat to the community when he was doing all these things before Jan 6, 2021, Ryan is still capable of being the person he has always been without political division ruling every aspect of his life just like most people everywhere.  In closing we are asking you to consider leniency in sentencing Ryan because we truly believe he is worthy of it and will make good use of it, so is his family.


Very Respectfully,

Randy and Kristie Chatham

2601 Briarglen Dr.

Pearland, TX  77581

April 8, 2021


Dear Judge Ketanji Brown Jackson,

I am writing this letter on behalf of Ryan Nichols. My name is Kimberly Currie, a family friend. I first met Ryan in May of 2012, in Okinawa, Japan. Ryan was my son's roommate in the barracks on Camp Kinser. My husband and I were there to see our son and Ryan get promoted to Corporal. Later, when Ryan and my son Brandon got stationed at Camp Pendleton, we began to know him much better because of our home's proximity. Ryan has been to our house and stayed at our home multiple times for family gatherings. A testament to the relationship we have with Ryan is that he showed up at our door in the morning about a year and a half ago because he was in town for business. He said he could not just pass by without saying hi. Additionally, last year Ryan took my husband and two sons to lunch when they traveled through Texas, going home to California. One of the last things he told my husband is, I consider you family.

To summarize, when meeting Ryan in 2012, we thought he was a well-mannered young Marine. Through the years, we have grown to care about him like a son. He has always been a respectful and kindhearted young man to our entire family. Ryan is the kind of person who puts other people's needs before himself. For example, he would give you the shirt off his back if you did not have one.


Sincerely,

*Kimberly Currie*

27261 Jardines Mission Viejo, Ca. 92692

April 22, 2024

Dear Honorable Judge Lamberth,

My name is Kristel Johnson and I am a single mother of seven daughters. I reside in St. George, Utah and work as an Executive Administrative Assistant to the Division of Student Affairs at Utah Tech University.

I met Ryan Nichols in 2020. He and my husband at the time did some work together. I was impressed with Ryan the moment I met him. He was friendly, pleasant and respectful. A month later, I had the opportunity of meeting his wife, Bonnie. Ryan loves his wife and children. He's a family centered man who works hard. He's a successful businessman who is very intelligent and strategic.

Another quality Ryan possesses is selflessness. Ryan would often take time off of work and volunteer to go rescue animals from catastrophes. He'd use his own money, boat and other resources to help. Ellen DeGeneres invited him to be on her show and thanked him for his service and great example.

I enjoyed hearing Ryan's stories of his service in the military. I could tell his love and devotion towards his country was honorable. I was visiting Ryan and Bonnie a week before Ryan was planning to go to the Capitol on January 6th. I remember being impressed that Ryan cared so much for our country. He was willing to take time off work and travel to the Capitol at his own expense. With his wife sitting by his side, Ryan spoke of his plans of going to the Capitol with a friend to support Trump. There was no talk of plans to be violent or damage property.

I believe Ryan was at the wrong place at the wrong time. He had too much to risk to have pre-meditated joining an invasion at the Capitol on January 6. He is a good father, husband, brother, friend and provider. I hope Ryan will have the opportunity to continue to be with his family and contribute to society.

Thank you,

*Kristel Johnson*

Kristel Johnson

470 Country Ln., #11
Santa Clara, UT 84765
801-696-8499

To Judge Lamberth,

I am writing this in support of my son in law, Ryan Nichols. I have known Ryan for approximately 11 years. In those 11 years, I've watched him grow into a loving husband and father. He's always proven to be a stand up, show up kind of guy.

He's always there when someone needs help. He's compassionate, caring, sensitive and dedicated in his choices. He believes in what he believes in and that's what got him where he is today. I know he regrets that choice he made to attend the January 6 event.

Ryan's family is his whole world. He's served due time and should be allowed to live his life outside of incarceration. He's not a Threat to Society. He does not "Stand for Violence" If anything, he's stands for the love of his children, family, God, and country.

He had formed a strong dedication for showing up during storms/floods/disasters that others watched from the comfort of their homes. He was out there with others, risking their lives to help rescue, comfort and evacuate people. He paid out of his own pocket for water, food, blankets, etc. for these folks in need. He went back and rescued their animals, their belongings ...that could be salvaged. This is A TRUE TESTIMENT of his character. People like this do not do our country justice by being behind bars. We need more people like Ryan Nichols in this world helping the world be a better place.

With that said, we ask you to take this into consideration. A man is not judged for 5-10 minutes of his life, please look at his entire life up until January 6 and after January 6 to make your decision. Ryan has had a long time to think about the event on that day, I know he has learned his lesson and if given the chance, he would make right of his wrongs and you will not regret that decision. Thank you for your time and consideration.

