# EXHIBIT J:
# 13 VIDEOS IN SUPPORT OF RYAN NICHOLS'S SENTENCING MEMORANDUM

1. ABC WORLD NEWS TONIGHT CLIP OF RYAN NICHOLS RESCUING DOGS.

2. BLAKE NICHOLS: *RYAN'S 8-YEAR-OLD SON*

3. RYAN NICHOLS, JR.: *RYAN'S 9-YEAR-OLD SON*

4. BONNIE NICHOLS: *RYAN'S WIFE*

5. JIMMY CHATHAM: *RYAN'S BROTHER-IN-LAW*

6. DONALD NICHOLS, SR.: *RYAN'S FATHER*

7. KALE GOODMAN: *BUSINESS ASSOCIATE*

8. CARLOS REDLICH: *RYAN'S FRIEND*

9. CHRISTOPHER STUBBS: *BUSINESS ASSOCIATE & FRIENDS*

10. KARLY LEWIS: *KNOWS RYAN THROUGH RESCUE THE UNIVERSE*

11. PATTI NICHOLS: *RYAN'S MOTHER*

12. LISA CHATHAM: *RYAN'S MOTHER-IN-LAW*

13. TROY MARCHAND: *FRIEND & BUSINESS ASSOCIATE*

**VIDEO LINK:** https://rumble.com/v4sa2tn-13-videos-in-support-of-ryan-nicholss-sentencing-memorandum.html