IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RYAN TAYLOR NICHOLS,<br>　　　　*Defendant,* | Case No. 21-cr-117 (RCL) |

## MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL AND AMEND

Undersigned Counsel respectfully moves this Honorable Court for leave to seal and amend ECF No. 303 SENTENCING MEMORANDUM's EXHIBIT C due to the inadvertent disclosure of personal information. Specifically, Undersigned Counsel respectfully asks that the unredacted version be sealed and replaced with the redacted exhibit filed as an Errata at ECF No. 304 on the docket.

Dated: Brooklyn, NY
　　　　April 30, 2024

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　**/s/ Joseph D. McBride, Esq.**
　　　　　　　　　　　　　　　　　　　　　　　Bar ID: NY0403
　　　　　　　　　　　　　　　　　　　　　　　THE MCBRIDE LAW FIRM, PLLC
　　　　　　　　　　　　　　　　　　　　　　　99 Park Avenue,
　　　　　　　　　　　　　　　　　　　　　　　8th Floor
　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　　　　　　　　　p: (917) 757-9537
　　　　　　　　　　　　　　　　　　　　　　　e: jmcbride@mcbridelawnyc.com
　　　　　　　　　　　　　　　　　　　　　　　*Counsel for the Defendant*