IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RYAN TAYLOR NICHOLS,<br>        *Defendant,* | Case No. 21-cr-117 (RCL) |

## NOTICE OF APPEAL

Please take notice that Defendant Ryan Taylor Nichols hereby appeals the final JUDGMENT entered in this case on May 5, 2024 (ECF No. 314).

Dated: Brooklyn, NY
       March 16, 2024

Respectfully submitted,

**/s/ Joseph D. McBride, Esq.**
Bar ID:  NY0403
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue,
8th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com
*Counsel for the Defendant*

1

## **CERTIFICATE OF SERVICE**

I certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification to this Honorable Court and all counsel of record.

Respectfully submitted,

**/s/ Joseph D. McBride, Esq.**
Bar ID:  NY0403
THE MCBRIDE LAW FIRM, PLLC
99 Park Avenue,
8th Floor
New York, NY 10016
p: (917) 757-9537
e: jmcbride@mcbridelawnyc.com
*Counsel for the Defendant*