UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RYAN TAYLOR NICHOLS,<br><br>*Defendant.* | Case No. 1:21-cr-117-RCL-1 |

### ORDER

Upon consideration of the D.C. Circuit's Order of February 28, 2025, No. 24-3059, it is hereby **ORDERED** that the case is **DISMISSED AS MOOT**.

**SO ORDERED**

Date: February 28, 2025

_____
Royce C. Lamberth
United States District Judge

1