Respectfully,

Lisa Chatham

To Whom It May Concern,

I have known Ryan Nichols and his family for a few years.  I have donated to his storm rescue organization on a few of occasions and have always known him to be an honest caring man with a big heart.  His devotion to helping his fellow man is only eclipsed by his devotion to his family.

Marty Duplissey

To Whom it may concern,                    04-11-2024

I have known Ryan Nichols
since he was in my second grade
classroom. Ryan was always the child
who wanted to do the right thing
and always willing to help others.
Those qualities have followed him
throughout his life. From pulling
another student out of the way of a
falling bookshelf in my classroom,
to his service in the Marine Corp, to
helping rescue disaster areas, His love
of God, Family, and country has
shown through. He's definitely been
a blessing to friends, family and
strangers he's met during his rescues.
He truely loves the Lord and
has always wanted to do the
right thing.

                    Sincerely,
                    Mary Crippen

yahoo mail - letter

# letter

From: Nicky curnutte (ncurnutte@yahoo.com)

To: bonnienichols93@yahoo.com

Date: Thursday, April 8, 2021, 08:38 PM CDT


To Whom it may concern:

In regards to Ryan Nichols, I have known him 23 plus years. I first knew him when I coached his flag football team in elementary school as he was a classmate of my son. After high school, Ryan joined the Marine corps and served honorably during wartime and deployments to combat zones.  Upon returning to civilian life, I became reacquainted with Ryan and have watched him build several successful businesses as well as form a volunteer humanitarian group to help people and pets during and after natural disasters such as hurricanes, tornadoes, and floods.  He even appeared on the Ellen Degeneres show for his efforts with his group Rescue the Universe. He has used his business success to help others start, improve or continue their success with tutorials.
My belief is that our country is blessed to have Ryan and people like him willing to sacrifice time, money, and health to help their fellow Americans.

Respectfully,
Matthew Heath
U.S. Army Veteran

4/22/2024

To the Honorable Judge Lamberth,

I am writing this letter on behalf of Ryan Nichols. I know Ryan to be of high moral character and strong Christian faith. He is a devout atendee of church meetings and functions, and I am proud to call him my friend.

While no person is perfect, Ryan is a pious person who admits his mistakes that he has made. January 6th is one of them. He has admitted his actions were wrong and has spent much of the time since in one form of detention or another. It has given him time to contemplate over his part of what occurred. All of this has taken a toll on him and his family.

He now understands what it means to be a true patriot to this country, and I believe his actions going forward will demonstrate this.

Please take this letter into consideration when addressing the court's decision.

Sincerely,

Michael Bearden
1013 Sovereign Drive
Longview, TX 75604

To whom it may concern,


On behalf of Ryan Nichols that I would like to put my condolences with his family during this difficult time. I have known Ryan for 8 years since 2013. We served together in the Marine Corps, which when I arrived I was a new Marine straight out of training. Straight when I arrived to our Unit 2nd Battalion 1st Marines located in Camp Horno, in Camp Pendleton, Ryan treated me with the upmost respect. As I was mistreated by other people, Ryan would often step in and stop it and make it known that mistreatment wouldn't be allowed in his presence. Ryan was the type of guy would look out for everyone and would give you the shirt off of his back. Ryan was the person that you could go to when you were having problems in your personal life or adjusting to the military. Even after Ryan got out of the Marines he still exemplified the Hoorah that is instilled into us in the Marines. Ryan started his own Non profit using his own money to travel across the country to help those in need. Even having a family and a successful business Ryan knew that their was a chance that he wouldn't return home. His selflessness into running into hurricanes, tornadoes, and storms to rescue people is a true testament to his character. What happened during the capitol protests is not a true reflection of Ryan or what he stands for. Ryan doesn't deserve what is being presented to him in court and deserves to have justice on his side. Ryan has two young children that will be fatherless and a community and country will be left in shambles. Ryan is a hero for serving in what many Americans don't do. Serving in the Marines and rescuing stranded people during Hurricanes should positively reflect who Ryan Nichols is. Thank you for taking the time to read this.

Sincerely, Michael Cormier

# Character letter

From:  Michael Oonk (michael4520@gmail.com)

To:     bonnienichols93@yahoo.com

Cc:     michael4520@gmail.com

Date:  Tuesday, April 6, 2021, 06:38 PM CDT

To whom it may concern.

   My name is Michael Oonk and I own Barkleys LLC. I'm writing to let you know about the time I spent and interactions I have had with Ryan Nichols.

   I met Ryan in 2016. We were both in a group for professionals looking to improve our faith, family, finances, and fitness. The 4 Fs as we often referred to it. From the very first time I met him, Ryan seemed to me like a very focused and driven individual. He was always excited about a new workout he had learned or some new marketing technique he couldn't wait to try or upcoming time in the woods with his kids.

   When disaster struck Houston in 2017 after a hurricane and flood, Ryan convinced us we had to go help those that couldn't help themselves. He bought supplies, a boat and trailer, rounded us up and off we went to do high water rescues. I saw him take his life jacket off and give it to a senior that we had to paddle to safety on the boat.

    Ryan believes in right and wrong. He can't stand to see people or animals suffer. He has all the hallmarks of a good human being. He is not infallible however. He loves the marines, he loves his family, and he loves his country. We could all use more people like Ryan.

God Bless,

Michael Oonk
9403004520

From: Jan LaJoie janl@mobberly.org
Subject: Ryan Nichols
Date: Apr 21, 2024 at 11:18:32 AM
To: bonnienichols32@gmail.com

I have had the privilege of knowing Ryan and seeing him each Sunday for months when he returned from his time away this past year. Ryan has followed the rules that were given him, been a great example to others in our Sunday school class. He has been repentant and has honored the Lord in his actions. Ryan has 2 small boys at home and a wife who works hard. I am asking for grace to please send Ryan home. Our class has prayed for him for months. I know God has plans for he and his family to continue to honor Him so because of his weekly commitment for months to our church and our class, his country, we are asking for mercy and encouragement for him to start a new life by being home with his family.



**Jan LaJoie**
*Minister of Evangelism/Assimilation*
Mobberly Baptist Church
625 E. Loop 281, Longview, Texas
C: 903-557-0178
janl@mobberly.org

Marshall, Texas
April 15, 2024

To whom it may concern:

This letter is in regards to Ryan Nichols.

I have known Ryan since he was a teenager.

He was in our church as his Dad was the Pastor.

Ryan was always a quite, considerate young man who was active in our youth group and active in sports at school.

Ryan is married and the loving father of 2 young children.

Ryan was very involved in rescuing victims of disasters such as hurricanes and floods.

Ryan says he did not commit the acts he is accused of and I believe him.

Knowing his character and his mission to help others, I feel he would not be guilty of these acts.

Please consider the thoughts and feelings of people who know Ryan as you make your decision

Thank you
Willa Burton

From: Nancy Kasper nancykasper0108@gmail.com
Subject: Ryan Nichols
Date: Apr 21, 2024 at 3:28:29 PM
To: bonnienichols32@gmail.com

To whom this may concern,

My name is Nancy Kasper.  I am writing this on behalf of Ryan Nichols.  I have known Ryan all of his life.  When I say what I'm about to say about Ryan I do not say it without commitment. Ryan is one of the most genuine and kind person I know.  There is not anyone that Ryan would not help if it was needed. By now I'm sure you know all about him and his good deeds he has done not just for his community but communities in other states especially for hurricane relief.  He doesn't stop with just human involvement but he has also rescued many animals from their distress in hurricanes. That is the type of person Ryan is.  He does not have to be asked.  He initiates the rescues.

Ryan is a Godly man with two young boys who needs his love and presence as they grow up.  He is a family man.  He has always worked hard to take care of his family.  Ryan is an awesome human who cares for people.

I ask that you please be lenient with his sentencing.  Please let his family be a family and let his sons have him in their life.

Sincerely,
Nancy Kasper
903-720-7136
138 Private Road 1780
Longview, Texas 75605

Honorable Judge Lamberth,

 Hello, I am an employee at Ryan and Bonnie Nichols business, Wholesale Universe. I came on board here in September of 2023, during my time here I have become close to Ryan's wife Bonnie and their 2 boys, RJ and Blake. This family has become somewhat like my own and I have heard from the boys how much they miss their father and how they are anticipating his release, so that they can be a family again. The boys are having a hard time with their dad not being a part of their lives and being involved in their daily life activities. Bonnie is a fantastic mom but boys also need a father figure in their lives. I recently was able to watch a video that was on the Ellen DeGeneres show a few years ago that showed Ryan at a location site that had hurricane damage.  The video showed Ryan rescuing 3 dogs that were trapped in a locked dog pen, in high water. Ryan has a nonprofit organization named Rescue the Universe and he goes into places by boat or on foot, to rescue animals and people that are in need in disaster areas and helps get them to safety.  Ryan is a giver and has a heart for others, I ask that he please be released, so the Nichols can resume their lives and put all this behind them.

Thank you,

Trisha Hall

To Whom it may concern,

I am writing this letter in support of Ryan Nichols. I am proud to call him my son. I know the man he really is in life. Your one-day experience cannot do justice to a lifetime of knowing who HE is.

Let me start with his kind heart. He has a willingness to help other people in everyday life.

- Friends at school who struggled with math, he helped to tutor them. Elementary through High School.
- He was willing to stay after school to help teachers with classroom cleaning of class pets' cages.
- He could be found purchasing extra food at school for students who were hungry.
- He would even take them clothes, when they needed clothing.
- He helped teammates on the football field with understanding plays and helping them after practice in walk throughs.
- He supported baseball teammates in the batting cages, by throwing balls long after practice was over to better their swings.
- He would play along side of players to help them learn how to better their game in the field.
- One game, he gave up his spare catcher "cup" to the opposing team, because it was the right thing to do to keep them from having to forfeit the game. This was circa age 7-8.
- He doesn't pass up a female on the side of the road with a flat. One time that really stands out is…. Coming back from Africa, 2019, we were tired from the long flights, and he stopped to help a lady change a flat. I was tired, but proud he turned around to help her.
- As a young teen, eighth grader, he was willing to load up in a church bus with his dad, and drive to New Orleans to help rescue people from Hurricane Katrina. It was a dangerous trip, but he was willing to go to help others.

In all areas of his life, he has had a willing heart to help others. It was extended into his adult life, as he founded Rescue the Universe –a Search and Rescue team. He doesn't think of his safety as much as helping others, as he moves into dangerous areas to help serve others.

- Hurricane Michael stands out to me. He was there as the eye of the storm arrived. He helped to cut trees out of the road to move into the hurricane ravaged area. During this specific rescue time, he and Don Nichols were involved in many rescues. They were instrumental in calling down the Coast Guard and helped to load people in the helicopter.
- He has performed may rescues in boats in flooded areas of Texas and Louisiana.
  --He helped rescue a man who was thrown for his boat.
  --He rescued women, men, children and even animals. He loaded them all in his own boat and then in his truck and took them to safety. He would often provide them food he had for himself, so they could eat.
  --He helped to unbridle horses in a stall, with on regard of his safety, only to help the horses.
  --He released dogs that were locked behind closed doors.

## Basically, he left no Man, Woman, Child, or Animal behind!

**If he was willing to help others, strangers, how much more did he love, support, and take care of his own family.**

- He started a business so he could spend more time at home with his wife and children.
- He played, plays with them in the house with building things with blocks and cars.
- He teaches them to be kind, respectful, and courteous to others.
- He teaches them how to play catch with footballs and baseballs.
- He swings with them and helps them learn to climb the jungle gym in the back yard.
- He helps roast marshmallows to make smores. Safety first, or course.
- He even plays on-line games with Ryan Jr. to teach him computer skills and eye hand coordination.

You will never know the man Ryan Nichols really is. He is missed in our daily lives, as well as the lives of others he could be helping along the journey of life.

I am requesting that you, as the person who has the authority to release him, do the right thing and allow him to come home.

**A Mom's Heart,**

*Patti Nichols*

**Patti Nichols**

*Today on 10/30/2021 Patti Nichols personally appeared before me with proof of Texas Drivers License.*

*Becky Cooper*

BECKY COOPER
Notary ID #132942869
My Commission Expires
February 25, 2025

(i)

To Whom it may Concern,

I am writing this letter on behalf of
Ryan Nichols. I realize that one situation
cannot define the entire person you are.
There is more to a man than one
situation to define who Ryan Nichols is.
There are a few things I would like for
you to know about Ryan Nichols, my
son.

First and foremost, he is a good man,
who made a not so good decision to get
caught up in the moment. His entire life
he has helped people he knows, as well
as people he doesn't know. Below are a
few instances of how Ryan has helped
others.

In Kindergarten, Cayuga I.S.D. Mrs Richardson's
class. He was called into the principals office.
Dr. Rick Webb was the principal at the time. Ryan
was in the restroom arguing in the defense of
a class mate being bullied and how
wrong it was. He wouldn't stand by
and watch as other students bullied his
classmate.

②

In 2005 - his 8th Grade year, we attended Washom First Baptist Church. Hurricane Katrina came enland and hit Louisiana hard, specifically the New Orleans area. Our church put together a team to go help evacuate people. Ryan volunteered to go help, Why? He knew the people needed help and he felt he was mature enough and strong enough to make a difference. He spent 3 days in route to New Orleans to get people and transport them to different areas, including Dallas, Tx.

In 2009 - Senior year of high school, parent night at baseball season, Ryan offered his starting position to another senior player. This teammate had attended Harleton his entire life. Ryan felt it was the right thing to do to honor him and his long standing with the community and school. We had only been in the school district for two years. Teammate was Spencer.

③

During his grade school through high school years, he would go hunting during each season. He would take a portion of his yield to an elderly lady, Ms. Pearline. She lived alone and was on a low, fixed income. He also enjoys fishing and would often take Ms. Pearline his catch of the day. She couldn't drive and depended on other people to help her. Ryan would ride his bike to the post office and get her mail and deliver it to her also, in addition to mowing her yard — at no cost to her.

He participated in FFA in Washum, under Jack Dillard. He raised chickens and rabbits. Once the animals were chosen to make the sale, he would take the extras and donate them to other people who could use them to help supplement their food supply.

As a young man, he was taught to help people, just because it is the right thing to do. He stops to help ladies and elderly people who have flats. Ex: On our

(4)

way home in June of 2019 from Bush International airport, he stopped to help a lady who had a flat. We were tired from our long flights from Malawi, Africa mission trip. He knew we were ready to be home, but turned around to go back and help her.

There are many more examples, but now they are incorporated into his Non-Profit called Rescue The Universe. He has done/performed many activities that have helped people and influenced their lives for the better. He captured these on video. They are of rescues from hurricanes and tornados.
One video was used by Ellen DeGeneres on her show, and she interviewed Ryan.
He has videos of rescues from:
Katrina
Harvey
Sally
Michael  "He called Coast Guard to do helicopter rescues.
Florence
Laura
Hanna
Imelda

Respectfully,
Patt & Nichols

## Fwd: Ryan Nichols

From:   Don Nichols (dnichols3270@yahoo.com)

To:     bonnienichols93@yahoo.com

Date:   Monday, April 5, 2021, 02:59 PM CDT

From Renee Smith

Sent from my iPhone

Begin forwarded message:

> **From:** "Smith, Kathryn" <krsmith@lisd.org>
> **Date:** April 5, 2021 at 2:55:08 PM CDT
> **To:** dnichols3270@yahoo.com
> **Subject: Ryan Nichols**

April 5, 2021

To whom it may concern,

Hello my name is Renee Nichols Smith,  I am the Aunt of Ryan Nichols.  I have known Ryan since Dec. 6, 1990.  The day he was born.  Ryan loved to play with his brother Travis as a child and his two cousins (my daughters).  When our parents were alive they had a really great time spending summers in the swimming pool.  Ryan helped his Grandaddy do things around the house, he went fishing with him.  After my parents passed it was a few years apart from just seeing Ryan.

Since Ryan graduated from High school and went to the Marine Corp,  he met his wife, had children and is a FAMILY man.  He loves his family.

He also went on rescue missions to help Hurricane victims & high water rescues.

If I can help in any other way you are welcome to call 903-720-7203.

--

**Renee Smith**

May 17, 2024

The Honorable Judge Lamberth,

Hello, my name is Renee Smith.  I am the Aunt of Ryan Nichols. I would like to just say in a few words the things I can tell quickly.

Ryan was born to two loving parent that nurtured him all the way through High school then to College. In school Ryan did very well and played football even receiving a football scholarship. Watching Ryan grow up with my two daughters was other the funniest of times with my Daddy.

Ryan then went into the Marine Corp. Stayed 4 years and then came home.

He met his wife Bonnie Nichols while in the Marine Corp and when they came home they started their family.  He has always worked hard.  He had Rescue the Universe where he would go help Tornado, flood, & Hurricane Victims.  He did this with a passion of helping others in NEED.

May his work speak for him and not one day.

Sincerely,

Renee Smith

Dear Judge Lamberth

   I am writing to provide background information on Ryan Nichols to assist in his current legal matters. As his uncle and a witness to his upbringing and development, I am privileged to offer insight into his character and contributions to society based upon what I've seen and witnessed. Having observed Mr. Nichols, [Ryan Nichols] grow from early childhood into adulthood, I can attest to his exemplary conduct, integrity, and commitment to service. Raised in a nurturing Christian household under the guidance of his parents, Patty and Don Nichols, he embodied values of respect, compassion, and diligence. Throughout his formative years, demonstrated exceptional athletic prowess and academic achievement, which culminated in  his participation in collegiate football. Subsequently, he embarked on a journey of entrepreneurship, establishing a successful venture that not only thrived commercially through platforms like Amazon but also prioritized humanitarian endeavors.

One notable initiative spearheaded by Mr. Nichols is "*Rescue the Universe*," a commendable effort that garnered media recognition for its swift and effective response to crises, particularly in regions of the southern United States that landed him on a appearance of "*The Ellen DeGeneres Show*". This endeavor reflects his unwavering commitment to serving others and making a positive impact on the community. As Mr. Nichols' uncle, I bear witness to his compassionate nature and unwavering dedication to uplifting those in need. I wholeheartedly endorse his character and stand in support of him based purely on what I know and has known as the young man our family watched growing up.  In conclusion, I extend my best wishes to Mr. Nichols, his family, and closest friends during this legal proceeding. May divine guidance and protection accompany him through every endeavor.

Sincerely, *Roderick Smith*

                                        **Bee C <bonnienichols32@gmail.com>**

## Ryan Nichols
1 message

**Rodney LaJoie** <rflajoie1@hotmail.com>                          Mon, Apr 22, 2024 at 12:29 PM
To: "bonnienichols32@gmail.com" <bonnienichols32@gmail.com>

  To whom it may concern,  I am a small group teacher at Mobberly Baptist Church.  I have had the pleasure of meeting the
  Nichols family as they joined our class and participated in our small group activities and fellowship.  I found Ryan a
  sincere and forthright man who fears God and loves his family. I have personally heard Ryan express regret for his
  actions and take responsibility for those actions.  I would ask during the sentencing phase of the adjudication  of his trial,
  he be shown mercy and leniency from those who are in the position give it.  He loves his family and is an integral part of
  it.  Law without grace and mercy is unjust.  The purpose of the law is to obtain correction without cruelty and destruction,
  and to restore that person to a right  relationship with society as a productive citizen.  I know Ryan will want to do the right
  thing since he has admitted his fault.  I thank the court for this consideration and pray for wisdom in their duty.
  Sincerely,
  Rodney LaJoie

## Fwd: Letter for recommendation

From: Don Nichols (dnichols3270@yahoo.com)

To: bonnienichols93@yahoo.com

Date: Tuesday, April 6, 2021, 09:45 AM CDT

Sent from my iPhone

Begin forwarded message:

**From:** scooter toal <scootertoal@gmail.com>
**Date:** April 6, 2021 at 7:40:06 AM CDT
**To:** dnichols3270@yahoo.com
**Subject: Letter for recommendation**

I wanna just say that Ryan Nichols has been a life time friend to me his whole family is is considered family to me. He's a little younger than me but we went to school together for a bit. His mom Mrs pattie thought me in driver's Ed his dad Bro Don was my preacher for a long time and married me and my wife 2 times. Ryan  has never been a troubled kid never caused any trouble to any one or any thing to my notion. Always been a good kid and a heck of a husband and father to his family. He is a successful business man. And he's a great godly person, he's has donated numerous hours and days of his time on the road helping others in hurricane relief all over the southern states. All out of his own pockets. Couldn't ask for a better person. I just wanted tell you my views on Ryan
He's a good person please have mercy on him.  God bless 🙏

Honorable Judge Lamberth,


Your honor I am writing this letter to you and your court with the utmost respect and appreciation for taking the time to consider my character statements of Mr. Ryan Nichols.


Ryan and I met in the DC Jail in late January of 2021. I was instantly drawn to Ryan and his positive attitude. As our conversations grew so did my admiration for him. Ryan has served this great nation as a decorated Marine, volunteered countless hours of search and rescue during some of the most horrific natural disasters, and is loving Father, Husband and Son.


He always holds his love of family, God, and country with the highest regard.


Your Honor, as someone who has experienced your kindness and compassion when I was sentenced to 41 months in your courtroom for the same exact charges, I pray that you would kindly show Ryan the same mercy you showed me.


Thank you Judge,


Scott Fairlamb

April 8, 2024

To Whom It May Concern:

The Nichols family started attending 1st Baptist Church Waskom in 1998. I became friends with Ryan Nichols and watched him grow from a young boy to a teen with my grandson. They were in Scouts together. He was active in all church activities. He volunteered to go with his father & other church members to help evacuate people during Hurricane Katrina. We continued in church until the family moved in 2007. I watched him on Facebook join the Marines & serve our country. He has continued to volunteer work to help others.

Sincerely

Shirley Winderweedle
175 W. Texas Ave.
Waskom, Texas 75692

Shirley R. Winderweedle
775 W. Texas Ave.
Waskom, TX 75692-3654

## Fwd: Ryan Nichols

From:  Don Nichols (dnichols3270@yahoo.com)

To:    bonnienichols93@yahoo.com

Date:  Tuesday, April 6, 2021, 05:31 PM CDT

Sent from my iPhone

Begin forwarded message:

> **From:** Susan Goode <cowpokesg@gmail.com>
> **Date:** April 6, 2021 at 5:12:45 PM CDT
> **To:** dnichols3270@yahoo.com
> **Subject: Fwd: Ryan Nichols**

Danny wrote this. I told him he could not put his personal opinion in there as he was proud of Ryan's . Hope this will be usable.

---------- Forwarded message ---------
From: **Danny Goode** <dmaxgoode@gmail.com>
Date: Tue, Apr 6, 2021 at 4:44 PM
Subject: Ryan Nichols
To: <cowpokesg@gmail.com>

As a former football and baseball coach of this young man, he always  distributed a very good work ethic and respected my rules as a coach. I was a yes sir and no sir kind of a man. He and his little brother Travis played along with my son Matt. We had some successes and heart breaks along the way, but we always won with grace and lost with dignity. Unfortunately, seems like he may have gotten caught up in the moment of this past year's election.With all the changes in election protocol and some misguided leadership, he may have made a bad decision. After I coached him, Ryan went on to start a sucessfull small business in East Texas.Having said that, I would consider him a good young man. .

Danny M Goode

Your Honor,

I am writing this letter to vouch for the character of Ryan Nichols. I have known Ryan for 13 years. When I heard about his misconduct, I was shocked. Ryan is an amazing person that would give his shirt off his back to help someone in need. A US Marine who served this country with pride and dignity who does the same with his community.  above states only a few of many reasons why I am happy to write a character letter for Ryan.

Ryan is a standup character in the community. Serving not only his own but many other communities across the country, going to help numerous towns and cities in numerous natural disasters that happens in our great country with his non-profit organization rescue the universe. A man who truly enjoys every aspect of life, a proud father and husband who has taken advantage of the opportunities he has been given in life. I am very proud to call Ryan Nichols my friend to me and many many others.

In closing I can't say enough good things about my friend, and I hope the court takes this letter into consideration during the hearing for that Ryan is a honest man who simply made a mistake. We are human and we all do it. "If it happens once it's a mistake, if it happens twice it then becomes a choice." A smart man like Ryan will learn from this and move on. I still believe that he is an honorable individual, a valuable member of the community, and a good human being.

Thank you for your consideration.

Tanner Beattie

Dear Judge Lamberth,

My name is Travis Nichols. I am writing this letter in regards to my brother, Ryan Nichols.

I will personally say as a father to his young sons he is an excellent man. He has raised them to be respectful, law abiding men that love God and Country. He has served in the United States Marine Corps in regards to his due dilligence he felt he owed this country as well. Even after 4 years in the Marines, he still felt a need to give back to his country and local communities so he started Rescue The Universe. I have personally went with him on several trips into several hurricanes and helped him in Port Aransas, Texas, Corpus Christi, Texas and Lake Charles, Louisiana. We had those three trips together and multiple small town stops in between. Its a need he feels that he is called to do and always makes sure people are safe and secure during devastating events.

With all that being said I am asking, not only as his family member but as a member of the Rescue The Universe Team and a local Community member to take all of this into account and provide leniency on his behalf as you see fit. Thank you and God Bless you.

Sincerely,

Travis Nichols

April 20, 2024

Dear Judge Lamberth,

I am writing you today to plead for your leniency in the Ryan Nichols case.  A friend for many years, who I know loves this country, his wife and his kids dearly.  After serving this great country, he has been a devoted father, husband and relentless business owner for many years, and he deserves his freedom.

We have worked with the same life/business coach since 2017 and I know in his heart he strives to be the best man he can be, and is constantly working on himself to be the best version and show up for his family.  I am honored to call him a friend, and honor the character of this man.

Since knowing Ryan Nichols, I can attest to his character being that of a solid, honest, loving man.  I have interacted with him a ton and seen him be an amazing father and husband, paving a path of love for his family.

I believe the man deserves to be freed immediately after serving 3 plus years without a hearing. He has done his time.  I know Ryan loves this country dearly and it's time he gets to live his life again, for himself, for his kids and for his wife.  They deserve their dad back in their lives, and so does his wife.

Today, I ask for leniency in his sentence because of the solid man he is, and his time serving this great country.

I appreciate you reading and hearing this message.

Yours Truly,

Troy Marchand

**GARY BLANKINSHIP**

**P. O. BOX 751717**

**HOUSTON, TEXAS 77275-1717**

**281-924-3631**

15 November 2022

Honorable Thomas F. Hogan

Senior United States District Judge for the District of Columbia


Re: Bonnie Nichols, Third Party Custodian


Judge Hogan,

      My name is Gary Blankinship and I have been requested to provide a character reference to the court for Bonnie Rae Nichols. Let me start by saying that I have known Bonnie her entire life and can assure you that her morals, character, and devotion to the rule of law are beyond reproach. I have watched her grow from a baby to a successful mother and business woman. Bonnie is my second cousin being named after my mother and father. Our family roots are deeply entrenched in law enforcement dating back to the manhunt for notorious criminals Bonnie and Clyde, as well as the Federal Prohibition Task Force for the Eastern District of Texas. Bonnie's Grandfather was a graduate of Houston Police Academy Class #1 and served as a Sergeant of Police in Houston, Texas for over 30 years until his honorable retirement. The list of law enforcement officers in our family is too long to list, but never has a member of our family been disgraced, dishonored, or ask to leave a law enforcement agency. I personally served in law enforcement for over forty years having retired honorably on December 31, 2019.  At the time of my retirement, I was serving as the Presidentially appointed United States Marshal in and for the Southern District of the Great State of Texas.  I served proudly under President Obama, as well as President Trump. Having been responsible for the safety and security of over 80 members of the Federal Judiciary, I realize how busy you can be, but if you or any member of your staff would like to speak with me concerning this matter I may be reached by phone 24/7 at 281-924-3631 or by email at garyblank@aol.com.

Thank you,

Gary Blankinship, United States Marshal (Retired)

To the Honorable Judge Lamberth,

I am writing to you concerning the sentencing of Ryan Nichols on May the 2nd. I met Ryan and his wife Bonnie when they showed up in the Sunday school class I attend. From our first meeting, I could tell that they were uncomfortable and a little nervous. It was not too long after that I became aware of the situation, they were both facing. Once Ryan told the class what he was facing and the circumstances surrounding his case, it became obvious that he and Bonnie were afraid that we would not want them in our class or to be around them. The reason I bring this up is because, in a sense, they were already experiencing a sort of punishment. That punishment is feeling ostracized and separated from people around you. Of course, as Christian men and women we did not want them to feel unwelcome. I personally visited Ryan's home numerous times and talked with him one on one concerning his circumstances.

Ryan is a good man who served his country well. He has two young boys that look up to their dad. He and Bonnie started a business together that is doing well. I bring this up to show you that Ryan lived a normal everyday life. He is not some anarchist who wanted the overthrow of the government. Ryan went to DC with legal and legitimate reasons, but as can happen in life, he let his emotions get in the way of why he was there.

Since his arrest he has spent almost 2-1/2" years behind bars and 12 months under house arrest. I believe that this is punishment enough for his crime. Why do I say this? Because there is an equity that has to be applied when it comes to the punishments meted out by the courts. I have this opinion because of my own personal experience with the criminal justice system. I spent over 30 years in prison, and I was guilty of my crime. I look at what I did to deserve my punishment and then I look at what Ryan did. I deserved the punishment I got, and I believe that Ryan has already gotten the punishment he deserved.

Looking in the mirror and coming to the realization that I was responsible for why I was in prison was probably the single most important thing that happened to me while incarcerated. No one else was to blame. Not society, my circumstances, or the court system. Ryan looked in that mirror too and has come to that same conclusion for his life. Is this not one of the outcomes we hope for when people are sentenced? A person does not have to do 30 years in prison to make amends for their crimes.

Since I served so much time in prison, I believe I know a criminal and bad actor when I see one. I used to be one. Ryan is not one of those people.

I can imagine that the job you have as a judge is not an easy one. People's futures are in your hands. I just pray that Ryan's future is in good hands.

Sincerely,

Wayne Taylor

## Fwd: Ryan Nichols

From:   Don Nichols (dnichols3270@yahoo.com)

To:      bonnienichols93@yahoo.com

Date:   Sunday, April 4, 2021, 08:47 PM CDT


Sent from my iPhone

Begin forwarded message:

**From:** Willa Burton <willaburton@hotmail.com>
**Date:** April 4, 2021 at 7:43:15 PM CDT
**To:** dnichols3270@yahoo.com
**Subject: RE: Ryan Nichols**


To whom it may concern:
  This is written to tell you about Ryan Nichols.         I met Ryan when his Dad was  Pastor at Nesbitt Baptist
Church in Marshall, Texas. I have a granddaughter who is the age of Ryan and they
 were in the youth class together. Ryan was a quiet, respectable young man. He remained the same. Spent time in
the service. Married and the father of 2 boys. Helped rescue people in floods and hurricanes. Always willing to help
others. This is a worthy young man

Will a Burton